Jeffrey A. Almeida
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel.: (302) 622-7000
Fax: (302) 622-7100
Email: jalmeida@gelaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INTEGRA LIFESCIENCES HOLDINGS CORPORATION, CARRIE ANDERSON, PETER ARDUINI, GLENN COLEMAN, JAN DE WITTE, ROBERT T. DAVIS, JR., STEVE LEONARD, and JEFFREY MOSEBROOK, <br><br> Defendants. | Civil Action No. 3:23-cv-20321 <br><br> The Honorable Michael A. Shipp <br><br> <u>CLASS ACTION</u> <br><br> Motion Day: December 18, 2023 |

**DECLARATION OF JEFFREY A. ALMEIDA IN SUPPORT OF THE MOTION OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA & DELAWARE FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF COUNSEL</u>**

I, JEFFREY A. ALMEIDA, under penalty of perjury and on oath, duly

declare and state as follows:

1

1.      I am a principal of the law firm Grant & Eisenhofer P.A. ("G&E"), 123 Justison Street, Wilmington, Delaware, 19801, counsel for movant the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania & Delaware ("IUOE"), and am admitted to practice in this Court.

2.      I submit this declaration in support of the motion of the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania & Delaware ("IUOE"), pursuant to Section 21D of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order (i) appointing IUOE as Lead Plaintiff in the class action; and (ii) approving IUOE's selection of G&E as Lead Counsel for the Class.

3.      Attached as Exhibit A is a true and correct copy of a certification on behalf of IUOE, attaching a schedule of IUOE's transactions in the securities that are the subject of the above-captioned action between March 11, 2019 and May 22, 2023, inclusive (the "Class Period").

4.      Attached as Exhibit B are charts showing the losses of IUOE.

5.      Attached as Exhibit C is a true and correct copy of a notice published on September 12, 2023 in *Business Wire* by Bernstein Litowitz Berger & Grossmann LLP.

6.      Attached as Exhibit D is a resume of the background and prior cases of G&E.

2

Signed and dated this 13th day of November, 2023.

By:   */s/Jeffrey A. Almeida*
        Jeffrey A. Almeida