# EXHIBIT A

## CERTIFICATION OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA & DELAWARE

I, John Heenan, on behalf of the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware ("IUOE of EPA and DE") certify pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4 as follows:

1.     I am the Administrator of the IUOE of EPA and DE, and am duly authorized to make this certification.

2.     I have reviewed the complaint, captioned *Pembroke Pines Firefighters & Police Officers Pension Fund v. Integra LifeSciences Holdings Corp., et al.*, Case No. 3:23-cv-20321 (DNJ).

3.     IUOE of EPA and DE did not purchase or acquire Integra LifeSciences Holdings Corporation common stock at the direction of counsel or in order to participate in any action arising under the federal securities laws.

4.     IUOE of EPA and DE is willing to serve as a representative party on behalf of the proposed class, including providing testimony at deposition and trial, if necessary.

5.     Attached as Schedule A to this Certification is a list of IUOE of EPA and DE's transactions during the period of March 11, 2019 through May 22, 2023, inclusive, in the common stock that is the subject of this matter.

6.     During the three-year period preceding the date of this certification, IUOE of EPA and DE has sought to serve as a representative party on behalf of a class asserting claims under the federal securities laws as follows:

- *Marechal v. Acadia Pharmaceuticals, Inc. et al.*, 21-cv-0762 (S.D. Cal.)

1

7.      IUOE of EPA and DE will not accept any payment for serving as a representative party on behalf of the proposed class beyond their pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Sworn to and subscribed before me this 3rd day of Nov 20 23.

Executed this 3 day of October, 2023. [handwritten: November]

_____
John Heenan, Administrator
*International Union of Operating Engineers*
*Pension Fund of Eastern Pennsylvania and Delaware*

Commonwealth of Pennsylvania - Notary Seal
KELLY NORI, Notary Public
Montgomery County
My Commission Expires April 23, 2025
Commission Number 1394845

2

## Integra LifeSciences Holdings Corp. -- Schedule A
## International Union of Operating Engineers Pension Fund
##   of Eastern Pennsylvania and Delaware

**Cusip:**        457985208
**Ticker:**        IART
**Class Period:**    March 11, 2019 through May 22, 2023

**Beginning Holdings:** 0 shares

| Purchases | | |
|---|---|---|
| Trade Date | Quantity | Price |
| 08/31/21 | 8,952 | $74.76 |
| 12/13/22 | 13,153 | $58.73 |

| Sales | | |
|---|---|---|
| Trade Date | Quantity | Price |
| 03/18/22 | 3,939 | $64.55 |
| 09/28/22 | 5,013 | $43.11 |
| 04/10/23 | 900 | $57.36 |
| 04/25/23 | 1,560 | $58.70 |