# EXHIBIT B



**Integra LifeSciences Holdings Corp.**
**March 11, 2019 through May 22, 2023**
**Operating Engineers of EPA & DE**

| Loss Summary: | Shares | Avg Price | Value | Losses by section |
|---|---|---|---|---|
| Section I: Opening Position | 0 | | | |
| Section I: Sales Ignored | 0 | | $0 | |
| Section II Purchases: Purchased and Sold in the Period | 11,412 | $71.30 | $813,720 | |
| Section II Sales:  Purchased and Sold in the Period | 11,412 | $53.77 | $613,573 | ($200,147) |
| Section III Purchases: Purchased in and Sold After the Period | 10,693 | $58.73 | $627,968 | |
| Section III Sales: Purchased in and Sold After the Period | 10,693 | $40.25 | $430,340 | ($197,628) |
| Section IV Purchases: Purchased and Held | 0 | | $0 | $0 |
| 90-Day Average Lookback Price | | $42.0839 | | |
| **Total LIFO Losses** | | | | **($397,775)** |



**Integra LifeSciences Holdings Corp.**
**March 11, 2019 through May 22, 2023**
**Operating Engineers of EPA & DE**

Lookback Range:      5/23/23  - 8/20/23

| ------------------------Purchases---------------------------- | | | | ------------------------------Sales------------------------------ | | | | (Loss) on Shares Held | (Loss) on Holdings @ $42.0839 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares** | **Price** | **Total** | **Trade Date** | **Shares** | **Price** | **Total** | | | |

**I. Share Sales Matched Against Pre-Class Period Holdings**

Open position                        -

| **Subtotal (I)** | **0** | | **$0** | | **0** | | **$0** | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**II. Shares Purchased and Sold Within Class Period (LIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/21 | 8,952 | $74.76 | $669,252 | 03/18/22 | 3,939 | $64.55 | $254,266 | | | |
| 12/13/22 | 2,460 | $58.73 | $144,468 | 09/28/22 | 5,013 | $43.11 | $216,115 | | | |
| | | | | 04/10/23 | 900 | $57.36 | $51,624 | | | |
| | | | | 04/25/23 | 1,560 | $58.70 | $91,567 | | | |
| **Subtotal (II)** | **11,412** | | **$813,720** | | **11,412** | | **$613,573** | | | **($200,147)** |

**III. Shares Purchased During Class Period and Sold After End of Class Period (LIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/22 | 10,693 | $58.73 | $627,968 | 06/28/23 | 10,693 | $40.25 | $430,340 | | | |
| **Subtotal (III)** | **10,693** | | **$627,968** | | **10,693** | | **$430,340** | | | **($197,628)** |

**IV. Shares Purchased During Class Period and Still Held (LIFO Basis)**
*Formula:* (PSLRA "lookback period" average closing price - purchase price) x shares held

| **Subtotal (IV)** | **0** | | **$0** | | | | | | $0.00 | **$0** |
|---|---|---|---|---|---|---|---|---|---|---|

| **TOTAL (II - IV)  LIFO Losses** | | | | | | | | | | **($397,775)** |
|---|---|---|---|---|---|---|---|---|---|---|



**Integra LifeSciences Holdings Corp.**
**March 11, 2019 through May 22, 2023**
**Operating Engineers of EPA & DE**

| Loss Summary: | Shares | Avg Price | Value | Losses by section |
|---|---|---|---|---|
| Section I: Opening Position | 0 | | | |
| Section I: Sales Offsetting Opening Position | 0 | | $0 | $0 |
| Section II Purchases: Purchased and Sold in the Period | 11,412 | $71.30 | $813,720 | |
| Section II Sales:  Purchased and Sold in the Period | 11,412 | $53.77 | $613,573 | ($200,147) |
| Section III Purchases: Purchased in and Sold After the Period | 10,693 | $58.73 | $627,968 | |
| Section III Sales: Purchased in and Sold After the Period | 10,693 | $40.25 | $430,340 | ($197,628) |
| Section IV Purchases: Purchased and Held | 0 | | $0 | $0 |
| 90-Day Average Lookback Price | | $42.0839 | | |
| **Total FIFO Losses** | | | | **($397,775)** |

**Integra LifeSciences Holdings Corp.**
**March 11, 2019 through May 22, 2023**
**Operating Engineers of EPA & DE**

Lookback Range:    5/23/23 - 8/20/23

| ----------------Purchases---------------- | | | | ----------------Sales---------------- | | | | Offset or (Loss) on Shares Held | Offset or (Loss) on Holdings @ $42.0839 | Total Offset or (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | | | |

**I. Share Sales Matched Against Pre-Class Period Holdings (FIFO Basis)**

Open position          -

| Subtotal (I) | 0 | | $0 | | 0 | | $0 | | | $0 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0 | | | | | |

**II. Shares Purchased and Sold Within Class Period (FIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/21 | 8,952 | $74.76 | $669,252 | 03/18/22 | 3,939 | $64.55 | $254,266 | | | |
| 12/13/22 | 2,460 | $58.73 | $144,468 | 09/28/22 | 5,013 | $43.11 | $216,115 | | | |
| | | | | 04/10/23 | 900 | $57.36 | $51,624 | | | |
| | | | | 04/25/23 | 1,560 | $58.70 | $91,567 | | | |

| Subtotal (II) | 11,412 | | $813,720 | | 11,412 | | $613,573 | | | ($200,147) |
|---|---|---|---|---|---|---|---|---|---|---|

**III. Shares Purchased During Class Period and Sold After End of Class Period (FIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/22 | 10,693 | $58.73 | $627,968 | 06/28/23 | 10,693 | $40.25 | $430,340 | | | |

| Subtotal (III) | 10,693 | | $627,968 | | 10,693 | | $430,340 | | | ($197,628) |
|---|---|---|---|---|---|---|---|---|---|---|

**IV. Shares Purchased During Class Period and Still Held (FIFO Basis)**
*Formula:* (PSLRA "lookback period" average closing price - purchase price) x shares held

| Subtotal (IV) | 0 | | $0 | | | | | | $0.00 | $0 |
|---|---|---|---|---|---|---|---|---|---|---|

| **TOTAL (II - IV)  FIFO Losses** | | | | | | | | | | **($397,775)** |
|---|---|---|---|---|---|---|---|---|---|---|