**CARELLA, BYRNE, CECCHI, BRODY
& AGNELLO, P.C.**
James E. Cecchi
5 Becker Farm Road Roseland, NJ 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com

*Proposed Liaison Counsel for the Class*

[*Additional counsel on signature page*]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PEMBROKE PINES FIREFIGHTERS & POLICE OFFICERS PENSION FUND, on behalf of itself and all others similarly situated,<br><br>              Plaintiff,<br><br>      v.<br><br>INTEGRA LIFESCIENCES HOLDINGS CORPORATION, CARRIE ANDERSON, PETER ARDUINI, GLENN COLEMAN, JAN DE WITTE, ROBERT T. DAVIS, JR., STEVE LEONARD, and JEFFREY MOSEBROOK,<br><br>              Defendants. | Case No. 3:23-CV-20321-MAS-TJB<br><br>Hon. Michael A. Shipp<br><br>CLASS ACTION<br><br>**Motion Day: December 18, 2023** |

**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF THE
REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE
MOTION OF THE PENSION FUNDS FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**

I, James E. Cecchi, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New Jersey and this Court.  I am a member of Carella, Byrne, Cecchi, Brody & Agnello, P.C., Liaison Counsel for proposed Lead Plaintiff the Pension Funds and proposed Liaison Counsel for the Class in the above-captioned action.  I submit this declaration in support of the Pension Funds' reply memorandum of law in further support of their motion for appointment as Lead Plaintiff and approval of selection of counsel.  I have personal knowledge of the matters stated therein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto is a true and correct copy of the following exhibit:

EXHIBIT A:    List of actions in which competing movants' counsel have sought appointment with two or more other law firms.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of December 2023.

/s/ James E. Cecchi
James E. Cecchi

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 11, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2023.

Respectfully submitted,

/s/ James E. Cecchi
James E. Cecchi
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for Proposed Lead Plaintiff the Pension Funds and Proposed Liaison Counsel for the Class*

2