# EXHIBIT A

**Examples of Actions in Which the Union Pension Funds' Counsel (Robbins Geller) Has Sought Appointment with Two or More Other Firms**

| | Motion Date | Case | Movants | Proposed or Appointed Co-Counsel |
|---|---|---|---|---|
| 1 | 04/06/21 | *Bond v. Clover Health Invs., Corp.*, No. 21-cv-0096 (M.D. Tenn.) | Dr. Mit Desai; and<br>Kenneth Ryan Meadows | Berger Montague, P.C.; and<br>Levi & Korsinsky, LLP |
| 2 | 03/13/17 | *Lehigh Cnty. Emps.' Ret. Sys. v. Novo Nordisk A/S*, No. 3:17-cv-00209-BRM-LHG (D.N.J.) | Central States, Southeast and Southwest Areas Pension Fund;<br>Lehigh County Employees' Retirement System;<br>Oklahoma Firefighters Pension and Retirement System;<br>Boston Retirement System; and<br>Employees' Pension Plan of the City of Clearwater | Bernstein Litowitz Berger & Grossmann LLP;<br>Saxena White P.A. (Exec. Comm.);<br>Carella Byrne Cecchi Brody Agnello, P.C. (Exec. Comm., Co-Liaison Counsel); and<br>Seeger Weiss LLP (Exec. Comm., Co-Liaison Counsel) |
| 3 | 06/29/15 | *Isolde v. Trinity Indus., Inc.*, No. 15-cv-02093 (N.D. Tex.) | Department of the Treasury of the State of New Jersey and its Division of Investment;<br>Plumbers and Pipefitters National Pension Fund; and<br>United Association Local Union Officers & Employees Pension Fund | Lowenstein Sandler LLP; and<br>Bernstein Litowitz Berger & Grossmann LLP |
| 4 | 06/17/14 | *City of Providence, R.I. v. BATS Global Mkts., Inc*., No. 14-cv-02811 (S.D.N.Y.) | Boston Retirement System;<br>Employees Retirement System of the City of Providence;<br>Employees Retirement System of the Government of the Virgin Islands;<br>Forsta AP-Fonden; and<br>United Association National Pension Fund | Labaton Sucharow LLP; and<br>Motley Rice LLC |
| 5 | 09/23/11 | *Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund v. Fairfax Fin. Holdings Ltd.*, No. 11-cv-05097 (S.D.N.Y.) | Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund | **Grant & Eisenhofer P.A.;** and<br>Labaton Sucharow LLP |
| 6 | 08/30/10 | *Sec. Police & Fire Pros. of Am. Ret. Fund v. Pfizer, Inc*., No. 10-cv-3105-SDW-MCA (D.N.J.) | City of Edinburgh Council as Administering Authority of the Lothian Pension Fund;<br>Arca S.G.R. S.p.A.; and<br>Council of the Borough of South Tyneside Acting in its Capacity as the Administering Authority of the Tyne and Wear Pension Fund | **Grant & Eisenhofer P.A.;** and<br>Barroway Topaz Kessler Meltzer & Check, LLP |
| 7 | 08/01/06 | *In re Sears Holdings Corp. Sec. Litig.*, No. 06-cv-04053 (S.D.N.Y.) | Plumbers and Pipefitters National Pension Fund;<br>Fred P. Campo;<br>Leonard Cope; and<br>Mississippi Public Employees' Retirement System | **Grant & Eisenhofer P.A.;** and<br>Gardy & Notis, LLP |

**Examples of Actions in Which IUOE's Counsel (Grant & Eisenhofer) Has Sought Appointment with Two or More Other Firms**

| | Motion Date | Case | Movants | Proposed or Appointed Co-Counsel |
|---|---|---|---|---|
| 1 | 07/13/12 | *In re JPMorgan Chase & Co. Sec. Litig.*, No. 12-cv-03852 (S.D.N.Y.) | Arkansas Teacher Retirement System;<br>Ohio Public Employees Retirement System;<br>Oregon Common School Fund;<br>Oregon Public Employees Retirement Fund;<br>School Employees Retirement System of Ohio;<br>Sjunde AP-Fonden; and<br>State Teachers Retirement System of Ohio | Bernstein Litowitz Berger & Grossmann LLP; and<br>Kessler Topaz Meltzer & Check, LLP |
| 2 | 09/23/11 | *Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund v. Fairfax Fin. Holdings Ltd.*, No. 11-cv-05097 (S.D.N.Y.) | Plumbers, Pipefitters & MES Local Union No. 392 Pension Fund | **Robbins Geller Rudman & Dowd LLP**; and<br>Labaton Sucharow LLP |

| | Motion Date | Case | Movants | Proposed or Appointed Co-Counsel |
|---|---|---|---|---|
| 3 | 08/30/10 | *Sec. Police & Fire Pros. of Am. Ret. Fund v. Pfizer, Inc* ., No. 10-cv-3105-SDW-MCA (D.N.J.) | City of Edinburgh Council as Administering Authority of the Lothian Pension Fund;<br>Arca S.G.R. S.p.A.; and<br>Council of the Borough of South Tyneside Acting in its Capacity as the Administering Authority of the Tyne and Wear Pension Fund | **Robbins Geller Rudman & Dowd LLP**; and<br>Barroway Topaz Kessler Meltzer & Check, LLP |
| 4 | 03/09/09 | *In re Satyam Comp. Servs., Ltd. Sec. Litig.* , No. 09-md-02027-BSJ (S.D.N.Y.) | Mississippi Public Employees' Retirement System;<br>Mineworkers Pension Fund;<br>SKAGEN A/S; and<br>Sampension KP Livsforsikring A/S | Bernstein Litowitz Berger & Grossmann LLP;<br>Labaton Sucharow LLP; and<br>Barroway Topaz Kessler Meltzer & Check LLP |
| 5 | 02/09/09 | *Minneapolis Firefighters' Relief Assoc. v. Medtronic, Inc.* , No. 08-cv-6324 (D. Minn.) | Teachers Retirement System of Oklahoma;<br>Oklahoma Firefighters Pension Fund;<br> Union Asset Management Holding AG; and<br>Danske Invest Management A/S | Barroway Topaz Kessler Meltzer & Check LLP;<br>Bernstein Litowitz Berger & Grossmann LLP; and<br>Motley Rice LLC |
| 6 | 02/11/08 | *In re UBS AG Sec. Litig.* , No. 07-cv-11225 (S.D.N.Y) | Deka International (Ireland) Ltd.;<br>Intemational Fund Management S.A. (Luxemburg) ("IFM");<br>Union Asset Management Holding AG;<br>Landesbank Berlin Investment GmbH;<br>Erste-Sparinvest Kapitalanlagegesellschaft m.b.H.; and<br>Arkansas Public Employees Retirement System | Schiffrin Barroway Topaz & Kesller, LLP;<br>Motley Rice LLC; and<br>**Coughlin Stoia Geller Rudman & Robbins LLP (Liaison)** |
| 7 | 08/01/06 | *In re Sears Holdings Corp. Sec. Litig.* , No. 06-cv-04053 (S.D.N.Y.) | Plumbers and Pipefitters National Pension Fund;<br>Fred P. Campo;<br>Leonard Cope; and<br>Mississippi Public Employees' Retirement System | **Lerach Coughlin Stoia Geller Rudman & Robbins LLP**; and<br>Gardy & Notis, LLP |
| 8 | 05/06/05 | *In re Delphi Corp. Sec., Derivative & "Erisa" Litig.* , No. 05-md-1725 (E.D. Mich.) | Mississippi Public Employees' Retirement System;<br>Raiffeisen Kapitalanlage- Gesellschaft;<br>Stichting Pensioenfonds ABP; and<br>Teachers' Retirement System of Oklahoma | Bernstein Litowitz Berger & Grossmann LLP;<br>Nix Patterson, LLP; and<br>Kessler Topaz Meltzer & Check, LLP |
| 9 | 10/28/03 | *In re Alstom SA Sec. Litig* ., No. 03-cv-06595 (S.D.N.Y.) | State Universities Retirement System of Illinois;<br>International Brotherhood of Electrical Workers, Local 269;<br>Louisiana State Employees' Retirement System;<br>San Diego City Employees' Retirement System; and<br>West Virginia Investment Management Board | Bernstein Litowitz Berger & Grossmann LLP; and<br>Milberg, Weiss, Bershad, Hynes & Lerach, LLP |
| 10 | 06/29/01 | *In re Dollar Gen. Corp. Sec. Litig.* , No. 01-CV-0388 (M.D. Tenn.) | Florida State Board of Administration;<br>Teachers' Retirement System of Louisiana; and<br>Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust | Entwistle & Cappucci LLP; and<br>Milberg Weiss Bershad Hynes & Lerach LLP |
| 11 | 01/29/01 | *In re DaimlerChrysler AG Sec. Litig* ., No. 00-cv-993 (D. Del.) | The Florida State Board of Administration;<br>Denver Employees Retirement Plan;<br>Policemen's Annuity and Benefit Fund of Chicago; and<br>Municipal Employees Annuity and Benefit Fund of Chicago | Barrack Rodos & Bacine;<br>Bernstein Litowitz Berger & Grossmann LLP; and<br>Entwistle & Cappucci LLP |