**CARELLA, BYRNE, CECCHI, BRODY
  & AGNELLO, P.C.**
James E. Cecchi
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for Lead Plaintiffs*
[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE INTEGRA LIFESCIENCES HOLDINGS CORPORATION SECURITIES LITIGATION | Case No.: 3:23-cv-20321-MAS-TJB<br><br>District Judge Michael A. Shipp<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>Motion Day:  March 17, 2025 |

**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

1.     I am a partner of the law firm Carella, Byrne, Cecchi, Brody & Agnello, P.C., Court-appointed Liaison Counsel for Lead Plaintiffs San Antonio Fire and Police Pension Fund, Pembroke Pines Firefighters & Police Officers Pension Fund, City of Birmingham Retirement and Relief System, and Operating Engineers Construction Industry and Miscellaneous Pension Fund and Liaison Counsel for the Putative Class.  I am admitted to practice before this Court.

2.     I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, and I have personal knowledge of or information bearing on the facts set forth herein.

3.     Attached hereto as Exhibit A is a true and correct copy of the court's bench ruling on the defendants' motion to dismiss in *In re HeartWare Int'l, Inc., Sec. Litig.*, No. 16-cv-00520 (S.D.N.Y. March 16, 2018), ECF No. 47. For ease of reference, Exhibit A omits the portion of the transcript covering the parties' oral argument, which preceded the court's verbal order. Executed on this 13th day of January, 2025 in Roseland, New Jersey.

*s/ James E. Cecchi*
James E. Cecchi