**DEFENDANTS' SUPPLEMENT TO PLAINTIFFS' APPENDIX A[1]**

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| **Contamination testing**<br><br>The 2018 Form 483 found that the Company's processes for contamination control and testing processes for dangerous endotoxins were violative ***on multiple levels*** including that Integra failed to investigate why batches failed endotoxin testing (¶¶55-56) | • FE 5 (manufacturing quality employee from 2020 to 2023) stated that Integra did not closely inspect the root causes of nonconformance and endotoxin contamination during his tenure because "[t]hey wanted to sweep the surface stuff under the rug" due to a constant desire to push products out the door (¶108); | • The 2019 Warning Letter has been publicly available since March 19, 2019.  Ex. 42 at 3.  It identified Integra's "[f]ailure to establish and maintain procedures to prevent contamination," the "systemic failure of [Integra's] quality systems," and that Integra "did not have any data to demonstrate bacterial endotoxin testing."  Ex. 2 at 3-4.  The 2019 Warning Letter also noted that Integra "should investigate and determine the causes of the violations." *Id.* at 6.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston.  Ex. 12 at 33.<br>• On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483.  Ex. 19 at 33.  Integra also announced a production pause to enable further remediation.  ¶¶170-71.<br>• On May 22, 2023, Integra issued a voluntary global recall for Boston products due to "issues with ... endotoxin testing" (Ex. 21 at 1), and announced it the next day, attributing it to "deviations with endotoxin testing" (¶13). |

---

[1] The first two columns (shaded) are copied from Plaintiffs' Appendix A filed with Plaintiffs' Opposition to Defendants' Motion to Dismiss (Dkt. 72).  The third column has been added by Defendants, identifying the portions of the Complaint or judicially noticeable documents attached as exhibits to Defendants' Motion to Dismiss that show investors knew the deficiency existed and persisted unabated.

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| | | • On July 27, 2023, Integra disclosed receipt of the 2023 Warning Letter and 2023 Form 483.  Ex. 23 at 35.<br>• The 2023 Warning Letter has been publicly available since August 15, 2023.  Ex. 42 at 2.  It similarly noted Integra's failure to "adequately validate [its] test method for testing bacterial endotoxin," and "to identify existing and potential causes of nonconforming product, or other quality problems." Ex. 22 at 3-4. |
| | • The 2021 Form 483 found repeated data integrity violations: when testing the Clean Rooms for fungal contamination, Integra documented the results as "passing" under its acceptance criteria, even where "fungal growth results were recorded" as "[t]oo numerous to count" (¶119); | • The 2019 Warning Letter has been publicly available since March 19, 2019.  Ex. 42 at 3.  It noted that Integra did not use "[a] sporicidal disinfectant ... in the ISO 7 clean rooms since March 2017" and that Integra "identified spore-forming bacteria and fungal organisms" during product testing.  Ex. 2 at 4.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston.  Ex. 12 at 33.<br>• The 2023 Warning Letter has been publicly available since August 15, 2023.  Ex. 42 at 2.  It identified the failure to establish and maintain "sources of quality data" and the failure to "adequately validate [Integra's] test method."  Ex. 22 at 3-5. |

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| | • The 2022 whistleblower reported "quality issues" over Integra's "bacterial endotoxin testing" (¶139); and | • The 2019 Warning Letter has been publicly available since March 19, 2019. Ex. 42 at 3. It stated that Integra "did not have any data to demonstrate" its systems "included bacterial endotoxin testing." Ex. 2 at 3.<br>• On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483. Ex. 19 at 33. Integra also announced a production pause to enable further remediation. ¶¶170-71.<br>• On May 22, 2023, Integra issued a voluntary global recall for Boston products due to "issues with ... endotoxin testing" (Ex. 21 at 1), and announced it the next day, attributing it to "deviations with endotoxin testing" (¶13).<br>• The 2023 Warning Letter has been publicly available since August 15, 2023. Ex. 42 at 2. It noted the internal complaint and Integra's failure to "adequately validate [its] test method for testing bacterial endotoxin." Ex. 22 at 4-5. |
| | • The 2023 Form 483 documented seven ways that endotoxin testing procedures remained in violation of cGMP, many of which tied back to the 2018 inspection (¶145) | • The 2019 Warning Letter has been publicly available since March 19, 2019. Ex. 42 at 3. It identified Boston's "[f]ailure to establish and maintain procedures to prevent contamination," the "systemic failure of [Integra's] quality systems," and that Integra "did not have any data to demonstrate bacterial endotoxin testing." Ex. 2 at 3-4. Further, it noted that Integra did not use "[a] sporicidal disinfectant ... in the ISO 7 clean rooms since March 2017" and that Integra "identified spore-forming bacteria and fungal organisms" during product testing. Ex. 2 at 4. |

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| | | • On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston.  Ex. 12 at 33.<br>• On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483.  Ex. 19 at 33.  Integra also announced a production pause to enable further remediation.  ¶¶170-71.<br>• On May 22, 2023, Integra issued a voluntary global recall for Boston products due to "issues with ... endotoxin testing" (Ex. 21 at 1), and announced it the next day, attributing it to "deviations with endotoxin testing" (¶13).<br>• On July 27, 2023, Integra disclosed receipt of the 2023 Warning Letter and 2023 Form 483.  Ex. 23 at 35.<br>• The 2023 Warning Letter has been publicly available since August 15, 2023.  Ex. 42 at 2.  It noted "repeat" deficiencies from the 2019 Warning Letter, and Integra's failure to "adequately validate [its] test method for testing bacterial endotoxin."  Ex. 22 at 4. |

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| **Environmental controls**<br><br>The 2018 Form 483 flagged deficient environmental controls including failing to appropriately disinfect, sterilize, and test Clean Rooms and had failed to "establish procedures to control bacterial endotoxin contamination" (¶57) | • FE 6 (team leader, December 2020 until December 2022) recalled that Integra continued to fail to sanitize the sterile manufacturing rooms—specifically recalling *repeated issues* where the Company's procedures to thaw frozen bovine skins violated cGMP, providing example of employees leaving bags of frozen skin to thaw in the basement of the Boston Facility (¶¶109, 135-36); | • The 2019 Warning Letter has been publicly available since March 19, 2019. Ex. 42 at 3. It identified Integra's "[f]ailure to establish and maintain procedures to adequately control environmental conditions, where environmental conditions could reasonably be expected to have an adverse effect on product quality." Ex. 2 at 4. Further, it noted that Integra did not use "[a] sporicidal disinfectant ... in the ISO 7 clean rooms since March 2017" and that Integra "identified spore-forming bacteria and fungal organisms" during product testing. *Id.*<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston. Ex. 12 at 33.<br>• On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483. Ex. 19 at 33. Integra also announced a production pause to enable further remediation. ¶¶170-71.<br>• On May 23, 2023, Integra announced a voluntary global recall of all products manufactured in Boston over the prior five years. ¶179.<br>• The 2023 Warning Letter has been publicly available since August 15, 2023. Ex. 42 at 2. It noted that Integra's procedures do "not adequately prevent mix-ups of sterile/non-sterile material." Ex. 22 at 6. |

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| | • FE 14 (inventory control lead, June 2022 to July 2023) explained seeing repeated violations where EBM products "came out of the clean room and then went back into the clean room" and where bovine skins were stored in a storage room, termed the "rat room," that was not temperature-controlled (¶¶131-34); | • The 2019 Warning Letter has been publicly available since March 19, 2019.  Ex. 42 at 3. It stated that "[p]ersonnel were not restricted from entering the cleaner manufacturing rooms, after exiting higher contamination manufacturing rooms in the ISO 7 clean room."  Ex. 2 at 4.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston.  Ex. 12 at 33.<br>• On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483.  Ex. 19 at 33.  Integra also announced a production pause to enable further remediation.  ¶¶170-71.<br>• On May 23, 2023, Integra announced a voluntary global recall of all products manufactured in Boston over the prior five years.  ¶179.<br>• The 2023 Warning Letter has been publicly available since August 15, 2023.  Ex. 42 at 2.  It noted "repeat" violations, including that "non-sterile product was being handled in the same area as sterile product."  Ex. 22 at 4, 6. |
| | • FE 8 (regulatory affairs consultant, December 2021 to May 2022) explained that Company continued to rely on "low-budget" sterilization methods (¶137); | • The 2019 Warning Letter has been publicly available since March 19, 2019.  Ex. 42 at 3. It stated that "[a] sporicidal disinfectant has not been used in the ISO 7 clean rooms since March 2017."  Ex. 2 at 4.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston.  Ex. 12 at 33. |

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| | | • The 2023 Warning Letter has been publicly available since August 15, 2023. Ex. 42 at 2. It noted that Integra's process "does not adequately prevent mix-ups of sterile/non-sterile material." Ex. 22 at 6. |
| | • The 2021 Form 483 found that Integra had failed to establish alert and action levels for surface viable floor sites during routine environmental monitoring, exposing the sterile devices manufactured in the Clean Rooms to contamination from dangerous bacterial and fungal growth (¶119); | • The 2019 Warning Letter has been publicly available since March 19, 2019. Ex. 42 at 3. It stated that Integra's procedure for "Cleaning of the Clean Rooms" "does not describe the frequency or process in sufficient detail to prevent cross-contamination of separate areas during the cleaning process." Ex. 2 at 4. Further, it noted that Integra did not use "[a] sporicidal disinfectant ... in the ISO 7 clean rooms since March 2017" and that Integra "identified spore-forming bacteria and fungal organisms" during product testing. *Id.*<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston. Ex. 12 at 33.<br>• On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483. Ex. 19 at 33. Integra also announced a production pause to enable further remediation. ¶¶170-71.<br>• On May 23, 2023, Integra announced a voluntary global recall of all products manufactured in Boston over the prior five years. ¶179.<br>• The 2023 Warning Letter has been publicly available since August 15, 2023. Ex. 42 at 2. It noted that Integra's sterilization procedures do "not adequately prevent mix-ups of sterile/non-sterile material." Ex. 22 at 6. |

-7-

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| | • The whistleblower 2022 reported "quality issues" in Integra's "control of sterilized devices" (¶139); and | • The 2019 Warning Letter has been publicly available since March 19, 2019. Ex. 42 at 3. It identified Integra's "[f]ailure to establish and maintain procedures to adequately control environmental conditions," and that a "disinfectant has not been used." Ex. 2 at 4.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston. Ex. 12 at 33.<br>• On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483. Ex. 19 at 33. Integra also announced a production pause to enable further remediation. ¶¶170-71.<br>• On May 23, 2023, Integra announced a voluntary global recall of all products manufactured in Boston over the prior five years. ¶179.<br>• The 2023 Warning Letter has been publicly available since August 15, 2023. Ex. 42 at 2. It disclosed the internal complaint and issues with "control of sterilized devices." Ex. 22 at 3. |
| | • The 2023 Form 483 concluded that Integra "failed to include critical steps [in its endotoxin testing procedures] and their procedure, WCP-055, was inadequate." (¶145). | • The 2019 Warning Letter has been publicly available since March 19, 2019. Ex. 42 at 3. It noted that Integra "did not have any data to demonstrate bacterial endotoxin testing of [its] EBM medical devices." Ex. 2 at 3.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston. Ex. 12 at 33. |

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| | | • On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483. Ex. 19 at 33. Integra also announced a production pause to enable further remediation. ¶¶170-71.<br>• On May 22, 2023, Integra issued a voluntary global recall for Boston products due to "issues with ... endotoxin testing" (Ex. 21 at 1), and announced it the next day, attributing it to "deviations with endotoxin testing" (¶13).<br>• On July 27, 2023, Integra disclosed receipt of the 2023 Warning Letter and 2023 Form 483. Ex. 23 at 35.<br>• The 2023 Warning Letter has been publicly available since August 15, 2023. Ex. 42 at 2. It stated that at the Boston facility, Integra "failed to adequately validate [its] test method for bacterial endotoxin." Ex. 22 at 4-5. |
| **Process validation control**<br><br>The 2018 Form 483 also flagged that Integra was "fail[ing] to re-validate processes critical to quality" that "pose high risk to manufacture of EBM medical devices" (¶58) | • FE 7 (quality control analyst from September 2020 until November 2020), responsible for running clean room testing for the air, surfaces, and floor explained that the Company had "huge backlog" in documentation for validating their testing and training records (¶110); | • The 2019 Warning Letter has been publicly available since March 19, 2019. Ex. 42 at 3. It stated that Integra "failed to adequately validate the … process used in the manufacture of [its] extracellular bovine matrix (EBM) medical devices." Ex. 2 at 3.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston. Ex. 12 at 33. |

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| | • The 2021 Form 483 found that Integra failed to establish "procedures for monitoring and control of process parameters for a validated process" and also failed to validate "process[es] whose results cannot be fully verified by subsequent inspection" (¶121); | • The 2019 Warning Letter has been publicly available since March 19, 2019. Ex. 42 at 3. It noted Integra's "[f]ailure to validate with a high degree of assurance, a process whose results cannot be fully verified by subsequent inspection and test." Ex. 2 at 2.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston. Ex. 12 at 33. |
| | • The 2023 Form 483 concluded that Integra had failed to document important events, including by disregarding negative test results, allowing (without validation) for samples to be re-tested into compliance (¶146). | • The 2019 Warning Letter has been publicly available since March 19, 2019. Ex. 42 at 3. It stated that Integra "did not have any data to demonstrate bacterial endotoxin testing" of EBM medical devices, and noted Integra's "[f]ailure to validate with a high degree of assurance, a process whose results cannot be fully verified by subsequent inspection and test." Ex. 2 at 2-3.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston. Ex. 12 at 33.<br>• On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483. Ex. 19 at 33. Integra also announced a production pause to enable further remediation. ¶¶170-71.<br>• On May 23, 2023, Integra announced a voluntary global recall of all products manufactured in Boston over the prior five years. ¶179.<br>• On July 27, 2023, Integra disclosed receipt of the 2023 Warning Letter and 2023 Form 483. Ex. 23 at 35. |

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| | | • The 2023 Warning Letter has been publicly available since August 15, 2023.  Ex. 42 at 2.  It noted Integra's "[f]ailure to validate with a high degree of assurance, a process whose results cannot be fully verified by subsequent inspection and test," and failure to meet the requirement to "[p]erform re-test for invalid assays/and or samples."  Ex. 22 at 4-5. |
| **CAPA Controls**<br><br>The 2018 Form 483 concluded that Integra was violating cGMP requiring the Company to properly investigate and correct known product safety and quality failures specifically related to contamination | • FE 8 (quality assurance and regulatory affairs consultant at Boston from December 2021 to May 2022) explained that none of the FDA's findings from the 2018 inspection were closed out when FE 8 arrived at the Boston plant in 2021 and was tasked with responding to them (¶111); | • The 2019 Warning Letter has been publicly available since March 19, 2019.  Ex. 42 at 3. It noted Integra's "[f]ailure to establish and maintain procedures for verifying or validating the corrective and preventive action, to ensure that such action is effective and does not adversely affect the finished device."  Ex. 2 at 5.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston.  Ex. 12 at 33.<br>• On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483.  Ex. 19 at 33.  Integra also announced a production pause to enable further remediation.  ¶¶170-71.<br>• On May 23, 2023, Integra announced a voluntary global recall of all products manufactured in Boston over the prior five years.  ¶179. |
| | • FE 9 (continuous improvement specialist from July 2021 until May 2023) reported an extremely large number of CAPAs, that Integra's implementation and execution of CAPAs took "shocking[ly]" long, and that Integra was "no way near close to where they should have been with the CAPAs" (¶112); | • The 2019 Warning Letter has been publicly available since March 19, 2019.  Ex. 42 at 3. It noted Integra's CAPA deficiencies and directed Integra to "provide evidence that an effective and sustainable CAPA system will be implemented."  Ex. 2 at 5.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston.  Ex. 12 at 33. |

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| | | • On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483. Ex. 19 at 33. Integra also announced a production pause to enable further remediation. ¶¶170-71.<br>• On May 23, 2023, Integra announced a voluntary global recall of all products manufactured in Boston over the prior five years. ¶179.<br>• The 2023 Warning Letter has been publicly available since August 15, 2023. Ex. 42 at 2. It described instances where Integra had "not provided a copy of the CAPA nor ha[s Integra] identified all necessary corrective actions," and that "CAPAs were not opened to address the remaining … areas of concern." Ex. 22 at 3. |
| | • FE 14 did not recall or witness of any training on CAPAs, stating that "there were no meetings or formal training on how they were going to address" the 2021 Form 483 issues (¶133); | • The 2019 Warning Letter has been publicly available since March 19, 2019. Ex. 42 at 3. It noted Integra's CAPA deficiencies and directed Integra to "provide evidence that an effective and sustainable CAPA system will be implemented." Ex. 2 at 5.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston. Ex. 12 at 33.<br>• On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483. Ex. 19 at 33. Integra also announced a production pause to enable further remediation. ¶¶170-71.<br>• On May 23, 2023, Integra announced a voluntary global recall of all products manufactured in Boston over the prior five years. ¶179. |

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| | | • The 2023 Warning Letter has been publicly available since August 15, 2023.  Ex. 42 at 2.  It noted "repeat" CAPA deficiencies and that Integra's response "indicated that … CAPAs will be initiated to address [the deficiencies], however [Integra has] not yet identified all necessary corrective actions ... [Integra] will need to provide evidence that an effective and sustainable CAPA system will be implemented."  Ex. 22 at 3-5. |
| | • The 2021 Form 483 found that Integra had not implemented CAPA related to bacterial endotoxin testing (¶121); | • The 2019 Warning Letter has been publicly available since March 19, 2019.  Ex. 42 at 3.  It noted Integra's CAPA deficiencies and directed Integra to "provide evidence that an effective and sustainable CAPA system will be implemented."  Ex. 2 at 5.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston.  Ex. 12 at 33.<br>• On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483.  Ex. 19 at 33.  Integra also announced a production pause to enable further remediation.  ¶¶170-71.<br>• On May 22, 2023, Integra issued a voluntary global recall for Boston products due to "issues with ... endotoxin testing" (Ex. 21 at 1), and announced it the next day, attributing it to "deviations with endotoxin testing" (¶13).<br>• The 2023 Warning Letter has been publicly available since August 15, 2023.  Ex. 42 at 2.  It disclosed that "CAPAs were not opened to address the remaining … areas of concern, including endotoxin issues."  Ex. 22 at 3. |

| Quality System Deficiency | Allegations Deficiency Persisted Unabated | Allegations Showing Investors Knew Deficiency Existed and Persisted Unabated |
|---|---|---|
| | • The 2023 Warning Letter found detailed issues with CAPA procedures relating to whistleblower report (¶¶150-52); and, | • The 2019 Warning Letter has been publicly available since March 19, 2019.  Ex. 42 at 3. It noted Integra's CAPA deficiencies and directed Integra to "provide evidence that an effective and sustainable CAPA system will be implemented."  Ex. 2 at 5.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston.  Ex. 12 at 33.<br>• The 2023 Warning Letter has been publicly available since August 15, 2023.  Ex. 42 at 2. |
| | • FE 15 (manufacturing process engineer, November 2023 to July 2024) reported that progress on remediating the long-existing CAPAs never materialized (¶162). | • The 2019 Warning Letter has been publicly available since March 19, 2019.  Ex. 42 at 3. It noted Integra's CAPA deficiencies and directed Integra to "provide evidence that an effective and sustainable CAPA system will be implemented."  Ex. 2 at 5.<br>• On February 24, 2022, Integra disclosed receipt of the 2021 Form 483 in a paragraph about quality systems issues at Boston.  Ex. 12 at 33.<br>• On April 26, 2023, Integra disclosed that it expected to receive the 2023 Form 483.  Ex. 19 at 33.  Integra also announced a production pause to enable further remediation.  ¶¶170-71.<br>• On May 23, 2023, Integra announced a voluntary global recall of all products manufactured in Boston over the prior five years.  ¶179.<br>• The 2023 Warning Letter has been publicly available since August 15, 2023.  Ex. 42 at 2. It identified "a repeat CAPA deficiency from [FDA's] 2019 Warning Letter to [the Boston] facility."  Ex. 22 at 4. |