REED SMITH LLP

John T. McDonald
Melissa M. Ferrara
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
Email: jmcdonald@reedsmith.com
Email: mferrara@reedsmith.com

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Gregory L. Watts (admitted *pro hac vice*)
15 West South Temple
Gateway Tower West, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 401-8510
Facsimile: (866) 974-7329
Email: gwatts@wsgr.com

John Karin (admitted *pro hac vice*)
Alexander Luhring (admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jkarin@wsgr.com
Email: aluhring@wsgr.com

*Counsel for Defendants Integra Lifesciences Holdings Corporation, Carrie Anderson, Peter Arduini, Glenn Coleman, Robert Davis, Jan De Witte, Lea Knight, Steve Leonard, and Jeffrey Mosebrook*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE INTEGRA LIFESCIENCES HOLDINGS CORPORATION SECURITIES LITIGATION | Master Docket 3:23-cv-20321-MAS-TJB |

**<u>CERTIFICATION OF SERVICE</u>**

MELISSA M. FERRARA, of full age, hereby certifies as follows:

1.      I am an attorney-at-law of the State of New Jersey at the law firm of Reed Smith LLP, local counsel for Defendants Integra LifeSciences Holding Corporation, Carrie Anderson, Peter Arduini, Glenn Coleman, Jan DeWitte, Robert Davis, Lea Knight, Steve Leonard, and Jeffrey Mosebrook (collectively, "Defendants").

2.      On February 27, 2025, I caused a copy of (i) Defendants' Reply Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint; (ii) Defendants' Supplement to Plaintiffs' Appendix A; and (iii) this Certification of Service to be served on all counsel of record by electronic case filing.


Dated: February 27, 2025                    *s/Melissa M. Ferrara*
                                            Melissa M. Ferrara

-2-