**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE INTEGRA LIFESCIENCES HOLDINGS CORPORATION SECURITIES LITIGATION | Civil Action No. 23-20321 (MAS) (TJB)<br><br>**ORDER** |

This matter comes before the Court upon Defendants Carrie Anderson, Peter Arduini, Glenn Coleman, Robert Davis, Jan De Witte, Lea Knight, Steve Leonard, Jeffrey Mosebrook and Integra Lifesciences Holdings Corporation's (collectively, "Defendants") Motion to Dismiss (ECF No. 68) Plaintiff Pembroke Pines Firefighters and Police Officers Pension Fund ("Plaintiff") Consolidated Class Action Complaint ("CAC") (ECF No. 53). Plaintiff opposed (ECF No. 72), and Defendants replied (ECF No. 74). After careful consideration of the parties' submissions, the Court decides Defendants' motion without oral argument pursuant to Local Civil Rule 78.1(b). For the reasons outlined in the accompanying Memorandum Opinion,

**IT IS**, on this 30th day of June 2025, **ORDERED** as follows:

1. Defendants' Motion to Dismiss (ECF No. 68) is **GRANTED.**

2. Plaintiff's CAC is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk shall close this case.

4. Plaintiff may file an Amended Complaint to correct the deficiencies identified in the Memorandum Opinion within forty-five (45) days. Upon the filing of an Amended Complaint, the Clerk shall reopen the case.

 

_____
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**