**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE INTEGRA LIFESCIENCES HOLDINGS CORPORATION SECURITIES LITIGATION | Master Docket 3:23-cv-20321-MAS-TJB<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, Pembroke Pines Firefighters & Police Officers Pension Fund filed a putative class action complaint on September 12, 2023 in the above-captioned action, alleging claims against Integra LifeSciences Holdings Corporation, Carrie Anderson, Peter Arduini, Glenn Coleman, Jan De Witte, Robert T. Davis, Jr., Steve Leonard, and Jeffrey Mosebrook pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder;

WHEREAS, on June 17, 2024, the Court entered an order (i) appointing San Antonio Fire and Police Pension Fund, Pembroke Pines Firefighters & Police Officers Pension Fund, City of Birmingham Retirement and Relief System, and Operating Engineers Construction Industry and Miscellaneous Pension Fund as Lead Plaintiffs ("Lead Plaintiffs"); (ii) appointing Bernstein Litowitz Berger & Grossmann LLP, Saxena White P.A., and Kessler Topaz Meltzer & Check, LLP as Lead Counsel; and (iii) appointing Carella, Byrne, Cecchi, Brody & Agnello, P.C. as Liaison Counsel;

WHEREAS, on July 2, 2024, the Court entered a Stipulation and Order setting the schedule for Lead Plaintiffs to file a consolidated complaint and for the briefing on any motion to dismiss (the "Prior Scheduling Stipulation");

WHEREAS, on September 6, 2024, pursuant to the Prior Scheduling Stipulation, Lead Plaintiffs filed a Consolidated Class Action Complaint against Integra LifeSciences Holdings Corporation, Carrie Anderson, Peter Arduini, Glenn Coleman, Jan De Witte, Robert T. Davis, Jr., Steve Leonard, Jeffrey Mosebrook, and Lea Knight;

WHEREAS, on November 12, 2024, pursuant to the Prior Scheduling Stipulation, the defendants named in the Consolidated Class Action Complaint moved to dismiss the action in its entirety. Briefing on the motion to dismiss was completed on February 27, 2025;

WHEREAS, on June 30, 2025, the Court granted the motion to dismiss, but allowed Lead Plaintiffs the opportunity to amend within 45 days;

WHEREAS, on August 14, 2025, Lead Plaintiffs filed a Consolidated Amended Class Action Complaint (the "Complaint") against Integra LifeSciences Holdings Corporation, Carrie Anderson, Peter Arduini, Glenn Coleman, Jan De Witte, Robert T. Davis, Jr., Steve Leonard, Lea Knight, Eric Schwartz, and Tracy Redondo ("Defendants");

WHEREAS, Lead Plaintiffs and Defendants (collectively, the "Parties") have met and conferred and, for the convenience of the Parties and the Court, hereby enter into the following stipulation regarding the schedule in this matter; and

WHEREAS, the undersigned counsel for Defendants agree to waive service of the summons and the Complaint for Defendants Schwartz and Redondo, subject to any defenses that Defendants may subsequently assert, including any defenses or objections to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service. Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the Complaint in this action, subject to the provisions herein. Accordingly, Lead Plaintiffs are not required to file a

proof of service, and the Federal Rules of Civil Procedure shall apply, subject to the terms herein, as though a summons and a complaint had been served on all Defendants at the time of the filing of this Stipulation. Other than as to sufficiency of service of process, nothing herein shall be deemed to constitute a waiver of any rights, defenses, objections, or any other application to any court that any Party may have with respect to the claims set forth in the Complaint.

NOW, THEREFORE, the Parties stipulate and agree, subject to the approval of the Court, as follows:

1. Defendants are deemed to have been served with the Complaint and their time to respond is extended as set forth below.

2. Defendants shall move against, answer, or otherwise respond to the Complaint on or before October 14, 2025.

3. If Defendants file a motion, Lead Plaintiffs shall file and serve any opposition to such motion on or before December 15, 2025.

4. Defendants shall file and serve their reply to any such opposition on or before January 29, 2026.

IT IS SO STIPULATED.

Dated: August 20, 2025

Respectfully submitted,

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.

*s/ James E. Cecchi*
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com

*Liaison Counsel for Lead Plaintiffs the Pension Funds*

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Salvatore J. Graziano (admitted *pro hac vice*)
James A. Harrod (admitted *pro hac vice*)
Alexander Noble (admitted *pro hac vice*)
Emily A. Tu (admitted *pro hac vice*)
Sarah Schmidt (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: salvatore@blbglaw.com
Email: jim.harrod@blbglaw.com
Email: alexander.noble@blbglaw.com
Email: emily.tu@blbglaw.com
Email: sarah.schmidt@blbglaw.com

SAXENA WHITE P.A.

David R. Kaplan (admitted *pro hac vice*)
Marti L. Worms (admitted *pro hac vice*)
Emily R. Bishop (admitted *pro hac vice*)
505 Lomas Santa Fe Dr. #180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
Email: dkaplan@saxenawhite.com
Email: mworms@saxenawhite.com
Email: ebishop@saxenawhite.com

Steven B. Singer (*pro hac vice* forthcoming)
Sara DiLeo (admitted *pro hac vice*)
10 Bank Street, 8th Floor
White Plains, New York 10606
Telephone: (914) 437-8551
Email: ssinger@saxenawhite.com
Email: sdileo@saxenawhite.com

Lester R. Hooker (admitted *pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399

Facsimile: (561) 394-3382
Email: lhooker@saxenawhite.com

KESSLER TOPAZ MELTZER & CHECK, LLP

Gregory M. Castaldo
Richard A. Russo, Jr.
Nathaniel C. Simon (admitted *pro hac vice*)
Farai M. Shawa (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Email: gcastaldo@ktmc.com
Email: rrusso@ktmc.com
Email: nsimon@ktmc.com
Email: fshawa@ktmc.com

*Lead Counsel for Lead Plaintiffs the Pension Funds*

REED SMITH LLP

*s/ Melissa M. Ferrara*
John McDonald
Melissa M. Ferrara
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
Email: jmcdonald@reedsmith.com
Email: mferrara@reedsmith.com

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Gregory L. Watts (admitted *pro hac vice*)
95 S State Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 401-8510
Facsimile: (866) 974-7329
Email: gwatts@wsgr.com

John Karin (admitted *pro hac vice*)
Alexander Luhring (admitted *pro hac vice*)
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800

Facsimile: (866) 974-7329
Email: jkarin@wsgr.com
Email: aluhring@wsgr.com

*Counsel for Defendants Integra LifeSciences Holdings Corporation, Carrie Anderson, Peter Arduini, Glenn Coleman, Jan De Witte, Robert T. Davis, Jr., Steve Leonard, Lea Knight, Eric Schwartz, and Tracy Redondo*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __________________________, 2025

____________________________________
Hon. Michael A. Shipp
United States District Judge