# EXHIBIT 1

**Chart of Challenged Statements**[1]

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 1. | ¶391 | Company<br><br>Signed by: Coleman | March 11, 2019 Form 8-K re Warning Letter (Ex. 3 at 2) | "The warning letter relates to quality systems issues at our manufacturing facility located in Boston, Massachusetts. The letter resulted from an inspection held at that facility in October and November 2018, and did not identify any new observations that were not already provided in the Form 483 that followed the inspection. We take the matters identified in the letter seriously and are in the process of preparing a written response to the letter. The Company has provided detailed responses to the FDA as to its corrective actions on a monthly basis and, ***since the conclusion of the inspection, has undertaken significant efforts to remediate the observations and continues to do so.***"<br><br>"The Boston facility manufactures extracellular bovine matrix (EBM) products. Sales of products in the Boston facility constituted less than 4% of the Company's consolidated revenues in the twelve months ended December 31, 2018.  The Company does not expect to incur material incremental expenses for remediation activities. We cannot, however, give any assurances that the FDA will be satisfied with our response to the letter or as to the expected date of the resolution of the matters included in the letter.  Until the issues cited in the letter are resolved to the FDA's satisfaction, the FDA may initiate additional regulatory action without further notice. Any adverse regulatory action, depending on its magnitude, may restrict us from effectively manufacturing, marketing and selling our products and could have a material adverse effect on our business, financial condition and results of operations." | Remediation |

---

[1] Statements listed in this exhibit are taken from Section VII: Defendants' Materially False and Misleading Statements and Omission in the Complaint, ¶¶389-485.  All italicized language is italicized in the Complaint.  The chart sometimes provides additional language before or after the language quoted in the Complaint for context.

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 2. | ¶454 | Company<br><br>Signed by: Coleman | March 11, 2019 Form 8-K re Warning Letter (Ex. 3 at 2) | "The warning letter ***does not restrict the Company's ability to manufacture or ship products or require the recall of any products.*** Nor does it restrict our ability to seek FDA 510(k) clearance of products. The letter states that requests for Certificates to Foreign Governments will not be granted until the violations have been corrected. Additionally, premarket approval applications for Class III devices to which the Quality System regulation violations are reasonably related will not be approved until the violations have been corrected.<br><br>The Boston facility manufactures extracellular bovine matrix (EBM) products. Sales of products in the Boston facility constituted less than 4% of the Company's consolidated revenues in the twelve months ended December 31, 2018. The Company does not expect to incur material incremental expenses for remediation activities. We cannot, however, give any assurances that the FDA will be satisfied with our response to the letter or as to the expected date of the resolution of the matters included in the letter. Until the issues cited in the letter are resolved to the FDA's satisfaction, the FDA may initiate additional regulatory action without further notice. Any adverse regulatory action, depending on its magnitude, may restrict us from effectively manufacturing, marketing and selling our products and could have a material adverse effect on our business, financial condition and results of operations." | Capacity |

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 3. | ¶393 | Coleman | February 19, 2020, Q4 2019 Earnings Call (Ex. 5 at 9) | "Boston, we've been supply-constrained for a different reason. You probably remember, we went through an FDA audit. ***We've been doing quality remediation efforts throughout 2019. There are no patient safety issues here.*** We are continuing to ship out of that facility. But there were changes we had to make to the actual physical facility, and those changes required us to actually shut down the plant, which was planned at the beginning of the third quarter and into the fourth quarter. As we are going through plant shutdown, we extended that shutdown for several weeks to add an additional production line which is going to get us 50% more capacity as we enter 2020. And so now that the plant is up and running, we have more capacity. We're going to be building supply. But those are the 2 plants that have really constrained ourselves in the OTT business throughout 2019. But starting here in 2020, you're going to see an improvement in both of those facilities, and you'll see that reflected in the OTT better performance starting here in Q1." | Remediation |

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 4. | ¶459 | Coleman | February 19, 2020, Q4 2019 Earnings Call (Ex. 5 at 9) | "Boston, we've been supply-constrained for a different reason. You probably remember, *we went through an FDA audit*. We've been doing quality remediation efforts throughout 2019. There are no patient safety issues here. We are continuing to ship out of that facility. But there were *changes* we had to make *to the actual physical facility*, and those changes required us to actually shut down the plant, which was planned at the beginning of the third quarter and into the fourth quarter. As we are going through plant shutdown, we extended that shutdown for several weeks to add an additional production line which is going to *get us 50% more capacity as we enter 2020*. And so now that the plant is up and running, we have more capacity. We're going to be building supply. But those are the 2 plants that have really constrained ourselves in the OTT business throughout 2019. But starting here in 2020, you're going to see an improvement in both of those facilities, and you'll see that reflected in the OTT better performance starting here in Q1." | Capacity |
| 5. | ¶464 | Coleman | May 7, 2020 Q1 2020 Earnings Call (Ex. 7 at 13) | "Yes, sure. So we have about 17 manufacturing sites, not all as equal each of the sites, to Carrie's point. And certain plants like Boston and Memphis, which are regenerative plants; we make amniotic tissue in Memphis and SurgiMend, used for hernia as well as in plastic reconstructive along with PriMatrix for wound care, in Boston. Those plants are *pretty much running normal capacity. And during this period of lower demand, we're actually building safety stock.* These are going to be products that we *should see very good growth* when things come back to normal, when we get back to the regular procedures. So *double-digit growth* we were posting last year. We continue to expect that. Once we get back to normal, we're going to *have plenty of safety stock to support that ramp when it comes back*. So that's the good news." | Capacity |

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 6. | ¶469 | Anderson | May 20, 2020 UBS Global Virtual Healthcare Conference (Ex. 8 at 6) | "So **in terms of the Boston facility, that's one that really is untouched from an overall manufacturing plan perspective. We continue to run that factory as before in order for us to use this time to build up safety stock in SurgiMend and PriMatrix.** Amniotic also is one that would see less impact in terms of reductions in hours for the exact same reason there. So we're really utilizing this time to build up safety stock levels." | Capacity |
| 7. | ¶472 | Anderson | October 28, 2020, Q3 2020 Earnings Call (Ex. 9 at 15) | "Yes. I'll say -- and I'll have Glenn comment on supply. But yes, we're **high-single low-double digit is what we're definitely positioned for within the TT portfolio**. A lot of that is tied to our new products. But specifically, where we are here with supply. So Glenn, why don't you talk a little bit about supply?" | Capacity |
| 8. | ¶472 | Coleman | October 28, 2020, Q3 2020 Earnings Call (Ex. 9 at 15) | "Yes. I think overall, **we're in great shape when you look at our regenerative supply**. One of the silver linings of COVID was with the reduced demand, we actually are able to build supply even faster, build safety stock levels up, despite the cost reductions that we went through. But the other nice thing is we've made some investments in these plants to build more capacity as we move forward. And when I think about our Waston plan, which makes SurgiMend and PriMatrix, I think about Memphis and the amniotics business, we can actually now build more product, and **we've actually built more safety stock for those regenerative products**.<br><br>**So we're in very good shape**. And as Carrie mentioned, as sales start to ramp up with our regenerative products. These are very high-margin products for us, 80% plus. So we're well positioned not just to capitalize on the top line, but also to show that favorable mix and actually drive higher gross margins going forward." | Capacity |

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 9. | ¶395 | Coleman | May 20, 2021 Virtual Investor Day Conference (Ex. 11 at 11) | "Second, we've **made investments in our core plants**, where we expect the greatest growth to come from over the next five years, including our regenerative plants in Memphis, Princeton and Boston and that **work is now complete**. And then third, we have a more cost-effective structure moving forward through the reduced manufacturing footprint and operating in low-cost countries like Puerto Rico. We're now left with **a manufacturing footprint that's** global in nature, **able to produce quality products** and staffed with colleagues with deep expertise in manufacturing complex products. This, coupled with a more centralized and efficient service and repair center capability, provides faster customer turnaround times at a lower cost." | Remediation |
| 10. | ¶395 | Coleman | May 20, 2021 Virtual Investor Day Conference (Ex. 11 at 14) | "We also launched the first LEAN Six Sigma/Green Belt certification program to drive continuous improvements across the entire organization and implemented a Quality Management System Oversight Committee to improve our overall quality program. This committee is focused on ensuring all sites adopt the global standard operating procedures, establish best practices and have clear accountability of process owners for key quality system elements to optimize different aspects of the QMS. The key takeaway here is **we've strengthened our quality operating mechanisms and reduced quality risk with enhanced rigor and this has led to better FDA inspection results**." | Remediation |

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 11. | ¶474 | Company<br><br>Signed by: De Witte, Anderson, and others<br><br>Certifications: De Witte, Anderson | February 24, 2022, FY21 Form 10-K (Ex. 12 at 33) | "***The Warning Letter and the 2021 Form 483 do not restrict the Company's ability to manufacture or ship products or require the recall of any products***, nor do they restrict our ability to seek FDA 510(k) clearance of products. The Warning Letter states that requests for Certificates to Foreign Governments would not be granted. However, due to our monthly progress reports, the FDA agreed to issue Certificates to Foreign Governments for the products manufactured at TEI due to substantial progress and the length of time it takes to resolve the Warning Letter. Additionally, premarket approval applications for Class III devices to which the Quality System regulation violations are reasonably related will not be approved until the violations have been corrected. The TEI Boston facility manufactures extracellular bovine matrix products. We cannot give any assurances that the FDA will be satisfied with our response to the Warning Letter or as to the expected date of the resolution of the matters included in the letter. Until the issues cited in the letter are resolved to the FDA's satisfaction, the FDA may initiate additional regulatory action without further notice. Any adverse regulatory action, depending on its magnitude, may restrict us from effectively manufacturing, marketing and selling our products and could have a material adverse effect on our business, financial condition and results of operations.<br><br>Revenues of products manufactured in the TEI Boston facility for the year ended December 31, 2021 were approximately 4.7% of consolidated revenues." | Capacity |
| 12. | ¶437 | Company | September 30, 2022 ESG Report for 2021 (Ex. 15 at 21) | "We have ***numerous mechanisms and processes*** embedded within our business operations ***to protect and ensure product quality, continuously improve the effectiveness of our quality management system, and ensure compliance with all regulatory requirements***." | Compliance |

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 13. | ¶437 | Company | September 30, 2022 ESG Report for 2021 (Ex. 15 at 22) | "Manufacturing associates are trained to understand how the improper function of equipment and a failure to follow manufacturing processes can result in defects. To avoid defects and deliver the highest quality products, *Integra adheres to good manufacturing practices (GMPs), quality system regulations (QSRs), good laboratory practices (GLPs), good tissue practices (GTPs)* and guidelines for conducting clinical studies." | Compliance |
| 14. | ¶399 | De Witte | April 26, 2023 Q1 2023 Earnings Call (Ex. 18 at 9) | "Yes. In short, in Boston, the main product there is SurgiMend. There's also one private label product that's being manufactured there. To go back to the Boston production or the quality project there, *we've been working for the past couple of years to upgrade our Boston facility based on FDA observations in 2018 and 2021*, okay? In addition, as we are preparing to have SurgiMend PMA product there, *the Boston site requires a quality system that operates at a higher level.*<br><br>*So that's* a product that we've been -- *a project that's been ongoing. We had an audit early in March that confirms we're on the right track with our execution.* At the same time, it further ups our sense of urgency to finish the project, specifically upgrading a number of testing-related processes and infrastructure, physical layout changes." | Remediation |
| 15. | ¶480 | Leonard | May 4, 2023 Analyst/ Investor Day (Ex. 20 at 31) | "As shown here, roughly 40% of capital is allocated to improving reliability and resilience. And the balance is allocated for increasing capacity and creating new capabilities to support the long-range growth plans of the business. To highlight a few impactful projects, a new clean room in the Le locle, Switzerland will double our BactiSeal capacity by year-end. And *the relocation of our Boston facility to a new PMA-ready site in nearby Braintree will more than double our capacity for SurgiMend and PriMatrix in 2025."* | Capacity |

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 16. | ¶441 | Leonard | May 4, 2023 Analyst/ Investor Day (Ex. 20 at 31) | "Last year and this year, *we made significant investments in quality across all of our manufacturing sites with a focus on accelerating our quality project in Boston*, involving testing, infrastructure and physical layout changes. And we are *on a path to reach world-class quality assurance across all manufacturing sites* by the summer. This further enables reliable supply and availability of our PMA products." | Remediation |
| 17. | ¶404 | De Witte | July 27, 2023 Q2 2023 Earnings Call (Ex. 25 at 4) | "As many of you are aware, we initiated after consultation with the FDA, a voluntary global recall of all products manufactured in our Boston facility. This was based on our identification of gaps in our endotoxin testing process, which may have resulted in the release of products with higher levels of endotoxin than permitted by the product specifications. Recall included our PriMatrix, SurgiMend, Revize, and TissueMend products. We also extended the previously implemented manufacturing parts in Boston to implement additional detection and quality controls. That we found to be necessary in light of both recent FDA inspection results and findings from prior internal and external audits.<br><br>It is important to point out that *we have no specific indications of any product complaints related to high endotoxin levels. Patient safety is nonnegotiable for us*, and we apply an abundance of caution and making tough decisions like the ones we have made over the past few months. We continue to work closely with the FDA." | Remediation |

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 18. | ¶404 | De Witte | July 27, 2023 Q2 2023 Earnings Call (Ex. 25 at 5) | "Based on this project plan, we expect *to resume manufacturing by the end of the fourth quarter of this year*. Considering cycle time from moving from raw materials to finished goods in the factory, the need to build inventory and the plan to complete a final audit by our outside expert. We expect *to initiate a commercial relaunch by the mid to late second quarter 2024*. This planning is consistent with what the FDA expects, pursuant to the warning letter we received last week." | Remediation |
| 19. | ¶404 | De Witte | July 27, 2023 Q2 2023 Earnings Call (Ex. 25 at 5) | "In May, we provided a range of impacts for 2023. And in our updated guidance, you will see that full year negative impact of approximately $60 million in revenues and $0.35 for adjusted EPS. Although we are not providing guidance for 2024 at this time, the manufacturing we start timing and the time required to ramp up inventory and sales will create a headwind for 2024.<br><br>We estimate the net impact of the Boston return to market timing and our offsetting actions to negatively impact the 2024 projections. Implied in the long-range plan, which we presented during our May 4 Investor Day. We estimate this negative impact to be around $50 million in revenue and around $0.30 a in adjusted EPS.<br><br>I want to assure our customers and investors that *we are highly focused on our remediation efforts*, and *we fully expect to complete the remediation* and return these critical technologies to the market for our customers and their patients." | Remediation |
| 20. | ¶447 | Company | August 17, 2023 ESG Report for 2022 (Ex. 26 at 18) | *"To avoid defects and deliver the highest-quality products, Integra also adheres to Good Manufacturing Practices (GMPs),* Quality System Regulations (QSRs), Good Laboratory Practices (GLPs), Good Tissue Practices (GTPs) and guidelines for conducting clinical studies." | Compliance |

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 21. | ¶447 | Company | August 17, 2023 ESG Report for 2022 (Ex. 26 at 18) | "At Integra, our products and services are developed to restore patients' lives.<br><br>That means ***product safety and quality are paramount***. Put simply, our work matters. We have many policies and processes to ensure we create quality products, but we don't rest on our laurels. We ***continuously improve our Quality Management System (QMS) to meet the highest and most current quality standards***." | Compliance |
| 22. | ¶411 | Knight | September 6, 2023 Wells Fargo Securities Healthcare Conference (Ex. 27 at 5-6) | "Certainly. So from a Q2 perspective, so the good news is our markets continue to be stable in both segments from neurosurgery as well as tissue tech, supply, our supply order backorder status has also continued to gradually improve, which is a key indicator for us. Safety stock. We talked about the fact that we were investing in rebuilding our safety staff to help address reliabilities, opportunities, and that has also progressed. And then finally, and I know we'll get into this a lot more deeply. ***Boston remediation continues to progress well***." | Remediation |

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 23. | ¶411 | Knight | September 6, 2023 Wells Fargo Securities Healthcare Conference (Ex. 27 at 8) | "They [recalls] unfortunately happen. So it's less about the event necessarily more about how we respond in that moment. And so what I've been encouraged by what gives me confidence in the plan we built, is the fact that leadership has been engaged. They've been accountable. They've rolled up their sleeves to own this. We've hired in the right technical expertise to support and drive building remediation plan and executing against it. And we've harvested resources to allocate appropriately to make sure it's supported from around the organization.<br><br>And so all of that encourages me that we *are absolutely in the right path that are time lines to get back into market -- are real*. So that's the good news. And we've been executing against that plan accordingly. As part of our Q2 discussion, we talked about the time line that we have an expectation that we're going to be able to *begin manufacturing again in the end of this year. And that commercial distribution would resume somewhere in the mid- to late Q2 2024 timeline*.<br><br>We also talked about the fact that to make sure we were tracking, right, to that commitment, we would have independent reviews happening in this time frame to let us know whether or not we were on pace, and we did complete that first independent review. And the observations coming out of it, say, *we're still on track for that timeline*. So that's great news. That said, there will be even more independent reviews that happen over the next couple of weeks. And so we'll be able to provide more of an update for our Q3 earnings, but that's perfect." | Remediation |

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 24. | ¶418 | De Witte | October 25, 2023, Q3 2023 Earnings Call (Ex. 28 at 8) | "First, **our progress in addressing the Boston facility and returning to the market remains on track**. Interim external reviews **confirm the adequacy of our remediation plan** and the changes made so far and they **reflect significant steps made towards the resumption of manufacturing by the end of the fourth quarter 2023 and commercial distribution in mid- to late second quarter '24**. Product substitutions are within the expected range of 10% to 15%, highlighting the breadth and depth of our Tissue Technologies portfolio, and we remain on target for SurgiMend's PMA approval in the first half '25." | Remediation |
| 25. | ¶418 | De Witte | October 25, 2023, Q3 2023 Earnings Call (Ex. 28 at 5) | "In summary, we're making significant headway towards completing the necessary remediation requirements in Boston to bring these critical technologies back to the market for our customers and their patients, and **we are on track with our communicated time lines**. With that, let's move to Slide 5 for some overall third quarter business highlights." | Remediation |
| 26. | ¶425 | Company | February 28, 2024 Form 8-K re Q4 2023 Earnings Release (Ex. 32 at 7) | "Boston **relaunch remains on track for mid-to-late Q2 2024**." | Remediation |

-13-

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 27. | ¶425 | De Witte | February 28, 2024, Q4 2023 Earnings Call (Ex. 30 at 15-16) | "So on Boston, just as a reminder, we restarted that factory in November and then in January had an external review, which we call the dress rehearsal. I call it a ***successful dress rehearsal*** because what we got were the confirmations, but also the learnings that we hoped to get based on the work done and its guidance, the learnings have been guiding us since the end of January over February into the preparation for that external audit, which will take place in March.<br><br>The audits pretty much cover every aspect of our quality management system, I mean, from beginning to end. We got, I would say**, *limited observations on things that we could have improved.*** The main learnings, in fact, were on how people were conducting the interactions with the different auditors." | Remediation |
| 28. | ¶425 | De Witte | February 28, 2024, Q4 2023 Earnings Call (Ex. 30 at 5) | "Although the Boston recall weighed on our financial results for the year, we're pleased with the significant and steady progress we have made towards bringing the Boston portfolio back on the market by mid- to late second quarter. We restarted the factory in November. And in January, we successfully completed an initial external review following the factory restart, the dress rehearsal we referred to in earlier calls.<br><br>We're now preparing for the external audit, which will take place in March. ***Successful audit will allow us to start building finished goods inventory to resume distribution mid- to late second quarter.***" | Remediation |

-14-

| No. | Para. | Speaker | Source | Statement | Category |
|---|---|---|---|---|---|
| 29. | ¶434 | De Witte | May 6, 2024, Q1 2024 Earnings Call (Ex. 33 at 8) | "So look, when we communicated in February, we believed our timeline was achievable based on plans to satisfy the thresholds of the warning letter. Now despite how much we accomplished leading up to the dress rehearsal, we were not as far along as we thought. The final audit confirmed that there's more to be done. That's a result that we acknowledge and accept as a result of that final audit.<br><br>Now none of this should cloud the fact that we remain committed to bringing the products back to market for the benefit of our surgeons, our patients, and shareholders. So we've made changes to the operations and quality leadership and structure to ensure the right focus and capabilities is applied to Boston but also our broader quality system and the broader supply improvements there." | Remediation |