# EXHIBIT 11



20-May-2021

# Integra LifeSciences Holdings Corp.

(IART)

**Investor Day**



1-877-FACTSET    www.callstreet.com

Total Pages: 57

Copyright © 2001-2021 FactSet CallStreet, LLC

**Integra LifeSciences Holdings Corp.** *(IART)*
Investor Day

**Corrected Transcript**
20-May-2021

# CORPORATE PARTICIPANTS

**Michael T. Beaulieu**
*Director-Investor Relations, Integra LifeSciences Holdings Corp.*

**Peter J. Arduini**
*President, Chief Executive Officer & Director, Integra LifeSciences Holdings Corp.*

**Glenn G. Coleman**
*Executive Vice President & Chief Operating Officer, Integra LifeSciences Holdings Corp.*

**Robert T. Davis**
*Executive Vice President & President-Tissue Technologies, Integra LifeSciences Holdings Corp.*

**John Fischer**
*Plastic & Reconstructive Surgeon, The University of Pennsylvania, The Presbyterian Medical Center of Philadelphia*

**Tom Gilbert**
*Vice President of R&D, Tissue Technologies, Integra LifeSciences Holdings Corp.*

**Ian Valerio**
*Plastic & Reconstructive Surgeon, Massachusetts General Hospital, Harvard Medical School*

**David Adelman**
*Plastic & Reconstructive Surgeon, Associate Professor, Plastic Surgery, The University of Texas, MD Anderson Cancer Center*

**Moses Shieh**
*Surgeon, Co-Chairman for Lee Health's Robotic Surgery Program, Surgical Healing Arts Center*

**Suhail Mithani**
*Surgeon, Hand and Extremity Reconstructive Surgery, Duke University*

**Ruth Fleming**
*Vice President of Global Marketing, Integra LifeSciences Holdings Corp.*

**Pradeep Mohan**
*Plastic & Reconstructive Surgeon, Hand & Microsurgeon, Veda Medical and Veda Wound Care of Texas (San Antonio)*

**Michael McBreen**
*Executive Vice President & President-Codman Specialty Surgical, Integra LifeSciences Holdings Corp.*

**Christopher P Kellner**
*Cerebrovascular Neurosurgeon, Mount Sinai Health System*

**Adnan Siddiqui**
*Cerebrovascular Neurosurgeon, State University of New York at Buffalo's Jacobs School of Medicine and Biomedical Sciences*

**Bruce Campbell**
*Vascular Neurologist & Head of Stroke, The Royal Melbourne Hospital, Australia*

**Carrie Anderson**
*Executive Vice President & Chief Financial Officer, Integra LifeSciences Holdings Corp.*



**Integra LifeSciences Holdings Corp.** *(IART)*
Investor Day

# MANAGEMENT DISCUSSION SECTION

### Michael T. Beaulieu

*Director-Investor Relations, Integra LifeSciences Holdings Corp.*

Good morning everyone. Welcome to Integra's 2021 Virtual Investor Day. I'm Mike Beaulieu, Director of Investor Relations and we appreciate your interest in Integra and hope you're as excited as we are to be here this morning.

Earlier today, we issued a press release announcing that for the second quarter 2021, the company now expects to achieve the higher end of both its revenue guidance range of $372 million to $378 million and its adjusted earnings per share range of $0.63 to $0.67. We also reaffirmed our full year 2021 revenue and adjusted earnings per share guidance. For your convenience, the slides for today's presentation are posted on our website at integralife.com in the Investor Relations section under events and presentations.

As a reminder, some of the comments we make today are forward-looking statements. Factors that could cause actual results to different materially are discussed in the company's Exchange Act reports filed with the SEC. Some of the numbers in today's presentation will contain non-GAAP financial measures, which we view as meaningful to evaluate our performance. Please refer to the current report on Form 8-K filed today, where we provide an explanation for these non-GAAP measures.

In addition, we'll discuss products in our pipeline that have not yet received regulatory approval. And throughout today's presentation, we'll reference market size and market share information that reflect internal estimates.

Here's a look at today's presentation agenda. The company is at an important inflection point following the recent divestiture of the Orthopedics business and the acquisition of ACell. And we're excited to share with you many of the changes that have taken place since our last Investor Day.

President and CEO, Peter Arduini, will begin the formal presentation with a strategic update to discuss our plans to achieve our full potential. Glenn Coleman, Chief Operating Officer will then discuss our operating model and how it provides a competitive advantage. And Bob Davis, President of Tissue Technologies, will then give an update on the many innovative programs underway in his segment.

Beginning around 10:20 AM Eastern Time, we'll open the floor to our first Q&A session. You should see a dialog box on your screen where you can submit a question, beginning now and at any time during the presentation. We'll take as many questions as we can in the allotted time. For the first Q&A session, we'll limit the questions to presentations by Pete, Glenn and Bob. In the interest of time, we may aggregate similar questions and answer them together.

Following the Q&A, we'll take a short 10-minute break and then restart the presentations at about 10:50 AM Eastern Time with Mike McBreen, President of Codman Speciality Surgical. Carrie Anderson, Chief Financial Officer, will follow Mike with a review of our long-term financial goals and our plans for sustainable value creation. Pete will then make some brief closing remarks and we'll reopen the floor to a final Q&A session. And we plan to wrap up the meeting right around 12:30 PM Eastern Time.

So with that, it's now my pleasure to turn the presentation over to President and CEO, Peter Arduini.



## Integra LifeSciences Holdings Corp. *(IART)*
Investor Day

**Corrected Transcript**
20-May-2021

### Peter J. Arduini
*President, Chief Executive Officer & Director, Integra LifeSciences Holdings Corp.*

Thanks, Mike. Good morning, everyone. We hope you're all doing well and we appreciate you joining us here today. We're truly excited and energized about our plans and look forward to sharing them with you today. As Mike commented, we are at an important inflection point. And our goal today is to provide the first complete update on our long range outlook since our last Investor Day in 2017.

Our goal is for you to be take away a better understanding of these key messages and how well-positioned for sustained, profitable growth Integra is today. First, we believe as we exited 2020 that we're now entering into a new inflection point for the company, resulting in accelerated growth and expanded market leadership. While all this went through many challenges brought about by COVID-19 in 2020, we, at Integra, used the time to continue to transform our business and maintain investments and key priorities while taking aggressive moves in other areas.

And second, we've reshaped and optimized our portfolio over the period of six years, divesting or eliminating low-growth assets and focusing the portfolio on segments in which we can have longer term competitive advantages. Third, we'll discuss how our growth strategies will enable us to penetrate deeper in our existing markets as well as expand into new clinical areas.

Fourth, we've been building out our operating capabilities to increase consistency of execution. And while we've been consistent in achieving our quarterly EPS estimates, we've not been as consistent in delivering on 5% to 7% top line growth. This focus on execution and growth has been a priority of the executive management team.

Glenn will walk you through the actions we've taken and share with why we are confident in our ability and our processes to deliver on top and bottom line results. And lastly, we have a clear line of sight to delivering on the long-term goals we laid out back in 2017. Those goals are as follows: 5% to 7% organic growth, double-digit EPS growth, 70% to 72% gross margins, and 28% to 30% EBITDA margins. And Carrie will cover this in detail later in the morning.

Our mission. Our mission is clear to do well for our shareholders, employees and our customers while doing good for patients. We aspire to make a positive difference in every patient and caregiver who encounters an Integra product, service or employee. Our values as an organization aligned to our mission; integrity, doing the right thing; people, our number one asset; excellence, getting better every day; embracing change which is always about looking forward to find new ways; decisiveness, structure and culture focused on getting things done; and teamwork, MedTech is a team sport, it's all about one goal and one focused team.

Here's a snapshot of Integra. We were founded in 1989 and are headquartered in Princeton, New Jersey. Our stock symbol is IART and our market cap is over $6 billion. In 2020, during COVID, sales were $1.37 billion, and we employ approximately 3,700 employees around the world and run the business with two global divisions, Codman Specialty Surgical, which we refer to as CSS representing two-thirds of our business and Tissue Technologies, which is one-third.

70% of our business is in the US and 30% is in international markets. This is up from eight years ago when international sales were less than 20%. Our products are sold primarily through direct sales channels and distributors and approximately 130 countries.

# Integra LifeSciences Holdings Corp. *(IART)*

Investor Day

**Corrected Transcript**

20-May-2021

This is Integra's leadership team and I'm very proud of the quality and capabilities of the team that we've assembled here in Integra, very high quality experienced leaders in a mid-cap company. As you all know, a company is only as good as the team that leads it. And we're quite fortunate to have leaders with an average of more than 25 years of healthcare experience and leaders that are highly accomplished in their respective functions in guiding complex organizations and managing diversified product portfolios. All of which translates into deep insights, relationships and the wisdom to lead our company. That concludes my opening remarks. And now you're going to hear from the leaders featured on the top of the slide.

So, back to our agenda. Next Glenn will be presenting, followed by Bob, after which we'll have a question-and-answer period followed by a quick break for everyone to finish out the morning. Mike McBreen will then present followed by Carrie Anderson. And we'll end that session today with a second Q&A and plan to wrap up around 12:30 Eastern Time.

And with that, I'd like to turn the podium over to our Chief Operating Officer, Glenn Coleman.

## Glenn G. Coleman

*Executive Vice President & Chief Operating Officer, Integra LifeSciences Holdings Corp.*

Thanks, Pete, and good morning. My name is Glenn Coleman and I've been with Integra for seven years, five years as Chief Financial Officer. In the last two years, I've served as Chief Operating Officer. As a company, we've made great progress streamlining and improving processes over the past few years.

I'm excited to share with you three areas today. First, an update on some of the key accomplishments since our last Investor Day; second, a review of our enhanced operating model; and finally, the initiatives that we are undertaking to deliver more consistent execution.

There are five key takeaways I'll highlight in my presentation. I assumed the COO role two years ago in 2019 with an initial focus on enhancing and upgrading the team. Several key changes that were made to drive consistent execution and operational excellence. Well, first, bringing in a proven global operations and supply leader with Steve Leonard and appointing a new quality leader Bob McAleer who is previously responsible for our operations in our Tissue Technology plants. In addition, we created a new position of Chief Strategy Officer and appointed Sravan Emany to lead the overall company's strategy with increased focus and execution. These leadership changes are supported by our enhanced operating model that I'll cover in just a few minutes.

We've also made very good progress on our portfolio optimization plans and have reduced complexity across the company through SKU rationalization and the divestiture of our Orthopedics business that was mentioned earlier by Pete. Most of the heavy lifting for both of these initiatives is now complete, which enables us to increase our focus on growing our core product portfolio. Like many of our peers, COVID has made us adapt to a more virtual environment in the last year. We've moved with speed and agility in a rapidly changing environment with a focus on our customers and patients.

Moving to the right side of the chart, new product introductions and delivering 25% of our organic growth through impactful new product launches is not new for us. It's a key element of how we achieve consistent 5% to 7% organic growth. And you'll hear more about many of these exciting product launches later today. Lastly, our M&A integration and separation capabilities are a core competency of our company and a key enabler of our strategy.

Let me now move to the high-level commitments from our last Investor Day in December of 2017 and our progress against them. At that time, we had just closed the Codman acquisition, a neurosurgery business with over half its revenues coming from international markets. This gave us immediate scale and a larger commercial

# Integra LifeSciences Holdings Corp. *(IART)*

Investor Day

 
presence, especially in Japan and China, where we nearly tripled the size of these businesses. These two countries are now the largest revenue contributors outside the US and have been our fastest growing markets since early 2018 with consistent double-digit organic growth and have outperformed our expectations.

Codman also gave us increased scale across Europe, accelerating our international expansion by over a decade with a larger commercial team and expanded product offering to this important part of our international business. We clearly executed well in this complex integration and have realized the bull case for the benefits we outlined for this transformative acquisition.

We also indicated that we are well-positioned with a robust operating structure to deliver consistent growth and profitability. This is one area where I feel like we could have done better and fell short of the mark, especially on supply where we didn't have adequate capacity at several of our tissue plants, which hurt us throughout 2019.

Over the past 18 months, we've made the necessary changes and investments to expand capacity at these sites to not only meet our long-term demand forecasts but also build adequate safety stock. The end result is we've addressed this area and are in right path to support our go-forward long-term growth plans.

Another area of emphasis was further portfolio management to achieve relevant scale and leadership positions across our portfolio. We delivered on this commitment with aggressive actions on SKU rationalization and divesting orthopaedics, which was an unprofitable and subscale business. And finally, leveraging our IT investments to drive cost effectiveness, agility and differentiated customer service. We made significant progress in this area by moving to one global instance and advancing many digital initiatives.

This slide shows a more detailed view of some of our key accomplishments over the past three years. I don't intend to go through this detailed list, but we'll highlight several items under technology enhancements where we've made great progress. We've successfully transitioned to a single ERP system. And many of you probably remember six or seven years ago, our back office was comprised of approximately 30 ERP systems. The benefits of a single ERP is that it allows us to leverage and centralize standard operations like financial shared services, customer service and supply chain planning. It also helps to standardize data for advanced analytics and accelerates acquisition integration by having a standard global platform where we can add on new businesses.

We've also rolled out real-time analytics and rebuilt our enterprise reporting platform from the ground up, leveraging new technologies to provide real-time data analytics in areas such as field sales reporting, financial reporting, operations and many other areas of our business. This rebuild has included a focus on cloud technologies and access for mobile devices.

Moving to digital tools and virtual collaboration, we've also continued to invest in technology infrastructure with a focus on resiliency and collaboration. During the pandemic, we had to put these investments to the test. And we've been able to work through these changing workplace dynamics. And I must say, we've actually fared very well.

I'm excited to share the progress in our global manufacturing footprint operations and optimization over the past few years. I want you to take away three things. First, we've optimized our capacity by closing or divesting five non-core non-strategic manufacturing sites and also recently announced the closure of a sixth site in France that we plan to exit by the end of 2022. At the same time, we created four centers of excellence across the enterprise, three for our neuro business located in Massachusetts, Ireland and Switzerland along with our collagen plant in New Jersey. These centers of excellence are sites where we have deep manufacturing expertise in areas such as

Copyright © 2001-2021 FactSet CallStreet, LLC

**Integra LifeSciences Holdings Corp.** *(IART)*

Investor Day

Corrected Transcript

20-May-2021

machining, welding, assembly and testing for products that require detailed precision and knowhow such as our programmable valves.

Second, we've made investments in our core plants, where we expect the greatest growth to come from over the next five years, including our regenerative plants in Memphis, Princeton and Boston and that work is now complete. And then third, we have a more cost-effective structure moving forward through the reduced manufacturing footprint and operating in low-cost countries like Puerto Rico. We're now left with a manufacturing footprint that's global in nature, able to produce quality products and staffed with colleagues with deep expertise in manufacturing complex products. This, coupled with a more centralized and efficient service and repair center capability, provides faster customer turnaround times at a lower cost.

We've also transformed our distribution capability through a mix of centralization and outsourcing over the past few years. Previously, we had a decentralized structure that was not optimal and candidly, this was not a core competency for us as a company. As a result, we've now moved to a centralized and regional distribution model that's now fully managed by a third-party provider or what we call a 3PL structure with four large scalable hubs that cover 95% of our customers, two in the US covering East and West Coast, one in Europe and one in Japan, all supported by one global transportation management process.

A good example of how we can quickly scale these DCs is our recent ACell acquisition, where in less than three months we moved distribution into our network. The benefit of these changes includes a more cost effective and efficient structure and timely delivery of products to our customers.

Let me now transition to our operating model which Pete briefly referred to earlier this morning. This is how we run the company day-to-day and ensure consistent execution against the four pillars of our strategy with a focus on continuous improvement across the entire organization. Given other items we talked about today, let me link the strategic components together for everyone. It starts with our mission. It's our purpose for existing, doing well for our shareholders, colleagues and customers, by doing good for patients. That leads to our vision what we look like when we achieve our mission. It's our destination.

We then have our strategy, which are the key tenets we follow to realizing our vision. You can think of this as our blueprint and then that then leads to our operating model. It's the way we work daily to execute the strategy. And again, you could think of this as our detailed work plan. So how we do it stores six core values of our people and the type of people we attract. How we measure progress and success against this strategy is to setting out our long-term goals, which Carrie will cover later this morning.

Pete referenced to our six core values earlier this morning, so I don't plan to go through this in detail. The important takeaway is these are our core values and drive the how we execute our operating model with diverse and inclusive teams that deliver results to integrity, teamwork and decisiveness.

Let me now move to our next area of our operating model where we've established a rigorous priority setting and capital allocation process to align with our strategy. Our near simultaneous acquisitions of Codman and Derma Sciences in 2017 created additional demands on our teams' time. The goal was to shift the mindset to focus on a smaller set of high-impact priorities or what we call our platinum priorities, which get cascaded down through the entire organization to ensure we have no confusion about which priorities matter at the company. The end result is cross-functional resource alignment, better execution on high-impact business movers and getting things done such as key NPI programs.

# Integra LifeSciences Holdings Corp. *(IART)*

Investor Day

 Corrected Transcript

20-May-2021

We also reprioritized on a quarterly basis as we complete things and learn from the market. This is done both at the corporate and divisional level, ensures that we're quick to respond to market dynamics. The executive leadership team also does an annual review and a refresh of what we believe is the full potential of Integra. This includes company-wide alignment on key strategic initiatives that need to be funded and resourced in order to achieve our corporate strategy and the defined full potential.

The next slide highlights how we're doubling down on our investments in certain core competencies in both operations and quality to support our growth plans. Many of these investments are being made to avoid future supply or manufacturing disruption. Several examples I'd like to highlight include first implementing a disciplined business continuity planning process across all of our manufacturing sites and distribution centers.

Second minimizing reliance on sole source suppliers and ensuring we have multiple suppliers for critical raw material components. Third, creating a more robust short and long-term S&OP process and global demand plan by leveraging our single ERP instance. And finally ensuring critical SKUs have adequate safety stock. On the quality side, we're also making investments by moving to a single global QMS system and implementing a global regulatory management system later this year. We believe these and other investments that are listed here will enable faster and more consistent growth moving forward.

Moving to the next area of our operating model. As mentioned earlier, we have a robust and proactive product portfolio and market assessment process that's closely tied together. A good example of this is our most recent divestiture. We spent time evaluating orthopedics and while we had a strong position in ankle and shoulder, we couldn't achieve a top position in this market given the market dynamics and consolidation that was taking place.

So we came to the realization that achieving our strategic ambitions was no longer feasible and we made a choice to exit. Conversely, in our Tissue Tech business, we've always had a strong position with plastic and reconstructive surgeons in the treatment of complex wounds. With the recent acquisition of ACell, we added to our strengths and broadened out our portfolio to provide these surgeons and patients more options. We're also continuously evaluating adjacent opportunities in neuro, which led to our investment into areas such as ICH and other specialty surgical areas which include ENT instruments. This aspect of our operating model is very important to ensure we achieve relevant scale and a top two position across our portfolio. And we do this really well.

Moving to M&A and integration, this has been a cornerstone of our company and part of our DNA that's directly tied to our strategy. Everyone throughout the organization understands the playbook and we've done numerous transactions which has really helped to develop this skillset and capability broadly across our organization. In fact, since the beginning of our company, we've done over 50 deals.

Our acquisition strategy is supported by a full-time dedicated M&A team of nine people who are trained in both program management and integration and have deep organizational and process knowledge, which allows for a highly effective and repeatable process to manage these integrations. Let me highlight on our Codman acquisition which really illustrates our integration capabilities.

Codman was the largest most complex deal we've done in our company's history and a carve-out acquisition of a global business from a multi-national company. We received the product portfolio and a commercial team but no supporting infrastructure or functional capabilities. This carve-out had many aspects to it including TSAs, TMAs, international infrastructure build-out, manufacturing transfers and regulatory filings just to name a few. Codman was eight months of planning between sign and close and had the same leader from beginning to end including two years of post-close integration.

**Integra LifeSciences Holdings Corp.** *(IART)*

Investor Day

Corrected Transcript

20-May-2021

I believe if we can integrate a complex transaction successfully like Codman, we have the capabilities to do any type of integration. Learnings from Codman and other deals coupled with our rigorous process were also applied to ACell leading to a quick and smooth integration. ACell, a standalone regenerative company, was relatively easy to integrate with all critical commercial and operational milestones completed in in just four months, highlighting our strong integration capabilities.

A key part of our operating model is focused on innovation in niche markets and having a regular cadence of new product launches. You're going to hear about a number of new and exciting launches later this morning from Bob and Mike and those are shown on this page. I want to highlight the multiple processes and systems that we have in place to evaluate and monitor our R&D portfolio. This is supported by dedicated teams across functions for NPIs and sustained engineering.

It starts with our worldwide R&D product planning process to obtain global input on evolving technologies and field requested features. This thing gets prioritized based upon a risk adjusted net present value to ensure that we're investing in the right opportunities that accelerate growth and maximize the value of our R&D investment.

Regular quarterly portfolio reviews are then used to assess project execution, balanced resources and managed risk. This process also incorporates early stage or emerging technologies in the regenerative area. This team also evaluates opportunities to determine make versus buy decisions. And a good example will be micro grafting, where we're working with a third-party instead of doing it in-house.

All of our R&D programs are tracked in our [ph] gen site (00:46:14) portfolio management system across Integra, which enables us to measure R&D productivity by tracking adherence to things such as the budget, timelines and our revenue estimates. This has led to improved innovation, better execution and increased output of impactful NPI launches. For example, the number of key NPI launches has increased from three launches with about $25 million in revenue contribution several years ago to 10 launches with revenue over $100 million in 2019.

Moving to the last area of our operating model, we remain focused on creating a continuous improvement culture. Our digital transformation is well underway with progress being made in all four areas, our people, processes, customers and products. Starting with our employees, we've increased collaboration and mobility by leveraging a very strong technology base. This enabled us [indiscernible] (00:47:19) as we shifted a portion of our teams to remote work during the pandemic. It also boards well for lasting efficiencies with better working models for all of our colleagues including virtual training for our sales force.

We've leveraged our integrated European investment to build a foundation that enables process improvements and better analytics across all parts of our business. During the pandemic, we've dramatically increased our digital marketing efforts with traditional web-based properties and more specific branded properties to help drive awareness and adoption. Finally, we've seen increased collaboration between our various technology functions to leverage digital capabilities for our products.

I reviewed our manufacturing COEs earlier but now I'd like to really focus on a few of our new R&D centers of excellence. We co-located our resources in a cost effective manner while creating domain expertise at specific sites. Following the Codman acquisition, we've now concentrated most of our electromechanical R&D personnel in new laboratories located in Mansfield Massachusetts. The R&D team is there focused exclusively on CSS portfolio products such as CereLink and a hydrocephalus portfolio. And they provide product support for our broader CSS business.

## Integra LifeSciences Holdings Corp. *(IART)*
Investor Day

**C** Corrected Transcript
20-May-2021

Something that we're very excited about is our brand new 16,000-square foot regenerative medicine center of excellence in Princeton, New Jersey. This facility will be dedicated almost exclusively to our regenerative medicine portfolio. It was built to not only meet the needs of today, but the new generation of regenerative medicine products of the future. This new state-of-the-art lab will allow us to achieve speed and agility by housing all of our regenerative R&D and process development capabilities together in one facility. This facility gives us increased capacity and capability for highly specialized functions to improve research, augment our analytical and testing capabilities and invest new product introductions and exploratory programs.

Importantly, the new regenerative center of excellence will house the state-of-the-art skills laboratory that's going to be fully equipped with the newest video and IT capabilities. And it will provide a well outfitted surgical environment to which we can bring in surgeons to help develop and test new product concepts as well as train surgeons on existing Integra products.

As you might imagine, our R&D teams are very excited to work in this new facility that's expected to be completed later this year. We have relentlessly improved our responsiveness, agility and cost position across all of our operations. A big enabler has been the deployment of LEAN and Six Sigma throughout the entire organization. These tools and processes are increasingly part of how we work every day.

We have a very structured set of operating mechanisms in place which began at the start of every shift at every plant and roll up to our executive level teams weekly. Progress is measured across all aspects of safety, quality, delivery and cost, which allows us to focus resources and investments for maximum impact. LEAN and Six Sigma starts with creating a visual workplace where abnormal conditions are quickly identified and can be addressed. You can see some of the photos here in our plant in Ireland, where the entire site has been transformed into a LEAN showcase. The benefits go beyond the visuals with improvements demonstrated in all operating metrics.

We've not only made significant strides in manufacturing, but also significantly improved overall quality compliance health over the past several years. This is most evident when you look at some of our KPIs including audit performance where 90% of the audits resulted in one finding or less as well as a significant decline in field actions or product recalls in the past year. It started in January 2020 when we implemented a new organization design which allowed leaders to focus and go deep versus being spread too wide. This included the hiring of key talent to build core competencies and validation engineering, post market surveillance, human tissue, and service and repair.

We also launched the first LEAN Six Sigma/Green Belt certification program to drive continuous improvements across the entire organization and implemented a Quality Management System Oversight Committee to improve our overall quality program. This committee is focused on ensuring all sites adopt the global standard operating procedures, establish best practices and have clear accountability of process owners for key quality system elements to optimize different aspects of the QMS. The key takeaway here is we've strengthened our quality operating mechanisms and reduced quality risk with enhanced rigor and this has led to better FDA inspection results.

Finally, let me now move from core operations to commercial excellence. Our narrowed focus has allowed us to go deeper and cover our customers more closely. We've reimagined our sales channels and supplemented them with specialists, to ensure our customers have access to not only a relationship partner, but a true subject matter expert. Bob and Mike will cover this in more detail later this morning. We believe our sales force has more depth in neurosurgery and reconstructive surgical procedures than any of our competitors. We attract talent that want to work with the top KOLs and sell our leading portfolio in these spaces.

# Integra LifeSciences Holdings Corp. *(IART)*
Investor Day

At the same time, we're making digital and marketing investments, which are supporting our field reps with additional analytical tools, funnel management and quoting and pricing capabilities. This results in greater account visibility, better forecasting and helps us simplify how our commercial teams work with our customers. Lastly, we have a team of enterprise relationship managers that spent time with the Top 75 IDNs in the country. And we've steadily grown the amount of revenue through compliant contracts since 2017 which, we believe, is key to having access into accounts and also our long-term success.

So, let me now move to my key takeaways. We've accomplished a lot and made great progress towards our goals that were laid out in 2017. But when Pete opened the meeting, he talked about our inconsistent top line growth over the past two years. I am confident that we've made the necessary changes and have an operating model which will deliver consistent execution moving forward, allowing us to achieve our long-term goals, including 5% to 7% organic growth.

Our enhanced R&D process has led to a more robust product pipeline and you'll hear more about this pipeline later this morning from Bob and Mike. Earned through experience, we believe our M&A and integration capabilities distinguish us from the competition. It's a core competency. We've upgraded and invested in our operations and quality functions, both of which should be an enabler of future growth.

And lastly, we're well-positioned with our go-to-market strategy with strong and deep customer relationships and a large commercial team that will provide us with global leadership positions in niche markets that being neurosurgery and our regenerative technologies. And a key enabler will be our digital foundation, which would help us continue to transform the company and make us more competitive moving forward.

I mentioned at the beginning of my presentation that I've been at Integra for seven years and never have ever been more excited and optimistic about our future.

With that said, let me now introduce our next speaker, Bob Davis, President of our Tissue Technologies business.

## Robert T. Davis
*Executive Vice President & President-Tissue Technologies, Integra LifeSciences Holdings Corp.*

Thank you Glenn and good morning everyone. It's great to be with you all again from our last Investor Day in 2017. Before I jump in, I'd like to share a little more about who I am and why Tissue Technologies is at an inflection point to deliver growth. I started almost eight years ago as President of the Global Neurosurgery business and was then appointed to lead Orthopedics and Tissue Technologies which is now our Tissue Technologies division.

Since joining Integra, our company has experienced tremendous growth and progress. It's been wonderful to see the transformation in both our Neuro and Tissue Technologies business. Since we last met, we've done so much in terms of the divestiture of our Extremity Orthopedics business, the acquisition of ACell and our channel expansions.

We've also made significant investments in manufacturing to overcome supply challenges and meet customer demand, as well as in R&D to advance our innovative pipeline and expand into new markets. And over this last year, we have persevered through the pandemic with our team demonstrating incredible strength and agility to continue to serve customers and patients.

Our focus, scale and investments in our base business gives us an even stronger foundation for future growth and expansion with a portfolio of opportunities in the regenerative space. There is no better time to be at Integra

