# EXHIBIT 13

11/5/24, 3:48 AM
Case 3:23-cv-20321-MAS-TJB    Document 98-12    Filed 10/14/25    Page 2 of 3 PageID: 3041
Life sciences company closes deal to move to Braintree

*The Patriot Ledger*

NEWS

# It's official: New Jersey-based life sciences company will move manufacturing to Braintree

**Fred Hanson** The Patriot Ledger
Published 5:01 a.m. ET May 14, 2022 | Updated 5:41 a.m. ET May 14, 2022

BRAINTREE – Integra LifeSciences has completed a deal to move its South Boston production facility to a vacant Wood Road property.

Hilco Redevelopment Partners, the owner of the former Haemonetics building at 400 Wood Road, says Integra will occupy about 100,000 square feet of the recently renovated 156,000-square-foot building.

Integra will bring 125 jobs to the town and plans to add 25 more after relocating.

Mayor Charles Kokoros welcomed the company to the town.

"It has been a top priority of my administration to bring life science companies to Braintree and I am thankful to Hilco Redevelopment Partners for their efforts to bridge the gap between the town and Integra LifeSciences to bring this to fruition," Kokoros said in a statement.

At the mayor's request, the town council last month approved a tax increment financing agreement with Integra. Under the proposal, the company will receive a 25% discount on property taxes on improvements it makes to the property over 15 years. The discount would cover the $35 million the company plans to spend on improvements and $16 million for equipment and furnishings.

The tax break would be worth an estimated $1.2 million over 15 years, while the town could collect $4 million in property taxes during that period.

**Burger, fries and weed?** Cannabis cafes inching closer in Massachusetts

**The No. 1 sale:** House built for Baker Chocolate Company exec in 1900 sells for $3.25M

Kevin Breeden, Integra's senior vice president for operations and plant optimization, said the company is outgrowing its South Boston facility. He said it is important to the company to find new space nearby.

"We value our employees as much as our technology," Breeden told a council committee last month. "We want to migrate the people with the facility."

Based in Princeton, New Jersey, Integra was founded in 1989 and has more than 4,500 employees worldwide. The company makes surgical instruments and medical devices, but the Braintree facility would  manufacture artificial skin used in the treatment of wounds and burns as well as plastic surgery.

Andrew Chused, Hilco's head of investments, said they hope to attract other life sciences companies to the location.

"The property's proximity to Boston and the MBTA Red Line, major roadway networks and extensive nearby amenities are the cornerstones of future life science innovation at the property," Chused said.

Integra hopes to begin operations at the Wood Road facility in late 2025.