# EXHIBIT 14

TALKING POINTS

# Former Haemonetics headquarters in Braintree leased

Updated May 17, 2022, 5:44 p.m.



A view of the former Boston Edison power plant in South Boston. Integra LifeSciences Holding Corp. will relocate from its existing facility at 7 Elkins St. in the area. STANTEC ARCHITECTURE PHOTO

MEDICAL DEVICES

## Former Haemonetics headquarters in Braintree leased

Integra LifeSciences Holding Corp., a New Jersey-based medical device manufacturer, has leased 100,000 square feet at the former Haemonetics Corp. headquarters in Braintree. The company will relocate from its existing facility at 7 Elkins St. in South

Boston, located across from the former Boston Edison power plant where a 15-acre mixed-use redevelopment is underway. Integra will use the Braintree facility to manufacture regenerative tissue technologies, including reconstruction devices used in hernia repair and breast reconstruction, said Kevin Breeden, the company's senior vice president of tissue technologies operations. The company also has a manufacturing facility in Mansfield. Haemonetics vacated its headquarters at 400 Wood Road for a downtown Boston headquarters in late 2019. Hilco Redevelopment Partners purchased the site earlier that year and converted it into an office and biomanufacturing facility. — CATHERINE CARLOCK

RETAIL

## Walmart posts a rare loss

Walmart, the nation's largest retailer, is being hit hard by inflation. The company reported Tuesday that its profit in the first three months of the year fell 25 percent from a year ago, an unexpectedly large drop that Walmart blamed on broadly higher costs, particularly in labor and fuel. The drop meant that for the first time in many years, Walmart did not meet Wall Street's profit expectations, an ominous signal for other companies trying to navigate the current inflationary environment. The rare profit decline shows how inflation, which is running at a 40-year high in the United States, is rattling even a giant company like Walmart, which typically can use its size and scale to lower the costs of the goods that it sells. — NEW YORK TIMES

GASOLINE

## Price at the pump now over $4 a gallon in all 50 states

Gasoline pump prices have risen above $4 a gallon in all states in the United States for the first time ever as the last holdouts — Kansas, Oklahoma, and Georgia — saw prices rise, according to auto club AAA. In California, the most expensive state, prices are

averaging $6.021 a gallon, a fresh record, while five other states are above $5 a gallon. Ever-higher prices less than two weeks before the start of peak summer driving season are a burden to consumers and a potential challenge for President Biden. Biden's decisions to release crude oil from emergency reserves have translated to little relief at the pump, in part due to a lack of refining capacity to process that crude. — BLOOMBERG NEWS

RETAIL

## Sales overall up for fourth straight month, but down at gas stations, grocery stores

Retail sales rose 0.9 percent in April, increasing for the fourth consecutive month, as consumer prices continue to escalate at their fastest pace in four decades. The increase in spending in the United States last month follows a revised 1.4 percent month-over-month gain in March, when prices for gasoline soared amid Russia's invasion of Ukraine. Gas prices cooled down slightly in April but were still at elevated levels, while oil prices remain volatile. Consumers pulled back on spending at gas stations, where sales fell 2.7 percent in April, the Commerce Department reported Tuesday, and the report showed that shopping at grocery stores and building material stores dropped last month. — NEW YORK TIMES

LEGAL

## Inventor of 10-gallon hat sues distributor

Ten-gallon cowboy hat inventor John B. Stetson Co. says a distributor is trying to pilfer the rights to sell the hat of choice for the likes of Buffalo Bill Cody and John Wayne. The 157-year-old company wants a Delaware judge to find RHE Hatco. Inc. — a maker and seller of western chapeaus — doesn't have exclusive authority under a 1987 license to sell Stetsons through retail or e-commerce sites. Stetson no longer possesses a copy of the 35-

year-old contract, according to a May 11 lawsuit. The emblematic cowboy hats — some fetching more than $5,000 — have been de rigueur among rodeo riders and ranch hands across the American West for a century and a half. The Stetson is the state of Texas's official headgear. — BLOOMBERG NEWS

FINANCE

## Volatile stock market sends investors to cash

Investors are piling into cash as the outlook for global growth plunges to an all-time low and stagflation worries mount, according to a Bank of America fund manager survey that points to continued stock market declines. Cash levels among investors hit the highest level since September 2001, the report showed, with BofA describing the results as "extremely bearish." This month's survey of investors with $872 billion under management also showed that hawkish central banks are seen as the biggest risk, followed by a global recession, while stagflation fears have risen to the highest since 2008. — BLOOMBERG NEWS

STREAMING

## Netflix lays off 150 following subscription drop

Netflix said Tuesday that it's laying off about 150 employees, fallout from the surprising drop in customers the streaming company reported last month. The firings follow the unexpected loss of 200,000 subscribers in the first quarter and a forecast for the loss of another 2 million this period. At the end of last month, Netflix laid off a number of employees at Tudum, a website that promotes movies and TV shows for the streaming service, as part of a broader restructuring of its marketing department. — BLOOMBERG NEWS

HOME IMPROVEMENT

# Home Depot raises outlook for year

Home Depot's first-quarter sales improved despite a slow spring start and the home improvement chain raised its full-year guidance. Revenue increased about 4 percent to $38.91 billion, easily beating Wall Street expectations, according to a survey of analysts by Zacks Investment Research. Sales at stores open at least a year, a key indicator of a retailer's health, climbed 2.2 percent globally, and 1.7 percent in the United States. — ASSOCIATED PRESS

WORKPLACE

# Spain could be first country to offer sick leave for period pain

Spain is poised to become the first European country to grant workers the right to "menstrual leave," a proposal that's sharpening political divisions in the country over the push to improve women's rights. A draft law presented by Socialist Prime Minister Pedro Sanchez's government on Tuesday would allow those suffering from severe period pains to take paid time off each month, under medical supervision. Following Cabinet approval of the plan, it now goes to Parliament and the Senate for approval. The policy includes a requirement for schools and prisons to offer sanitary pads to those who need them and gives girls aged 16 and older the right to seek an abortion without parental consent. — BLOOMBERG NEWS

Show comments

©2024 Boston Globe Media Partners, LLC