**EXHIBIT 15**



INTEGRA®
LIMIT UNCERTAINTY

*Committed to improving the health of patients and the planet*

2021 ENVIRONMENTAL, SOCIAL & GOVERNANCE (ESG) REPORT

# Contents

## 1. INTRODUCTION .............................. 3

Message from our CEO ................................................. 4

Integra LifeSciences Overview ................................................. 5

About this Report ................................................. 6

Our Business and Brands ................................................. 7

2021 Awards and Recognition ................................................. 14

Pandemic Response ................................................. 15

ESG Strategy and Roadmap ................................................. 17

## 2. EXCELLENCE ................................ 20

Protecting Customers and Patients ................................................. 21

Clinical Trial Standards and Programs ................................................. 25

Affordability and Access ................................................. 26

Investing in Our Communities ................................................. 27

The Integra Foundation ................................................. 31

## 3. OUR PEOPLE & TEAMWORK ...... 32

Prioritizing Diversity and Inclusion ................................................. 33

Creating a Culture of Growth and Development ...................... 38

Ensuring Employee Health, Safety, and Wellness ...................... 41

## 4. INTEGRITY & DECISIVENESS ..... 44

Corporate Governance ................................................. 45

Managing and Mitigating Risks ................................................. 48

Business Ethics ................................................. 49

## 5. EMBRACING CHANGE ................. 53

Strengthening Our Environmental Policy ...................................... 54

Planning for a Sustainable Future ................................................. 56

Building Supply Chain Resilience, Protecting Human Rights 58

## 6. INFORMATION SUMMARY ......... 61

Forward Looking Statements ................................................. 62

Global Reporting Initiative (GRI) Index ................................................. 63

Sustainability Accounting Standards Board (SASB) Index ...... 69



2

# Excellence

## Unwavering commitment to our customers, patients, and colleagues

Integra aspires to demonstrate excellence in all facets of our business. Excellence to us means being supportive, transparent, and accountable to all of our partners, customers, and healthcare providers we serve to the broader communities we touch.

We shape care pathways through the delivery of safe, effective, and affordable medical products and invest in the communities we work with daily. Our commitment to excellence is evident through our achievements in product safety and customer welfare, affordability and access, and community relations.

**Protecting Customers and Patients**
**Clinical Trial Standards and Programs**
**Affordability and Access**
**Investing in Our Communities**
**The Integra Foundation**

# Protecting Customers and Patients

Our approach to product quality begins with the company-wide mindset that our products and services are developed to improve patient outcomes.

We have numerous mechanisms and processes embedded within our business operations to protect and ensure product quality, continuously improve the effectiveness of our quality management system, and ensure compliance with all regulatory requirements.

## OUR QUALITY POLICY AND MANAGEMENT RESPONSIBILITY

Integra's quality system starts with our quality policy, which provides a framework for establishing and reviewing our quality objectives. The Integra quality policy is prominently displayed in each facility to remind colleagues of our commitment to quality. The policy is reviewed quarterly during our corporate quality management reviews to ensure we are meeting our commitments.

### OUR QUALITY POLICY

The companies of Integra LifeSciences stand for integrity— of our people, our products and our partners.

We are committed to providing lifesaving products that are safe and effective.

We are committed to continuously improve the effectiveness of our Quality Management System, our products and our services.

We are committed to meeting the regulatory requirements and to satisfying the needs of our customers and partners.

We strive to deliver high quality products and services to achieve total customer satisfaction.

The products manufactured by the companies of Integra LifeSciences provide state of the art medical technology that improves the quality of life for the patients we serve.



## QUALITY MANAGEMENT

We put into practice our quality policy and objectives through Integra's quality management system (QMS). Our executive leadership team is responsible for establishing, implementing, and maintaining our QMS by:

- Communicating the importance of meeting customer expectations and regulatory requirements throughout the organization.
- Establishing Integra's quality policy and quality objectives.
- Monitoring the effectiveness of the QMS through quality objectives, resource planning, metric tracking, audit results, data analysis, corrective actions and preventive actions, and management reviews.

All Integra colleagues participate in quality system training so they can understand the laws, policies and procedures that apply to them in their role at the company and are aware of how they contribute to the achievement of the quality objectives. All colleagues are assigned annual training on the QMS as well as training programs specific to their roles in the organization.

Manufacturing associates are trained to understand how the improper function of equipment and a failure to follow manufacturing processes can result in defects. To avoid defects and deliver the highest quality products, Integra adheres to good manufacturing practices (GMPs), quality system regulations (QSRs), good laboratory practices (GLPs), good tissue practices (GTPs) and guidelines for conducting clinical studies.





## PRODUCT INNOVATION PROCESS AND GOVERNANCE

Integra has established product innovation processes and procedures to ensure the design, development and commercialization of safe and effective products. Our product innovation process takes into consideration the total product lifecycle, from conception through end of product life. Procedures established consider:

- User, patient and health agency requirements, including FDA 21CFR, EU MDD/MDR (Medical Device Directive and Regulations), and electronical, mechanical, software and tissue particular industry standards (IEC, ISO, ASTM, AATB).
- Verification and validation testing to ensure that products have been designed in accordance with defined requirements.
- A risk management program to ensure that potential hazards are identified and mitigated prior to product release.
- Integra's risk management program applies to all stages of the product lifecycle, ensuring continuous monitoring of product performance and supporting product improvements. Governance for our product risk management program is overseen by Integra's product safety board, which consists of senior leaders from Quality, Regulatory, and Legal.

## MONITORING OUR PRODUCTS

In order to ensure product requirements are met, Integra has developed processes to monitor, measure and document product characteristics at multiple points throughout the product lifecycle.

All Integra products are manufactured to specifications appropriate to demonstrate intended use, functionality, safety and efficacy. Through our rigorous testing and inspection processes, we verify that our products meet predefined performance and quality criteria prior to release. Our quality system tracks the identity of the person and the equipment used to conduct pre-release testing and inspections.

Integra has also established a post-market surveillance program in which we monitor, investigate, and report on customer complaints and feedback. This ongoing surveillance, in conjunction with our risk management program, allows us to understand how our products are performing upon release and ensures continuous improvement in product quality year over year.

## INCIDENT INVESTIGATION AND CORRECTION

If a non-conformance is detected after a product has been released for use, Integra takes swift appropriate action in compliance with applicable regulatory requirements. Evidence of actions taken is documented and maintained to ensure accountability.

We apply risk-based principles and practices to the way we respond to the detection of non-conforming products, post-release. For example:

- Any products within our control that could demonstrate the same or a similar non-conformance are placed on hold and quarantined pending determination of whether these products are affected by the non-conformance.
- We assess the type and degree of risk to the non-conformity by conducting an expedient review of the existing device risk management files or completing a risk assessment, thereby determining whether escalation is warranted.
- When deemed necessary from a safety perspective, we maintain the ability to recommend a field action to Integra's product safety board even before our health hazard evaluation process has been completed.
- We ensure that the nature and expediency of any field action is commensurate with regulatory requirements and the level of risk posed to the patient, user, property, or environment.





## REPORTING AND AUDITING

Integra is subject to periodic auditing by country-specific regulatory and review bodies such as the United States Food and Drug Administration (FDA), the French National Security Agency of Medicines and Health Products (ANSM), and various notified body organizations designated by European Union member countries to assess our compliance with applicable regulations. Audit results are evaluated and identified issues are addressed through our non-conformance process, allowing us to address root causes to prevent future non-conformities. We report adverse events to regulatory agencies as directed by regulations in order to prioritize the safety of our customers and patients. Our manufacturing sites hold ISO 13485:2016, MDSAP, and MDD/MDR certifications.

Results from internal and external audits are leveraged as part of Integra's ACE (Audit Center of Excellence) program. When gaps or best practices are identified through an audit, they are utilized to implement improvements to the quality management system globally.

Integra utilizes a documented complaint handling process, developed in accordance with applicable regulatory requirements, which outlines the requirements for conducting timely handing of complaints, including:

- Receiving and recording information
- Evaluating information to determine whether feedback constitutes a complaint
- Evaluating and, when applicable, investigating complaints
- Determining the need to report the information to the appropriate regulatory authorities
- Handling of complaint-related product
- Determining the need to initiate field actions

All complaint communications and other related records are maintained according to our document retention policy to ensure transparency and accountability.

| Key Quality Indicators | 2021 | 2020 |
|---|---|---|
| Inspections by worldwide regulatory agencies* | 44 | 45 |
| Percent with zero observations | 57% | 55% |
| Number of corporate audits | 24 | 22 |
| Number of FDA Warning Letters received | 0 | 0 |
| Number of FDA Warning Letters resolved** | 0 | 0 |
| Number of FDA Class 1 recalls | 0 | 1 |

*Includes FDA and Notified Bodies (BSI, SGS) and Health Authorities (ANVISA, ANSM), and Electrical Certification Bodies (UL)

**One warning letter from 2019 remains open.

 

  



# Building Supply Chain Resilience, Protecting Human Rights

We would not be able to fulfill our mission of delivering quality products to our customers without the help of the supply chain partners from whom we source goods and services. Our supply chain encompasses a global base of suppliers, operations, distribution centers and transportation partners, which together enable us to deliver our medical device products to customers and patients in support of the advancement of neurosurgery and regenerative medicine.

## 2021 Materials Supply Chain Spend % by Country

Canada 2%
Ireland 4%
Belgium 3%
France 1%
Germany 17%
Switzerland 5%
Italy 1%
United States 46%
China 2%
Japan 2%
Pakistan 2%
New Zealand 1%

With **18 manufacturing sites** and **6 third-party operated distribution centers** operating in countries all over the world, our total materials supply chain spend in 2021 was approximately $300 million.



# Forward Looking Statements

This report includes "forward-looking" statements within the meaning of the applicable securities laws and regulations.  Generally, these  forward-looking statements are identified by words such as "anticipate," "believe," "commitment," "continue," "could," "design," "estimate," "expect," "forecast," "future," "goal,"  "imply," "intend," "may," "objective," "opportunity," "outlook," "plan," "policy," "position," "potential," "predict," "priority," "project,"   "seek," "should," "strategy," "target,"  "will," "will be," "would," or other similar expressions that convey the uncertainty of future events or outcomes, although not all forward-looking statements contain these identifying words. These statements include statements relating to trends in or expectations relating to the effects of our existing and any future initiatives, strategies and plans, as well as trends in or expectations regarding our financial results, business and industry. It is important to note that the Company's goals and expectations are not predictions of actual performance. Such forward-looking statements involve risks and uncertainties that could cause actual results to differ materially from predicted or expected results. Such risks and uncertainties include, but are not limited, to the following: the magnitude and duration of the COVID-19 pandemic and its effects on the Company's employees, customers, patients, suppliers and distributors; the Company's ability to execute its operating plan effectively; the Company's ability to achieve anticipated growth rates, margins and scale and execute its strategy generally, including the Company's ability to manufacture and ship sufficient quantities of its products to meet its customers' demands and the ability of third-party suppliers to supply the Company with raw materials and finished products; physicians' willingness to adopt and third-party payors' willingness to provide or maintain reimbursement for the Company's recently launched, planned and existing products; initiatives launched by the Company's competitors; downward pricing pressures from customers; the Company's ability to remediate quality systems violations; fluctuations in hospitals' spending for capital equipment; the Company's ability to obtain and comply with relevant third party and/or regulatory approvals, including regulatory approval for products in development; the Company's ability to successfully implement its sustainable energy and emission reduction principles, strategies and initiatives and realize the expected benefits thereof; the development and competitiveness of sustainable energy and emission reduction technologies; unforeseen technical or operating difficulties; new U.S. and foreign government laws and regulations, and changes in existing laws, regulations and enforcement guidance (including those caused by public health issues and outbreaks), which affect areas of our operations including, but not limited to, those affecting the health care industry, including the EU Medical Devices Regulation; the geographic distribution of where the Company generates its taxable income; fluctuations in foreign currency exchange rates; the amount of our bank borrowings outstanding and other factors influencing liquidity; potential negative impacts resulting from environmental, social and governance and sustainability related matters; and the economic, competitive, governmental, technological, and other risk factors and uncertainties identified under the heading "Risk Factors" included in Item 1A of Integra's Annual Report on Form 10-K for the year ended December 31, 2021, its quarterly Form 10-Q filings and other filings made with the U.S. Securities and Exchange Commission ("SEC") from time to time.

Integra undertakes no obligation to update any forward-looking statement except to the extent required by applicable law. Copies of Integra's Form 10-K, Forms 10-Q and other SEC filings are available on the SEC's website, Integra's website at https://investor.integralife.com or by contacting Integra's Investor Relations office.

This report describes those topics which we consider to be the most important to stakeholders when evaluating environmental, social, and governance issues at Integra. Accordingly, the concept of materiality in this report is not intended to correspond to the concept of materiality under the U.S. securities laws and/or disclosures required by the SEC.





Integra LifeSciences

1100 Campus Road

Princeton, NJ 08540

www.integralife.com

We welcome your comments and questions regarding this report. Please contact us at: ESG@integralife.com.