# EXHIBIT 20

**S&P Global**
Market Intelligence

# Integra LifeSciences Holdings Corporation
# NasdaqGS:IART

# Analyst/Investor Day

## Thursday, May 04, 2023 1:30 PM GMT

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants ...................................................................... 3

Presentation ...................................................................... 4

Question and Answer ...................................................................... 18

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Chris Ward**

**Christopher Ward**

**Harvinder Singh**
*Executive VP & President of International Business*

**Jan De Witte**
*President, CEO & Director*

**Mark Jesser**
*Corporate VP & Chief Digital Officer*

**Mathieu Aussermeier**
*Vice President of Corporate Finance, Investor Relations & Treasurer*

**Michael J. McBreen**
*Executive VP & President of Codman Specialty Surgical*

**Robert T. Davis**
*Executive VP & President of Tissue Technologies*

**Stephen Leonard**
*Corporate Vice President of Global Operations & Supply Chain*

**Unknown Executive**

## ANALYSTS

**Andrew Christopher Ranieri**
*Morgan Stanley, Research Division*

**Craig William Bijou**
*BofA Securities, Research Division*

**Jayson Tyler Bedford**
*Raymond James & Associates, Inc., Research Division*

**Joanne Karen Wuensch**
*Citigroup Inc., Research Division*

**Matthew Oliver O'Brien**
*Piper Sandler & Co., Research Division*

**Rohin Kirit Patel**
*JPMorgan Chase & Co, Research Division*

**Ryan Benjamin Zimmerman**
*BTIG, LLC, Research Division*

**Samuel E. Brodovsky**
*Truist Securities, Inc., Research Division*

**Steven Michael Lichtman**
*Oppenheimer & Co. Inc., Research Division*

**Vikramjeet Singh Chopra**
*Wells Fargo Securities, LLC, Research Division*

## ATTENDEES

**Unknown Attendee**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Unknown Attendee**

Good morning, attendees. Please welcome to the stage, your Senior Director of Investor Relations, Chris Ward.

**Chris Ward**

Good morning, and thank you for joining us, and thank you for coming to Integra's 2023 Investor Day I'm Chris Ward, Senior Director of Investor Relations for Integra LifeSciences. It's been about 2 years since we've had our last Investor Day. So really excited to have everyone here today and everyone online. And thanks to you who joined us here in New York today and everyone who's joining us virtually on our webcast. We truly appreciate your interest in Integra.

For your convenience, the slides for today's presentation are posted on our website at integralife.com in the Investor Relations section under Events & Presentations. As a reminder, some of the comments we will make today are forward-looking statements. Our actual results may differ materially from those projected in the forward-looking statements and some of the numbers in the presentation will contain non-GAAP financial measures. Please refer to the current report on Form 8-K filed with the SEC on February 22, 2023, in connection with our annual report on Form 10-K where we provide definitions of these non-GAAP financial measures and provide information regarding why we believe these non-GAAP financial measures provide useful information for investors and a specific manner in which management uses these measures to evaluate performance. In addition, we will discuss products in our pipeline that have not yet received regulatory approval. Throughout today's presentation, we will reference market size and market share information that reflects our internal estimates.

Looking at our agenda for the day, Jan De Witte, President and CEO, will begin the formal presentation with an overview and strategic update for the company. Following Jan, are commercial leaders for Codman Specialty Surgical and Tissue Technologies divisions will provide a detailed review of their respective businesses, followed by our leaders in digital strategy, international and global operations.

We will conclude our formal presentations with our long-term financial outlook and closing remarks. We will have 2 Q&A sessions this morning, one following our digital strategy presentation and the second following our long-term financial outlook and closing remarks. We ask that you keep your questions limited to the subjects that have been presented up to that point. And for those in the room, please wait for a mic so everyone can hear your question.

For those on the webcast, there's a dialogue box on your screen that will allow you to submit questions throughout this morning's presentations. We will include questions from the webcast during our Q&A sessions. At about noon, we'll end our formal webcast. And for those in New York, we will break to an informal lunch where members of the Integra leadership team will be present and available for additional questions.

So with that, it is my pleasure to turn the program over to Jan De Witte, President and Chief Executive Officer.

**Jan De Witte**
*President, CEO & Director*

Good morning, and welcome to all who are joining us here in New York today. And also welcome to people on the webcast. It's great to be in person again, and I'm happy to see many familiar faces and also some new faces here in the room. Some members of the Integra Board are here with us today as well as several of our executive leaders and senior Integra leaders. And as Chris said, some of you -- some of them will be presented here. Others, you will be able to meet over lunch.

This morning, we're going to be spending time talking about who we are, where we play, what makes us unique, where we aim to take Integra LifeSciences and how we will get there. This is not my first Investor

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Day, but it is my first at Integra since taking over the helm 1.5 years ago. Before coming to Integra, I served as the CEO of Barco, a Euronext listed specialist in advanced visualization technology for corporate, entertainment and health care solutions.

Whereafter resetting some of our culture and operating excellence practices, we focused on creating shareholder value through commercial acceleration, international growth, new product development, digital innovation and operating efficiencies, and we ended up more than tripling our enterprise value over a 4-year period.

Prior to Barco, I spent 17 years in multiple senior leadership roles at GE Healthcare, including COO of the health care IT business. And before that, worked 5 years in strategic consulting at McKinsey and in operations at Procter & Gamble. I'm happy to be fully back in a great health care technology business and an ecosystem where technology makes a difference and where the changes in the ecosystem create opportunities for growth.

As we go through the presentations this morning, you will realize why I'm so excited about being at Integra and our technology. The last 1.5 years has passed rather quickly as we navigated through the residual effects of the COVID pandemic. But this turbulent period has allowed me to learn the business fast. Its operations, our broad and deep technologies, our talents and our culture. And it has enabled me to start putting my fingerprints quickly on a number of strategic and operational areas.

Now what continues to strike me since I joined Integra and got to know our organization and our rich history is the keen sense of purpose in the organization. You can feel it every quarter when we hold our global town hall meeting, where we invite patients and surgeons to talk about our products and how they have made a difference in their lives. Last year, we had Dr. Claire Dillingham from Moses Cone Memorial speak to us on how she used MicroMatrix and Cytal products in a traumatic wound case for a patient in a terrible tractor accident.

We also had the pleasure of listening to an inspiring and brave young lady, Isabella McCune, who benefited from our Integra Skin after severe burn accident and where our technology enabled her to recover and at the age of 12 climb Mount Kilimanjaro. These powerful stories inspired us to revisit our purpose, mission and vision. So we can reflect the meaningful impact we make on health care providers and patients around the world. And what you see on this slide is where we landed.

Our purpose is to restore patients' lives through technologies that transform surgical neurologic and regenerative care. We will realize this by innovating, innovating treatment pathways and enabling new standards of care. The work that we do at Integra matters to our colleagues, to our health care customers and to our communities and our aspiration is to be the first choice of clinicians and health care systems. This strong purpose at Integra is the glue that binds us together and it still is a tremendous source of pride and energy in the organization. It is this energy that we're channeling towards realizing the many opportunities we have at Integra.

And here are the opportunities we see after having spent significant time in the field last year with our sales force and our customers across the world. It's clear to me that this strong presence in large, attractive markets is a tremendous asset to capitalize on. And having met many of our sales teams and visited our manufacturing facilities, it's also clear that we have further opportunity to strengthen our operational and commercial excellence to drive further market and margin expansion.

Last year, when we did our strategic reviews, it further reconfirmed our strong position, but also the many opportunities to broaden and deepen our reach along care pathways through NPIs, digital and international expansion. Before I joined, I had already known Integra to be an acquisitive company. Now that I'm on the inside, it is clear we have the strong balance sheet and the leadership experience to act on strategic M&A opportunities in adjacencies and in high-growth segments.

And finally, over the past year, we spent significant time with the leadership team laying our plans to execute our integrated strategy and to pursue priorities to achieve profitable growth acceleration. Pulling on these key levers, we will fuel our growth and value creation now and into the foreseeable future. Now before going a bit deeper into strategy, let me first ground you in our business.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We spent the last several years building and refining our business into 2 key business segments and organizational divisions. The first segment is focused on neurosurgery and specialty surgical instrumentation under our Codman business, led by Mike who will be speaking right after me. The second one is regenerative wound and surgical reconstruction under the Tissue Technologies business, led by Bob who also will be on stage this morning. Both segments have product franchises that leverage and market our key collagen regenerative technologies. We were founded in 1989 based on this collagen technology, and Integra has proven its staying power through many economic cycles.

Today, our company has more than $1.5 billion in global revenue with market-leading brands sold in about 120 countries. We're a player with critical scale, which allows us to innovate while staying focused on key differentiating capabilities and building commercial relationships that translate to recurring revenues. The markets we compete in and our position in those markets formed a strong foundation for us to accelerate profitable growth in the coming years. These markets have significant populations with chronic diseases with health care providers who demand and value technological advancements and who reward players like Integra for innovation and value differentiation.

We're uniquely positioned to take advantage of these market conditions. As you see on the right side of this slide, Integra offers a unique breadth and depth of products and technologies, a best-in-class and trusted sales force, a track record of execution and profitability enabled by a strong balance sheet and fiscal discipline. And the Integra business enjoys the presence of established M&A capabilities and practices to continue expanding and optimizing our portfolio and capabilities.

Since the last Investor Day in May 2021, we have executed key growth catalysts while navigating the business through the COVID turbulence. There's a lot on this slide, but let me call out a few of the highlights on the left side of the page. Mike and Bob later on will be speaking to points on the right-hand side later. Last year, I led 2 divisions. and our international team through a strategic refresh, defining and activating a more focused and integrated growth strategy to maximize the value Integra can deliver to clinicians and health care systems. This work has also served as the basis for our future M&A activities, our M&A game board, as we call it.

We sharpened our capabilities and execution excellence, specifically in commercial operations, supply chain and quality systems. I'm proud of what the team has done here, though there is more work to be done. We also formalized our ESG road map, a pragmatic, yet powerful framework for our sustainability efforts moving forward and a way to make ESG and sustainability a natural part of how we do business. We published our first ever ESG report, which you can find on our website.

We also hired key executives to lead our quality, regulatory digital, IT, medical and international teams. Each of these leaders bring the thought leadership and execution experience needed to drive our strategy and further attract top talents. And despite the still rough 2022, we delivered solid financial results and demonstrated the resilience of our business and our teams. We've navigated our P&L well through the pandemic while continuing to invest in foundational aspects of our business.

We grew 4% organically and exercised strong fiscal discipline. We drove efficiencies to offset unprecedented margin pressures, which subsequently contributed to margin expansion, though not to the level of progress that we had projected. And through 2022, we worked on redefining our integrated growth strategy and to identify gaps in areas we needed to catch up.

And the next slide shows the results of that work. We've redefined our strategy into 2 key dimensions. The first is growth drivers, levers that directly impact the growth ambitions of the company. We will activate investments and business priorities that will drive innovation and customer outcomes, including building digital capabilities. We'll focus on how we will further expand our markets outside the United States and how and where we can invest to broaden our position and impact in the care pathways.

The second, I mention is key strategic enablers, foundational pillars that support these drivers, such as operational and customer excellence and cultivating a high-performance culture. There has been great progress on these drivers, and I'm excited to have our executive leaders later this morning, share more details on the plans behind our integrated strategy. Now Mike, Bob and Mark, when they are up here, will illustrate the common denominator that runs through each of our divisional strategies. The opportunity to

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

broaden our presence and impact on the care pathways by following and catering to the needs of clinicians and patients along the patient journey in order to maximize outcomes for them.

The graphic on this page is rather simple, but it captures tremendous opportunities for growth for Integra. Today, Integra has a strong product portfolio and is very much present in the acute care areas of the hospital. This gives us a great starting position to add further value to the care system and across the patient journey along 3 dimensions: first, further strengthening our surgical offerings in the acute area, building out and innovating our product offerings. Second, moving upstream, upstreaming the patient journey into surgery planning and workflow support; and third, moving downstream from the acute area into other sites of care or into extended patient monitoring.

So the way we are visualizing this patient journey is guiding us in our evaluation of commercial and technological opportunities that will deliver growth. It is also guiding us in how we prioritize our investments, how we think about geographic expansion and where we aim to leverage digital innovation. It's also helping us to define the filters for our M&A game board as we screen for acquisition or partnership opportunities. This focus on the care pathways has also guided our priorities to further build out or drive stronger end-to-end innovation and commercialization.

Over 2022, we have started to strengthen our strategic marketing proficiencies. We've stepped up clinical evidence generation and clinical operations and how they connect with our selling efforts and clinical education globally. We're also growing our R&D and innovation capacity and piloting digital capabilities. You've heard me a couple of times refer to the importance of new capability building and talents and being able to attract, develop and retain those talents will be a key business differentiator.

Integra values have been core to our workplace culture and 2022 was another year of great milestones resulting from the efforts around building an environment of accountability, talent development, creating a diverse and inclusive workplace and progressing on our ESG imperatives. Our people are our greatest asset, and we want to nurture a culture of accountability around continuous process improvement, simplification and ongoing focus on quality.

We're committed to talent development, whether it's through formal programs or on-the-job learning and achievement. These are essential to employee engagement and job satisfaction. Diverse and inclusion has been the cornerstone of our people strategy, and we will continue to build on the momentum through our diversity programs, employee research groups or partnerships with external organizations focused on driving inclusion in the workplace.

And finally, we will execute the ESG road map we established last year and provide deeper and broader disclosure of our progress against our targets. I'm very proud of our executive team, leading Integra. It's a team that we continue to build. Since the last Investor Day, around 2 years ago, half of the leadership team are new in their roles, but highly experienced in health care and their function. Together, members of the ELT bring deep knowledge and capabilities that are critical to executing our strategic priorities. Today, you will hear from and get to know Mike McBreen and Bob Davis a lot better as they take you through our divisional strategies and plans.

Mark Jesser, who joined us less than a year ago, has an extensive career in digital innovation and will explain our thinking around digital and where it can bring value to Integra. Harvinder Singh, who joined us 6 months ago, built his career in healthcare technology and commercialization outside the U.S. And he will update us on international strategy accelerators. And then Steve Leonard will highlight our operational progress and priorities.

Some of our other recent hires in the ELT include Susan Krause, Jessica Smith, Dr. Stuart Hart and Gurpreet Kaur respectively, in our quality, regulatory medical affairs and clinical apps and CIO roles. Each of them are bringing new skills and leadership in line with our market expansion, innovation and business efficiency objectives. This terrific leadership team is highly accomplished in running complex operations and nurturing diverse and inclusive organizations, which translates to creating the high-performance culture we strive to build.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our CFO search continues and we have a very strong slate. And together with our Board selection committee, we should be very close to identifying a great leader with operational and strategic talents and the right fit to the company. We're also extremely fortunate to have the support of a strong Board that has broad global experience and expertise in health care, executive management, finance, governance, sales and marketing. Our most recent addition to the Board, Renee Lo is currently the CTO Partner and Regional Director for APAC at Google. She joined us last year and has deep knowledge of digital innovation to the Board as well as a keen understanding of the Asian markets. Three of our board members are here with us today. So let me extend a special welcome to our Chairman, Stuart Essig who is joining us remotely. And then Keith Bradley and Shaundra Clay sitting here in front joining us here in the room. So let me close this business overview and remarks with a slide that highlights the targets we shared 2 years ago at our last Investor Day.

So let me recap our long-term targets. Bringing organic growth into the 5% to 7% range, further grow our gross margin into the 70% to 72% range, drive EBITDA margins between 28% and 30% and achieve double-digit EPS growth. And over the past year, many of you, okay, if not all of you have asked me if I stand by these long-term financial targets. And my answer is yes. My first month on the job was spent assessing our markets and our business strategies and despite the headwinds from the COVID pandemic, which has derailed our time lines. These are the right long-term performance targets for Integra. So today, we are reconfirming these targets. And for the rest of this morning, we're going to be taking a deeper dive into the growth catalyst and margin accelerators to achieve these targets. And the path and time lines towards these objectives.

So this closes my opening remarks. Let me turn the floor now over to Mike McBreen, our President of our Codman Specialty Surgical Division. With that, Mike, the floor is yours.

**Michael J. McBreen**
*Executive VP & President of Codman Specialty Surgical*

So thanks, Jan. Good morning. Before I dive in, let me touch a bit on my background. I joined Integra in 2017. It's part of the Codman acquisition from J&J. I was there for 21 years and helped lead the Neurovascular business as well as the Neurosurgery business. In the last 5-plus years at Integra, I was the President of our International business, and I've been in my current role since June of 2020. I'm really excited to be here today and give you an update on our business here at [ CSS ]. This morning, I'll get into all the key areas for the business and make sure I give you a flavor for our people and the passion we have for this business.

We've made great progress on commercial execution, in our innovation pathway. I'll do a deeper dive into the markets we serve and walk through 3 case studies that show how we're executing on innovation, addressing meaningful customer needs and ultimately improving outcomes for patients. It should be a great session, and I'm looking forward to your questions later in the day.

Okay. Let me give you an overview of the key messages you're going to hear from me today. First, we enjoy a global market-leading position and have a lot in the pipeline to drive growth across NPI execution, international expansion and focused channels in both neurosurgery and the instrument spaces. Our global commercial teams are fantastic. You'll hear me talk about this a lot today. We have a best-in-class sales force, which helps us maintain steady performance in all regions of the globe. We are unique due to our heavy focus on neurosurgery, and this dedicated focus plays a big role in our success, attracting tenured sales reps who have built their careers in neuro making it very tough to compete with our deep neuro focused sales team.

We love this pipeline focus and the ability to attract talent. It's really a core part of who we are. As a well-established global business, nearly 40% of Codman revenues generated from outside the U.S. As you will hear from Harvinder shortly, we have strong performance, particularly in Japan and China. My second key message is focused on our continued investment in innovation to drive long-term profitable growth, address unmet needs to grow our base business and provide a gateway to new market segments that will change the standard of care through state-of-the-art surgical approaches and instrumentation. Later in the presentation, I'll take you deeper into 3 innovation platforms that will drive growth and market expansion for us over the next few years.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a local manufacturing capability for some of our key products. This will enable us better alignment with the local policy and help us with accelerated approvals for these locally manufactured products and with continued market access.

And finally, to summarize, this is my favorite slide as it embodies my personal optimism and enthusiasm about our international business. It sums up the magnitude of all the opportunities that are ahead of us in the international business and clearly states our priorities and actions to realize those opportunities.

Today, we are poised to accelerate the expansion of our international business. And I can share with you that all my colleagues at Integra are deeply engaged and fully committed to our priorities.

Let me reiterate, in international business, we will grow revenue contribution to be above 30% in the next 5 years. And we will do this by addressing the fundamentals and the foundational priorities such as building local execution capabilities and leveraging our portfolio. We will also strengthen our presence in China and establish a culture of high performance. I'm sure all of this will yield in positive results and will help us move our international business forward.

Thank you very much. And with that, I'm pleased to introduce Steve Leonard.

**Stephen Leonard**
*Corporate Vice President of Global Operations & Supply Chain*

Thanks, Harvinder, and good morning. It's great to be here with all of you today. I've been leading our global operations and supply chain since 2020. Before joining Integra, I spent 10 years in the pharma services sector in similar roles with 2 different companies. Both were large, global, complex supply chains with an acquisitive track record where I led operational transformations, improving customer service and creating a culture of continuous improvement and productivity.

Before that, I spent just over 20 years at GE. Most of it in their health care segment, in multiple operational leadership roles. When I started with Integra, we dedicated extensive resources to reinforce our core operational competencies of global scale and deep technical expertise and strengthened our foundation by adding structure, processes and focused investments.

In my relatively short tenure here, we've experienced multiple industry headwinds stemming from the COVID pandemic. And while working through the various challenges, we've taken this opportunity to learn, adapt and position ourselves for success. We accelerated our continuous improvement actions and operationalized broad countermeasures in our factories and upstream in our supply base. We invested in strengthening our foundation of safety, quality and compliance.

Emerging from the pandemic, our supply chain is more resilient and better prepared to deliver to clinicians, health care systems and patients in this rapidly changing environment. Under my leadership, we now have a clear game plan to deliver the growth and margin expansion. Our primary objectives across the supply chain are clear and simple. Reliably supply safe and effective products to clinicians and patients with a cost position that allows for continued margin expansion. We are here to support the growth. You heard Bob, Mike and Harvinder talk about.

And today, I will provide an overview of Integra's global operations strategy includes 3 key points. one, adapting our global network and capacity to support our broad technology portfolio; two, create a scalable, resilient supply chain to deliver on our strategic growth objectives; and three, focus on productivity and cost management to support margin expansion.

I'll spend the next several minutes walking you through these priorities in further detail and articulating why we are confident that we can deliver on our growth plans. This slide provides a snapshot of our global operations footprint. Our network supports our broad technology portfolio throughout the patient journey to reach health care systems and patients with our products when and where they need them.

After multiple consolidations and divestitures over the past several years, we now have a network configuration that is better focused and supports the breadth of our technology. We streamlined our manufacturing sites to focus on our market-leading products and best serve the business. Most recently,

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we divested our traditional wound care products and manufacturing facilities. And Biot, France site has been closed, discontinuing products that no longer meet customer demand and transferring the production of profitable products to other sites.

We've established centers of excellence in various locations globally and building on Harvinder commentary, we're adding manufacturing capability in China to improve local market access and our cost position. Our key manufacturing sites each focus on 1 or more of our core technologies. These range from converting bovine tendon into pure collagen in Plainsboro, New Jersey, precision machining of titanium in Cincinnati, Ohio, electromechanical assembly in Tullamore Island to fine Swiss watch like assembly of our hydrocephalus in Le locle Switzerland.

And beyond commercial production, we're excited about our new regenerative research and development lab located in Plainsboro, New Jersey. Next to our collagen manufacturing center and just down the street from our corporate headquarters. The lab boasts 14,000 square feet of space dedicated to new product development and evidence generation activities. Combined, these sites offer the deep technical expertise to manufacture products, addressing the unique needs of clinicians and provide the platform and know-how to launch new products. Our repair and return centers have been centralized with a single point in Europe and another in the U.S. to offer faster service at a lower cost. And through our partnership with a world-class third-party logistics providers, we can provide high service levels with next-day delivery to our key markets and have the scalability to integrate future acquisitions easily and quickly.

In summary, we now have a network configuration that is better focused, more efficient, has deep domain expertise supports the breadth of our technologies, enables customer service and provide scalability.

Now I'll lay out the framework for supporting the company's objectives. First, we will build upon and further invest in our competitive advantages. We are a global leader with unparalleled advanced technologies. We have the manufacturing expertise geographic footprint and specialized workforce to support it. Our robust sourcing and risk management resources, sophisticated technology centers of excellence and scalable distribution network positions us to provide excellent customer service. And our global scale and efficient network differentiates us and primes us for growth acceleration. Our actions as we continue to enable growth are aligned to these critical priorities. Number one, invest in long-term supply resilience. Number two, elevate the speed and quality of execution; and three, expand margins.

And our global scale, industry-leading manufacturing technology platforms all sitting at top common scalable platforms give us the ability to strengthen customer service and to generate productivity.

I'm excited to share with you the ongoing actions to improve the resilience of our supply chain as it's such an essential element of our growth story. As demographics, comorbidities, advancements in diagnostic imaging and our focus on accelerating international growth increases the need for our products, we are making significant investments in infrastructure for both reliability and capacity. We will ensure our capabilities to supply meets these increased levels of demand. As I mentioned earlier, it's been a challenging time in our industry. And COVID has exposed where we had some gaps in resiliency. We are facing these challenges head on and have taken accountability to address them.

Supply interruptions, whether from our suppliers are driven by internal matters, have increased our sense of urgency and level of commitment to implement lasting, corrective and preventive actions. The different level of leadership acting with increased intensity and velocity has been required. We have redefined what good looks like and put the foundation of people, process and systems in place to get there.

We are standardizing our key processes, further driving the scalability of our network. We are investing in our infrastructure to enable reliable supply and address the ongoing challenges as the world emerges from the pandemic.

By the end of this year, the final site in our network will be migrated to our single global ERP, rapid access to information, speeds decision-making and action. We have adopted a single common global quality management system and digitize many of its components. The ease of tracking and trending key metrics at our sites in our post-market surveillance, all fuels our continuous improvement processes.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We are also improving the robustness of our quality and regulatory systems assuring compliance. Our processes around regulatory, internal quality auditing and supplier quality have been similarly strengthened with centralized common processes, streamlined information flows and accountability to assure compliance drive improvement.

Last year and this year, we made significant investments in quality across all of our manufacturing sites with a focus on accelerating our quality project in Boston, involving testing, infrastructure and physical layout changes. And we are on a path to reach world-class quality assurance across all manufacturing sites by the summer. This further enables reliable supply and availability of our PMA products.

And lastly, we are optimizing key tools and systems to simplify the complex. Our investments in supply reliability go beyond digitizing data and improving decision support information. We have a structured process to continuously evaluate our key manufacturing assets and strengthen their resilience through either replacement or enhanced preventive and predictive maintenance processes.

As shown here, roughly 40% of capital is allocated to improving reliability and resilience. And the balance is allocated for increasing capacity and creating new capabilities to support the long-range growth plans of the business. To highlight a few impactful projects, a new clean room in the Le locle, Switzerland will double our BactiSeal capacity by year-end. And the relocation of our Boston facility to a new PMA-ready site in nearby Braintree will more than double our capacity for SurgiMend and PriMatrix in 2025.

The final validation of our collagen expansion in Plainsboro, New Jersey, will increase DuraGen capacity by 75% by mid next year. This structure will allow us to continue to meet long-term demand forecast and build adequate safety stock assuring supply reliability.

In addition, they provide a strong backbone supporting organic and inorganic growth. Investing in the systems and equipment gives us the hardware we need to be successful. But the software that makes all this come together is our people. One of our key priorities is to elevate our talent and capabilities to improve resilience in this uncertain macro environment.

In a competitive labor market, the opportunities to learn, grow, develop and contribute at Integra are compelling. And I'm excited about our efforts to continue to build the leaders of today and tomorrow and be an employer of choice in the Medtech sector. We are elevating leadership and skill sets, emphasizing Lean, continuous improvement, customer excellence and reliability to manage our complex and challenging environment.

We've updated our organizational design and redefine what good looks like as we invest in capability and building and bringing the best talent to Integra. In our manufacturing sites, we are investing in key talent with a focus on leadership that drives and accelerates change. And these expanded capabilities support local execution, growth and retention. We are simplifying metrics with a robust operating cadence that drives rapid escalations. We have multiple operating mechanisms to drive improvements in all aspects of safety, quality, delivery and cost. And this goes beyond the shop floor and applies to our transactional processes in the supply chain, procurement, quality and regulatory.

All of this focused on driving accountability and rigor extending deep into the DNA of our culture. We're tackling key issues with agile problem-solving techniques, collaboration across our network, both speeds improvement and creates opportunities for our colleagues to broaden their responsibility and impact on the company. To share a couple of examples, the engineers at our sites with machining capabilities collaborate on equipment maintenance and programming techniques. And we frequently have a safety leader from 1 site to take a role as an auditor on another site.

As a result, best practices not only get shared, but they get quickly adopted and put into action. Additionally, we have been pleased to be recognized as a top employer and best place to work in New Jersey, and we aspire to be that everywhere that we operate.

With a focus on speed, simplicity, Lean principles and empowering our people, I'm confident in our ability to win and grow as the external environment evolves. Most businesses have seen input cost increases over the past 2 years. Inflation in raw materials, energy costs, transportation, outside services and labor

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

have persisted over the past several quarters. And a key priority in operations is to find creative ways to mitigate these trends and find offsets that allow us to continue to drive margin expansion.

Our investments in Lean, Six Sigma and process improvements are beginning to pay real dividends and operational improvements customer excellence and conversion cost productivity as key margin drivers. We have created a culture of continuous improvement that's led by me personally from the top and supported by a newly rebuilt central continuous improvement team. We've established effective cost management practices, including materials management, debottlenecking, yield improvement, waste elimination, supplier risk management, just to name a few.

In our procurement organization, we are aggressively developing additional sources for key materials, negotiating contracts and selectively taking advantage of the spot market. Our raw material stocking strategies are continually refreshed while we build more agility and planning into our scheduling process.

In our factories, we are focused on minimizing any unplanned downtime, cross training our workforce and accelerating our ability to implement countermeasures in real time. As you can see here, our Tissue Technologies operations have created capacity and reduced costs through an intensive focus on yield improvements. Improvements of between 10 and 15 points across multiple of our key franchises, allow us to meet growing demand and deliver productivity through better labor and equipment utilization. We are focusing on excellence in quality and compliance as a key element of our competitive advantage.

As mentioned earlier, achieving world-class quality assurance in all manufacturing sites further enables reliable supply and the availability of our PMA products.

And finally, continued investments in our foundation of quality go beyond just assuring compliance, being auto ready every day and using the feedback from external and internal audits as an input to our continuous improvement process, delivers real productivity and allows our key talent to focus on improving how we deliver safe and effective products to our customers on time every time.

I'm excited about these improvements and optimistic about how much more we can accomplish. Every manufacturing site and production line has a productivity target to deliver. And I'm confident that we can meet these goals. The key takeaway from this slide is that we are creating a culture and a mindset of continuous improvement across the company.

To wrap up, I'll go back to where I started. Our primary objectives across the supply chain are clear and simple: reliably supply, safe and effective products to clinicians and patients with a cost position that allows for continued margin expansion.

We are positioned to meet the long-term growing demand for our products that you heard Mike, Bob and Harvinder talk about. We're very optimistic about strengthening our competitive advantage through the strategy and target investments that we continue to make. We have key metrics and operational rigor around everything we do, to highlight a few key milestones that we plan to achieve here. So one, we will increase capacity by 30% over the next 3 years through targeted investments through new plant, equipment and talent.

We're aligning our capacity creation investments to the long-range plans of the business, and it's a continuous process. With a focus on resilience in our factories and upstream throughout our supply chain, we are committed to achieving and sustaining 98% service levels for the clinicians and patients that depend on our products.

A broad average across the medical device industry benchmarks on-time delivery at around 90%. And surpassing this mark will create a real competitive advantage for us. By improving process yields, focusing on speed, simplification and waste reduction, we will deliver 5% productivity annually across our manufacturing network. Strengthening the culture of continuous improvement and accelerating change enables us to deliver on this objective. The foundation of standardized, simple systems and metrics, combined with greater financial and operational accountability and a real sense of purpose will continue to fuel our progress.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So roughly 2,000 colleagues working in operations and quality across Integra are excited about our future and prepared to support the growth and profitability objectives of the business.

Thanks for your time today. I'll now pass it back to Jan to cover our long-term financial outlook and closing remarks.

**Jan De Witte**
*President, CEO & Director*

Thank you, Steve. So during this final part of our prepared remarks, I'm going to sum up the messages and information we provided to you today and share our excitement and plans over the long-term prospects of Integra. I'll provide you with an overall P&L picture that shows you how executing on market growth drivers, delivering on the catalysts translate to a growth rhythm of this 5% to 7% organically. I also show you how volume growth mix and working a broad set of efficiency levers translate to significant adjusted gross margin improvement. And how our strong balance sheet and further growth in free cash flow enables us to enhance our organic growth profile with further profitability and growth acceleration through M&A.

I shared this slide in the opening, briefly looking back over the past years where we effectively navigated our P&L during the pandemic while investing in our strategic drivers with organic growth of around 4% and responsible management of our costs to offset margin pressures, we delivered sound profitable growth, though not to the level of progress that we had projected in 2021. During the COVID pandemic, as procedures slowed down and got canceled, we did not see the full potential of our business. And in some cases, supply challenges kept us from fully capturing the market growth that was there. And while we managed OpEx responsibly over this period, it became too much of a lever to drive EBITDA accretion as we did not have sufficient operational efficiency and pricing dynamics to offset inflation and drive further margin accretion.

As I indicated before, despite the time lines being off, the long-range targets we communicated during our May '21 Investor Day still are the right targets. Just let's go deeper into how and when we will get there. And let's start by looking at our revenue and organic growth performance in the next coming years and walk to where we see growth in 2027. In 2022, we ended up with growth at approximately 4.2% in a market that was not an entitlement yet and with still opportunity to improve our own execution to achieve full market potential.

Looking forward, we do see our markets back at entitlement growth as Mike, Bob and Harvinder described earlier. A strong position in our markets reinforced by stepped-up focus on supply chain execution and further building out commercial coverage and effectiveness will allow us to take that market growth and potentially more with share gains. The dynamic of growth with our current portfolio in itself translate into around 100 basis points as a midpoint of growth acceleration over the LRP horizon. This gets us above the 5% growth threshold, which is in line with the weighted average growth of the markets where our segments are playing. To this acceleration, then we will add new products that will launch and grow over LRP. Mike and Bob talked about some of these main catalysts. We also add in the international growth potential, which may be offset by some additional portfolio rationalization resulting from EU MDR. These will bring us into the 5% to 6% range as of next year and into the 6% to 7% organic growth range in the out years of our LRP.

Looking now at our gross margin. Over the past year, driven by our focus on execution, excellence and the need for productivity to counter higher inflation, we have initiated improvement initiatives on a broad set of margin levers. The main one being in our manufacturing operations with a focus on conversion cost productivity, yields and structural optimizations. This will be a key driver over the next few years to increasing our gross margins.

The second important driver of gross margin accretion will come from favorable product mix through NPIs and our higher-margin tissue technology business growing faster than our Codman business. We also expect to further achieve margin leverage through volume and continued focus on net price capture. We do expect some pressure from margin dilution related to accelerated international growth where we

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.