**EXHIBIT 26**



# Restoring Lives

**2022 ENVIRONMENTAL, SOCIAL & GOVERNANCE REPORT**

INTEGRA

LIMIT UNCERTAINTY



## Table of Contents

**Our commitment to restoring lives has been fundamental in making us a global leader in medical devices and providing innovative solutions in surgical, neurologic and regenerative care.** At Integra, we work with one central goal: to create healthier people, a healthier workplace and a healthier world.

### 3 INTRODUCTION

Message from Our President and CEO  3
Message from Our ESG Executive Lead  5
About This Report  6
Integra LifeSciences Overview  7
Integra at a Glance  8
Integrated Growth Strategy  11
Awards and Recognition  12
Patient Stories  13
Our ESG Strategy and Roadmap  15

### 17 EXCELLENCE

Restoring Lives and Our Commitment to Customers and Patients  18
Clinical Trial Standards and Programs  21
Reaching More Patients  23
Meaningful Impact Through Product Donations  26
Investing in Our Communities  27

### 30 OUR PEOPLE & TEAMWORK

Building a Diverse Workforce  31
Employee Resource Groups (ERGs) Create a Culture of Inclusion  33
Building a Culture of Growth and Development  35
Putting the Safety of Our Employees First  42

### 44 INTEGRITY & DECISIVENESS

Strong Corporate Governance  45
Managing and Mitigating Risks  48
Responsible Business Practices  49

### 53 EMBRACING CHANGE

Improving Our Environmental Footprint  54
Delivering Sustainable Products  55
Planning for a Sustainable Future  56
Building Supply Chain Resilience, Protecting Human Rights  59

### 62 INFORMATION SUMMARY

Forward-Looking Statements  63
Global Reporting Initiative (GRI) Index  64
Sustainability Accounting Standards Board (SASB) Index  70

18   Restoring Lives and Our Commitment to Customers and Patients
21   Clinical Trial Standards and Programs
23   Reaching More Patients
26   Meaningful Impact Through Product Donations
27   Investing in Our Communities



**EXCELLENCE**

# Unwavering Commitment to Our Customers, Patients and Colleagues

Integra aspires to excellence in every aspect of our business. To us, excellence means being supportive, transparent and accountable to our stakeholders, including healthcare providers and their patients, our colleagues, suppliers and other business partners, as well as the broader communities we touch.

We heal brain and body, improving the lives of patients around the world through technologies that transform care. Product safety, patient welfare, community relations and affordability and access are top priorities for Integra. We work to continually improve our performance in these areas.

# Restoring Lives and Our Commitment to Customers and Patients

At Integra, our products and services are developed to restore patients' lives.

That means product safety and quality are paramount. Put simply, our work matters. We have many policies and processes to ensure we create quality products, but we don't rest on our laurels. We continuously improve our Quality Management System (QMS) to meet the highest and most current quality standards.

## It Starts with Our Quality Policy

Integra's QMS starts with our quality policy, which provides a framework for our quality objectives. Our executive leadership team is responsible for the establishment, implementation and maintenance of our QMS and the development of objectives and processes to monitor its effectiveness. The QMS policy is prominently displayed in every Integra facility to reinforce our commitment to quality. We review our quality policy quarterly to make sure we are meeting our commitments.

## Colleagues are the Foundation

All Integra colleagues participate in quality training to understand the laws, policies and procedures that apply to their roles. The training certifies they are aware of how they contribute to our quality objectives. Training on the QMS is annual and includes reminders of how our work impacts patients' lives.

Specific roles require additional training to outline the risks to patients if our quality falls short. This includes training on defect awareness, which helps colleagues understand the benefits of performing their jobs well and how to identify issues that may impact product safety. We require manufacturing associates to understand how the improper function of equipment or a failure to follow processes can cause defects. We conduct this awareness training at least annually.

To avoid defects and deliver the highest-quality products, Integra also adheres to Good Manufacturing Practices (GMPs), Quality System Regulations (QSRs), Good Laboratory Practices (GLPs), Good Tissue Practices (GTPs) and guidelines for clinical studies.

## OUR QUALITY MANAGEMENT SYSTEM AND POLICY:



Integra's Quality Management System
- Management Responsibility
- Quality Planning & Resource Management
- Risk Management
- Product Innovation
- Continuous Improvement
- Data Monitoring & Analysis

The companies of Integra LifeSciences stand for integrity—of our people, our products and our partners.

We are committed to providing lifesaving products that are safe and effective.

We are committed to continuously improving the effectiveness of our Quality Management System, our products and our services.

We are committed to meeting the regulatory requirements and to satisfying the needs of our customers and partners.

We strive to deliver high-quality products and services to achieve total customer satisfaction.

The products manufactured by the companies of Integra LifeSciences provide state-of-the-art medical technology that improves the quality of life for the patients we serve.



Restoring Lives and Our Commitment to Customers and Patients

## Throughout the Product Lifecycle

Integra employs innovative processes and procedures to ensure the design, development and commercialization of safe and effective products. Our product innovation process is the first step of the product lifecycle.

Our innovation procedures include:

- User, patient and health agency requirements, including FDA 21CFR, EU MDD/MDR (Medical Device Directive and Regulations), and electronic, mechanical, software and tissue-particular industry standards (IEC, ISO, ASTM, AATB);
- Verification and validation testing to ensure products keep to defined requirements;
- A risk management program so potential hazards are identified and mitigated before product release;
- Ongoing monitoring of product performance and improvements.

Integra's product safety board includes our product risk management program. The board includes senior executives from Medical Affairs, Quality, Regulatory and Legal. The product safety board reviews all potential field actions and monitors trends in adverse-event reporting on at least a monthly basis.

To ensure we meet product requirements, Integra monitors, measures and documents product characteristics at multiple points throughout the product lifecycle. We manufacture all Integra products to specifications based on functionality, safety and efficacy, and their intended use. With rigorous testing and inspection, we verify our products meet predefined performance and quality criteria. Our quality system tracks the identity of the person and the equipment conducting the pre-release testing and inspections.

A critical part of the lifecycle takes place after the launch of a product; our QMS post-market surveillance program monitors safety performance, new regulation applicability, product changes against regulation requirements, investigations and customer feedback to ensure ongoing compliance within the markets where the product is sold. Each product family is risk assessed quarterly. This ongoing surveillance, along with our risk management program, helps us understand the performance of our products, securing quality improvements year over year.

## Taking Swift Action on Incident Investigations

Through a robust corrective action program, we investigate and solve issues that may arise, whether discovered through complaints, from within Integra or during an external audit.

If we discover a defect after a product's release, Integra takes swift, appropriate action to be in compliance with applicable regulatory requirements. We document our actions to ensure accountability.

Following a product's release, we apply risk-based principles and practices to detect those that don't conform. For example:

- We hold and quarantine any products within our control that might not conform, until we determine if they are affected.
- We assess the type and degree of risk by reviewing the existing device risk management files or by completing a risk assessment. We then determine if we should escalate the issue.
- When necessary, we recommend field action to Integra's product safety board, even before our evaluation is complete.
- We ensure the nature and expediency of any field action are commensurate with regulatory requirements and risk to patients, users, property or the environment.

| | QMS CERTIFICATIONS | NUMBER OF LOCATIONS |
|---|---|---|
| **MANUFACTURING SITES HOLDING ISO 13485:2016, MDSAP AND MDD/MDR CERTIFICATIONS** | **ISO 13485** | **14** |
| | **MDSAP** | **13** |
| | **MDD** | **10** |



Restoring Lives and Our Commitment to Customers and Patients

# Reporting and Auditing for Quality

We undergo regular internal and external audits for our products and services, not only because it is a regulatory requirement, but because it provides us with an outside perspective on what we are doing well and where we have room for improvement.

Integra is subject to auditing by country-specific regulatory bodies like the United States Food and Drug Administration (FDA) and the French National Security Agency of Medicines and Health Products (ANSM). We also undergo auditing by various notified body organizations designated by European Union countries to assess our compliance with applicable regulations and a review of our QMS and post-market surveillance. We evaluate audit results and address any identified issues through our nonconformance process, allowing us to address root causes to prevent future nonconformities. To prioritize the safety of our customers and patients, we report adverse events to regulatory agencies as directed by regulations.

We use results from internal and external audits as part of Integra's ACE (Audit Center of Excellence) program. When an audit identifies gaps or best practices, we implement improvements to the quality management system globally.

Integra uses a documented complaint-handling process, keeping to applicable regulatory requirements. The process guides the timely handling of complaints, including:

- Recording information
- Determining if feedback is a complaint
- Investigating complaints, when appropriate
- Determining the need to report to regulatory authorities
- Handling complaint-related product
- Determining any field action(s)

Finally, we keep complaint communications and related records based on our document-retention policy to maintain transparency and accountability.

## Key Quality Indicators

| | 2022 | 2021 | 2020 |
|---|---|---|---|
| Inspections by worldwide regulatory agencies* | 48 | 44 | 45 |
| Percent with zero observations | 67% | 57% | 55% |
| Percent with one or fewer observations | 85% | 67% | 62% |
| Number of corporate audits | 28 | 24 | 22 |
| Number of FDA Warning Letters | 0 | 0 | 0 |
| Number of FDA Warning Letters resolved** | 0 | 0 | 0 |
| Number of FDA Class 1 recalls | 1 | 0 | 1 |

*Includes FDA and Notified Bodies (BSI, DEKRA) and Health Authorities (ANVISA, ANSM), and Electrical Certification Bodies (UL)
**One warning letter from 2019 remains open.

# Building Supply Chain Resilience, Protecting Human Rights

We could not restore patients' lives without the reliability of our global supply chain.

Our supply chain partners include raw material suppliers and service providers, internal and external manufacturing operations, service and repair operations, and third-party warehouse distribution

and transportation partners. With the dedication of our large direct salesforce, many which are clinical specialists, as well as strategic partners and distributors, we sell our products to our customers in more than 120 countries, ultimately reaching patients in need of lifesaving technologies. Our customer base consists of hospitals, integrated health networks, group purchasing organizations, clinicians, surgery centers and healthcare providers.

At the center of our supply chain are Integra's key Integra manufacturing and service and repair facilities in the U.S.—in California, Indiana, Maryland, Massachusetts, New Jersey, Ohio, Puerto Rico, Tennessee and Utah—and in France, Germany, Ireland and Switzerland.



**2022 KEY INTEGRA MANUFACTURING FACILITIES AND THIRD-PARTY DISTRIBUTION PARTNERS**



Cincinnati, OH
Lafayette, IN
Salt Lake City, UT
Reno, NV
Irvine, CA
Memphis, TN
Louisville, KY
Mansfield, MA
Boston, MA
Princeton, NJ
Plainsboro, NJ
Columbia, MD
Anasco, PR
Tullamore, IE
Ghent, BE
Le Locle, CH
Saint Aubin, FR
Rietheim-Weilheim, DE
Tokyo, JP

● Codman Specialty Surgical Manufacturing Site
● Tissue Technologies Manufacturing Site
● Third-Party Distribution Center
● Corporate Headquarters

**14**

Manufacturing Sites
*Established Global Centers of Excellence*

**4**

Primary Global Third-Party Logistics Distribution Centers

**120**

Countries Served

**220+**

Distributor Partners



# Forward-Looking Statements

This report includes "forward-looking" statements within the meaning of the applicable securities laws and regulations. Generally, these forward-looking statements are identified by words such as "anticipate," "believe," "commitment," "continue," "could," "design," "estimate," "expect," "forecast," "future," "goal," "imply," "intend," "may," "objective," "opportunity," "outlook," "plan," "policy," "position," "potential," "predict," "priority," "pursue," "project," "seek," "should," "strategy," "target," "will," "will be," "would," or other similar expressions that convey the uncertainty of future events or outcomes, although not all forward-looking statements contain these identifying words. These statements include statements relating to trends in or expectations relating to the effects of our existing and any future initiatives, strategies and plans. It is important to note that the Company's goals and expectations are not predictions of actual performance. Such forward-looking statements involve risks and uncertainties that could cause actual results to differ materially from predicted or expected results. While our management considers these assumptions to be reasonable, they are inherently subject to significant business, economic, competitive, regulatory and other risks, contingencies and uncertainties, most of which are difficult to predict and many of which are beyond our control. Factors that could cause actual results to differ materially from the future performance that we have expressed or forecast in our forward-looking statements include, but are not limited to: the ongoing and possible future effects of global challenges, including macroeconomic uncertainties, inflation, supply chain disruptions, trade regulation and tariffs, other economic disruptions, and U.S. and global recession concerns, on the Company's customers and on the Company's business, financial condition, results of operations and cash flows; the Company's ability to execute its operating plan effectively; the Company's ability to achieve anticipated growth rates, margins and scale and execute its strategy generally, including the Company's ability to manufacture and ship sufficient quantities of its products to meet its customers' demands and the ability of third-party suppliers to supply the Company with raw materials and finished products; physicians' willingness to adopt and third-party payors' willingness to provide or maintain reimbursement for the Company's recently launched, planned and existing products; initiatives launched by the Company's competitors; downward pricing pressures from customers; the Company's ability to remediate quality systems violations; fluctuations in hospitals' spending for capital equipment; the Company's ability to obtain and comply with relevant third-party and/or regulatory approvals, including regulatory approval for products in development; the Company's ability to successfully implement its sustainable energy and emissions reduction principles, strategies and initiatives and realize the expected benefits thereof; the development and competitiveness of sustainable energy and emissions reduction technologies; unforeseen technical or operating difficulties; new U.S. and foreign government laws and regulations, and changes in existing laws, regulations and enforcement guidance (including those caused by public health issues and outbreaks), which affect areas of our operations, including, but not limited to, those affecting the healthcare industry, including the EU Medical Devices Regulation; the geographic distribution of where the Company generates its taxable income; fluctuations in foreign currency exchange rates; the amount of our bank borrowings outstanding and other factors influencing liquidity; potential negative impacts resulting from environmental, social and governance- and sustainability-related matters; our ability to successfully implement our sustainable energy strategy and principles, achieve our ESG plans and goals, and realize the expected benefits thereof; and the economic, competitive, governmental, technological, and other risk factors and uncertainties identified under the heading "Risk Factors" included in Item 1A of Integra's Annual Report on Form 10-K for the year ended December 31, 2022, its quarterly Form 10-Q filings and other filings made with the U.S. Securities and Exchange Commission ("SEC") from time to time.

Integra undertakes no obligation to update any forward-looking statement except to the extent required by applicable law. Copies of Integra's Form 10-K, Forms 10-Q and other SEC filings are available on the SEC's website, **Integra's website** or by contacting Integra's Investor Relations office.

This report describes those topics that we consider to be the most important to stakeholders when evaluating environmental, social and governance issues at Integra. Accordingly, the concept of materiality in this report is not intended to correspond to the concept of materiality under the U.S. securities laws and/or disclosures required by the SEC.

This report contains links to external websites or references to third parties. Such links or websites are not endorsements of any products or services on such sites, and no information in such site has been endorsed or approved by Integra or incorporated into this report.



**INTEGRA LIFESCIENCES**
1100 Campus Road, Princeton, New Jersey 08540

WWW.INTEGRALIFE.COM