# EXHIBIT 34

**S&P Global**
Market Intelligence

## Integra LifeSciences Holdings Corporation
## NasdaqGS:IART

# Company Conference Presentation

## Tuesday, May 14, 2024 9:40 PM GMT

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ....................................................................... 3

Presentation ....................................................................... 4

Question and Answer ....................................................................... 5

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Lea Daniels Knight**
*Executive VP & CFO*

**ANALYSTS**

**Craig William Bijou**
*BofA Securities, Research Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Craig William Bijou**
*BofA Securities, Research Division*

Good afternoon. My name is Craig Bijou, one of the medical device analysts here at BofA, and it's a pleasure to have Integra LifeSciences here. And from the company, Lea Knight, Chief Financial Officer; and Chris Ward is in the audience there, IR. So Lea, thank you for joining us.

**Lea Daniels Knight**
*Executive VP & CFO*
Thank you for the opportunity. I appreciate it.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Craig William Bijou**
*BofA Securities, Research Division*

Maybe I just want to start with Q1 results. They came in above expectations and above the high end of your guidance. So maybe just talk about some of the key drivers in Q1 and kind of what was -- what came in above expectations for you?

**Lea Daniels Knight**
*Executive VP & CFO*

Certainly, certainly. Thank you. Yes, so we had a strong Q1. We delivered revenue $6 million above the midpoint of the guide that we provided. And it really was on the strength of our global CSS business, which delivered 4.4% growth for the quarter, which is exactly what we expected that business. And our Tissue Technologies business delivered as expected given the headwind that we talked about on our Integra Skin supply.

As you look at the overperformance, that was largely driven by Integra Skin supply and timing of orders. Orders we had originally forecasted to be part of Q2, we saw executed in Q1. So that explains a big part of the overdelivery. The other part would be attributable to the strength that we're seeing in DuraSorb, which is our resorbable synthetic which is doing very well. It had triple-digit growth for the quarter.

**Craig William Bijou**
*BofA Securities, Research Division*

Great. And I do want to get into a little bit of Q2 and full year guidance and talk about some of the puts and takes on that. But maybe just dive in a little bit deeper into the CSS business. That's obviously been doing well, pretty stable, especially on the international side. So you saw high single-digit growth, I believe, in Q1, but you've really seen some strong growth for the last 5 quarters in that business.

So I know CereLink is back, but maybe let's kind of dive into that business a little bit and what's driving that international growth. And how can that -- given the stability of that business, how do you foresee that for the rest of the year? And maybe just even as maybe the tissue business is still kind of catching up?

**Lea Daniels Knight**
*Executive VP & CFO*

Yes, certainly. So we're really proud of the growth that we've seen internationally. And our strategy there, as you look at across our total business, international is less than 30% and underpenetrated in a lot of different markets. And so part of our strategy is to take the existing portfolio that we have and expand it into those markets. And it's been highly effective. We've seen double-digit growth in China, double-digit growth in some of the indirect markets that we serve outside the U.S. as well as Canada. And it really, like I said, is on the back of being able to bring established products like CUSA, like CUSA Tips into these markets and expand growth in that way.

In China, in particular, we've had -- we're building traction and extending our presence outside of the Tier 1 hospitals, and we think there's a lot of runway there. The business has been performing, to your point, at high single-digit growth for the past 5 quarters, and we think that momentum is there to -- and will continue through the end of 2024 and into 2025. So still a lot of runway to go.

**Craig William Bijou**
*BofA Securities, Research Division*

Got it. And CereLink, I guess, that relaunched recently. And just how -- I guess, how has that launch been going? And any reason not to think -- and correct me if I'm wrong, but I think it was roughly a $1 million a month run rate revenue. And so, I mean, is that how we should think about the contribution for the rest of the year?

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Lea Daniels Knight**
*Executive VP & CFO*

Yes. So CereLink, we relaunched internationally at the end of Q3. So Q4 was our first full quarter internationally, and then the U.S. launched in Q1 of this year. On an annual basis, our monitors do about $12 million. And so far through Q1, we're pacing really well against that. And so I would expect that to continue through the balance of the year.

**Craig William Bijou**
*BofA Securities, Research Division*

Great. And maybe shifting over to Tissue Tech. And you did talk on the call about some of the underlying demand there. And we'll get into some of the other issues with the business. But I would love to just hear about really the strong underlying trends or demand trends that you're seeing. What do you think is driving that? And I guess what's driving that?

**Lea Daniels Knight**
*Executive VP & CFO*

Yes. So a couple of areas. And maybe I'll start with -- we'll start with the -- from a market perspective, the demand we're seeing in skin. We saw increased demand really start to pick up kind of middle to late last year. Some of it, again, that's a space where we treat chronic wounds, burns, things like that. And so some of it is just the dynamics that was happening in the broader marketplace. Some of it -- a little bit of substitution as we saw PriMatrix out of the market. We do see a little bit of substitution on that business as well. But that momentum has continued, and we expect it to continue for the balance of the year.

As we look across SIA, our SIA acquisition and DuraSorb, part of what we saw as the opportunity with that acquisition was to increase kind of the call points through deeper penetration, broader penetration. We've brought together our sales force in this year to begin executing against that strategy, and we're seeing the traction. DuraSorb, we were able to double growth in 2023 on that business. And as I mentioned through Q1, that business is up triple digits. And so again, that's, again, momentum that we see will continue throughout the year with -- on a full year basis growth tracking to double digits as well.

And then from an ACell perspective, that's one area where, in 2023, we saw really strong growth across that business. We still believe there's strong momentum in that business that will carry it to high single-digit growth in 2024. Through Q1, we did have a little bit of distraction because of the supply constraints talked about on Integra Skin that directly impacted ACell because our reps couldn't be in the procedures where they need to be to drive that growth. But again, the underlying demand there is still there, and we think through the balance of the year, we'll be able to execute against that.

**Craig William Bijou**
*BofA Securities, Research Division*

Got it. And maybe it's a good segue into just the supply, the skin supply issue. And I just really want to understand what caused that supply issue? And I guess, how -- when was it found? And...

**Lea Daniels Knight**
*Executive VP & CFO*

Yes. So what I shared at the end of February is that in Q4, we had a machine issue impacting our production that since then, we were able to address the machine issue, but we were not operating production back to the levels that we were seeing from the demand. And that we would need during the course of Q2 to get production back up to capacity such that we're able to meet demand. So that's the work that's happening right now. We do anticipate that in the second half, we'll be back at levels that will allow us to meet demand. And that's what's included in the guide that I provided for the balance of the year.

The other thing we're doing, though, to mitigate the risk and ensure that we can actually meet demand is we are bringing up capacity at another site. It's a site that used to produce skin, and we're bringing that back online, in part, to help us get to a point where we can meet demand, but also because of that

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

strong underlying demand that we believe will continue, we want to make sure that we have -- we are well positioned to grow as this business grows.

**Craig William Bijou**
*BofA Securities, Research Division*

Got it. And did you quantify the impact specifically from Skin in Q1?

**Lea Daniels Knight**
*Executive VP & CFO*

Yes. So the impact of what we believe was kind of the missed opportunity is about $5 million in Q1.

**Craig William Bijou**
*BofA Securities, Research Division*

Okay. And what's going -- I guess, you're still producing some, but clearly not enough to meet the demand. So are customers kind of burning through inventory that they have? Or did you have a backup inventory that you've kind of burned through? And I guess, maybe just talk about what's -- what the dynamics actually are with the field?

**Lea Daniels Knight**
*Executive VP & CFO*

Yes. Yes. No, thank you for the question because it is important to note that we did continue to ship throughout Q4, throughout Q1. And so -- but what's unique about this product is you have to be on the shelf when the procedures are happening. And so we've been able to leverage our sales force to be able to manage some of the inventory dynamics and try to meet customer needs as much as possible.

To that end, where we did have inventory constraints that -- such that our product was on the shelf, they -- did customers have to turn to other products? Yes. But we were not out any one particular customer for an extended period of time where we think that we're now at risk of not being able to come back. So it's not like the gaps were that deep or significant where we think that will be an issue once we are in this kind of better supply situation.

**Craig William Bijou**
*BofA Securities, Research Division*

And just -- I guess I want to understand. So it was only one line. And I guess the risk that other lines could be impacted -- and then I guess, what's the remediation for that one line? I know you did talk about adding additional capacity, which obviously will help, but I'm just curious as the remediation process.

**Lea Daniels Knight**
*Executive VP & CFO*

Yes. So we look broadly across the production capability for skin, and we are managing it through that lens, to your point, making sure that as we position ourselves to be able to resume meeting demand, that we're addressing any potential risks to that end. And then -- and as I mentioned, the additional capacity that we're bringing online is the risk mitigator in all of this.

**Craig William Bijou**
*BofA Securities, Research Division*

Got it. Okay. Maybe jumping back to just guidance. So maybe if you could just walk through kind of the puts and takes for Q2 guidance. And maybe start there and kind of how we should think about it? I think its organic growth is a little bit of a step down ex-Boston in Q2. You did mention those orders that were pulled forward. But -- so maybe that's the only thing. But maybe any other color that you can have on what formed your guidance for Q2?

**Lea Daniels Knight**
*Executive VP & CFO*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So as we exited Q1, we were down about 2.5%. And that's inclusive of kind of Boston being in Q1 2023, not in Q1 2024. As we move into Q2, we start hitting a period where we did not have Boston revenue a year ago, but we actually did have Boston returns a year ago. So we had negative revenue a year ago. We're now comping that. So that's going to look like growth. So it's about 2 points of growth if you look at just Boston.

Outside of that, the business outside of Boston, we're calling to be about flat. And what's impacting that dynamic is, again, the order pull forward where we had order timing that executed in Q1 versus Q2. And we're still in this mode where we're building Skin back, right? We're not back in full production, being able to meet demand. So that's also impacting the growth. And with that, the distraction factor that I mentioned earlier that will also impact some of the growth that we would ordinarily expect to see on ACell.

**Craig William Bijou**
*BofA Securities, Research Division*

Got it. From a rep perspective -- I guess, just a follow-up on that. From a rep perspective, that distraction factor, when does that get resolved? Like -- so I mean you said they're managing it well, working with different -- working with the inventory, but is that something that's getting better throughout Q2, like less distraction, and in the second half, maybe it's gone?

**Lea Daniels Knight**
*Executive VP & CFO*

Yes. So that's exactly what we anticipate. As we get to kind of more secure inventory levels, again, because production is now meeting demand, that's exactly what you'll expect to see, right? Distraction gets lessened, and then we're able to drive our UBM platform, which is ACell along with the Skin.

I should also mention, as we think about the Q2 guide and sometimes this goes unsaid, so I want to be intentional about it, it still requires that some of that same growth that we talked about on international, that's still delivering as expected. From a CSS perspective, it's still delivering in that kind of 3% to 5% window that we've asked for from that business. And so that's presumed in there. And again, you should characterize what we see through the rest of the year on those businesses.

**Craig William Bijou**
*BofA Securities, Research Division*

And if I think about the first half or second half, obviously, the -- we've talked about the skin supply. There's a number of different things that are likely to get better in the second half. But even if you look at kind of the revenue that -- dollar revenue, if you take out Acclarent, which -- I'll ask you about Acclarent, the acquisition you did, in a minute. But if you take that out and you look at the full year, the underlying growth is still a pretty big step up from the first half to the second half. And more than you see traditionally, Skin, obviously coming back online as a factor. But I mean, anything else or how should investors kind of look at that jump? That looks a little bit bigger than what you've seen previously?

**Lea Daniels Knight**
*Executive VP & CFO*

Yes, fair question. So as we look -- and again, stripping out Acclarent, as we look front half to back half, there's about an $80 million step-up between the 2 halves. About 1/3 of it is addressed through the -- alleviating the supply constraint on Skin, which is along with the distraction factor. So that -- take -- those 2 taken together. About 1/4 of it is what I would call more seasonal lift that I would expect front half to second half. And then there's another 1/3 that is related to us being able to alleviate some of the higher -- the normal CSS back order. So we've had some back order across some products within our CSS portfolio that we expect to be addressed in the second half. So you'll see that.

And then kind of the all other I would call out is we have a full half of CereLink. We have a full half of Aurora Surgiscope, which is also a product we launched in the kind of late March, April time frame. So those are the things that will carry the momentum and drive the lift that we would expect to see.

**Craig William Bijou**

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*BofA Securities, Research Division*

Got it. That's helpful. And so let's talk about Acclarent. So you just closed it. It's a good-sized acquisition. It was at J&J for a long time. So I guess maybe just talk about the strategic rationale for the deal. What you guys can do with the business now that it's outside of J&J and maybe some of the metrics -- financial metrics behind the deal. What do you expect from a growth perspective? What's the impact on margins?

**Lea Daniels Knight**
*Executive VP & CFO*

Yes. So very excited about the Acclarent acquisition. Deal closed April 1. And we've had an opportunity to not only get to know the Acclarent team and welcome them into our family, but also to get to know the customers. And we're excited because this acquisition gives us immediate commercial scale and leverage in the ENT specialty device category, which is a natural adjacency to what we already do in CSS.

It's a $1 billion category. The category itself is growing 5% to 6%. And we believe that the portfolio of products that we're bringing on board, we have an ability to drive high single-digit growth, which, for us, means accretive growth. They -- as we look at their offerings and have had opportunity to understand more specifically kind of customer needs and the fit, we're excited about the TruDI nav system, we're excited about the expanded indication that they've recently gotten for the AERA eustachian tube dilation system. And so we think those things, in particular, are poised to help drive the parts of the category that are growing the fastest, and that will be our pathway to realize the high single-digit growth.

From a metrics perspective, what we said is in our guide for 2024, we've assumed about $80 million in revenue reflecting an April 1 acquisition date. And beyond that, in 2025 is when we'd be able to drive the high single-digit growth. From an EPS perspective, we continue to believe that it will be EPS neutral. Overall, the deal is set up to have a greater than 10% ROIC by year 5, which is kind of an important threshold for us as we look at value creation opportunities. And from a gross margin perspective, it's operating consistent with kind of where our base business is, and operating margins become accretive in the '26-'27 time frame. So really poised to be a powerful contributor of growth for us at Integra.

**Craig William Bijou**
*BofA Securities, Research Division*

Got it. And does it -- did it come with a sales force? Or how were you...

**Lea Daniels Knight**
*Executive VP & CFO*

Yes, yes. I should -- yes. So we brought on an ENT sales force, and that's what gained access to the immediate scale, commercial scale of about 130 reps. And so we also have a very -- a smaller business, but MicroFrance ENT instrumentation, which we think, again, works well. And so we've been integrating that sales force, getting to know them and just excited about where this opportunity will take us.

**Craig William Bijou**
*BofA Securities, Research Division*

Great. Moving on to Boston.

**Lea Daniels Knight**
*Executive VP & CFO*

Yes.

**Craig William Bijou**
*BofA Securities, Research Division*

So obviously, I know you're not providing updates on timing. But maybe how should investors think about when we will learn something new? Like when will we know when we will know?

**Lea Daniels Knight**

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Executive VP & CFO*

Yes. Fair question. So -- and again, just to frame it. So we obviously have been on a path or we're tracking to commercially relaunch those products this year and earlier. And I guess, the last week, shared that, in fact, based on the results of the final audit that we were no longer on that pathway, and at that time, had not shared any more specific timing. And I absolutely understand the range of emotions that all of our stakeholders have experienced based on that news, not just investors, but certainly, our customers, even our employees and myself. And chief among those emotions are certainly frustration and disappointment because we weren't able to provide an additional insight with respect to what the new time line is. So that's not lost on us.

But I think it's important to understand why. It's not that we aren't working urgently to bring those products back to the market. It's not that we're not committed to make sure SurgiMend and PriMatrix come back. It really was in the interest of making sure we get it right. And getting it right means evaluating all the options available to us to bring these products back in a sustainable, reliable way to meet the needs of our customers and our patients.

And so we've been looking at options like do we relaunch these products or remediate the process and relaunch out of our existing South Boston location? Do we remediate the process and launch directly out of a facility in Braintree, Massachusetts, which is the facility that we already had under construction because that was our long-term plan for the Boston portfolio. We knew our current facility was not going to meet the growth needs on that business and that we needed to get it to a place that would allow us to grow and meet the volume projections, also allow us to operate more efficiently. And so that plan had been put into place about 18 months ago.

And so now that we are where we are, there's a very natural question that says, do you start in South Boston and move to Braintree? Or do you go directly to Braintree? Or is there some hybrid in between? And so that's the calculus that we now have to do in addition to fully vetting and understanding all of the observations that came through from the audit to understand the time required to remediate. So that's why as we think about from a guide perspective, what we said is take SurgiMend and PriMatrix out of 2024, it's out of our guide, and while we have not provided guidance in 2025, I will provide kind of a way to think about.

How to approach it is, once again, take Boston out and put it on the side as an upside. As we come back with more timing, you can layer that in. And if you do that, what you have left is still a very strong business. You have a business with a portfolio that's growing mid-single-digit growth, right? In '24, that portfolio outside of Boston, 3.3% to 4.3% with a lot of back half momentum that will carry into 2025. From a margins perspective, we will still have some of the remediation costs that we'll have to absorb. But we're looking at gross margins that are in the kind of low- to mid-60s, EBITDA margins that are in the low- to mid-20s. And so still a very profitable business even beyond Boston. And then once we come back with that timing, that just becomes the layer on top.

**Craig William Bijou**
*BofA Securities, Research Division*

Got it. And those decisions or those discussions on what to do next, I mean, is that all internal? I know part of the process to reopen Boston, you had dress rehearsals. So it was a different auditor than the actual auditor that did the final review. And I think I've asked you this on the call, but I mean is the FDA involved in any of these talks as well? Maybe if you could just kind of frame who are the parties in that discussion and who ultimately -- like how are you going to come to that decision, like what input is going to come? Is going to be given?

**Lea Daniels Knight**
*Executive VP & CFO*

Yes. So the planning for Boston is being led absolutely internally. So across our management team, we are making the decision as to what the right pathway is, right? Informed by the input we're getting in terms of the different cost structures, the impact on employees, things like that. But that decision is a management

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

decision. It obviously does get reviewed with the Board. We are using or leveraging consultants to give input, as we think about the approach to the remediation and therefore, the cost implications, but that is absolutely an internal management decision.

From an FDA perspective, we have made the report that we received available to the FDA along with an attestation that we've received this report, it has findings, and we are initiating the appropriate actions to remediate those findings. So that's done. And if there's any additional requirement coming out of the FDA, we'll have to wait and see because we don't have that at this point.

**Craig William Bijou**
*BofA Securities, Research Division*

And then on Braintree, I guess -- so I mean how close would that be to actual production? Obviously, I mean, the 510(k) cleared products, so you'd have to go through that process again, I'm assuming? Or...

**Lea Daniels Knight**
*Executive VP & CFO*

So we would -- so the remediation process is are meeting the process to manufacture our 510(k)-approved products, right? So unless there are significant variations, which we don't anticipate at this point, we would not have to go through an additional clearance process, if that's the question. From a timing perspective, again, that's part of the calculus that we're doing now that we don't have a definitive answer to. What I can share though is our -- from a time line perspective, our lease in South Boston site is up in 2026.

**Craig William Bijou**
*BofA Securities, Research Division*

Okay. The lease in the Boston site?

**Lea Daniels Knight**
*Executive VP & CFO*

South Boston.

**Craig William Bijou**
*BofA Securities, Research Division*

South Boston site.

**Lea Daniels Knight**
*Executive VP & CFO*

Braintree is in Massachusetts.

**Craig William Bijou**
*BofA Securities, Research Division*

Yes, yes. Okay. So it's still -- okay. All right. Maybe I mean -- only a couple of minutes left, but margins, and you touched on how to think about margins. There's a lot of puts and takes with the Boston with Skin. So maybe just kind of frame how we think about or how you're thinking about margins for '24 and then what -- kind of what those are, how do they ramp in '25 and beyond? I know you're not going to give necessarily guidance, but just frame how investors should think about margins?

**Lea Daniels Knight**
*Executive VP & CFO*

Yes. So I'll start with the gross margins. From a gross margin perspective, year-on-year, for '24, we're looking at margins that will be moderately down. So think 70 to 90 basis points down from where we were on a full year basis in 2023. And that reflects some of the challenges that we've had from a supply chain perspective that we're building our way out of embedded in there. That impact does slow down from

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

an EBITDA margin perspective. And so we will also be down year-on-year versus full year 2023 from an EBITDA perspective in the same order of magnitude.

As we build back -- so again, I kind of gave you a way to already think about 2025 without Boston. But eventually, right, as we get beyond some of these remediation challenges, you do see a pathway where we start getting back to a place that's consistent with where we were in the kind of 2022, 2023 -- early 2023 time line or time frame. And so -- and I think that happens -- again, our products get back onto the market, high-margin products. We have Acclarent acquisition up, growing accretive to margins in the kind of the '26 time frame. And the rest of the business continues to deliver as it has been delivering, and that becomes the math necessary to start seeing the margins that we used to operate at.

**Craig William Bijou**
*BofA Securities, Research Division*

Well, great. I think we're just about out of time, so maybe I'll stop it short here before I start another question. But Lea, thank you for participating.

**Lea Daniels Knight**
*Executive VP & CFO*
Thank you, Craig. I appreciate it. All right.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

INTEGRA LIFESCIENCES HOLDINGS CORP. – COMPANY CONFERENCE PRESENTATION | MAY 14, 2024

Copyright © 2024 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2024 S&P Global Market Intelligence.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.