# EXHIBIT 42

# Warning Letters

**Learn about the types of warning letters on FDA's website.** (/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/about-warning-and-close-out-letters)

- Matters described in FDA warning letters may have been subject to subsequent interaction between FDA and the letter recipient that may have changed the regulatory status of issues discussed in the letter.

- To obtain additional available information, contact FDA. Requests to FDA for agency records should be sent to: Food and Drug Administration Division of Freedom of Information (HFI-35), 5630 Fishers Lane, Rockville, MD 20857. Instructions for how to submit an FOI request can be found at How to Make a FOIA Request. (/how-make-foia-request)

**Search**

| TEI |

## Filter by

**Issuing Office**

|  |

**Letter Issue Date**

| - Any - ▾ |

**Letters with Response or Closeout**

| - Any - ▾ |

**Posted Date**

| - Any - ▾ |

**Year**

| - Any - ▾ |

Clear Filters

Showing 1 to 2 of 2 entries

Show 10 ▾ entries

Export Excel

| Posted Date ⬍ | Letter Issue Date ⬍ | Company Name ⬍ | Issuing Office ⬍ | Subject ⬍ | Response Letter ⬍ | Closeout Letter ⬍ | Excerpt |
|---|---|---|---|---|---|---|---|
| 08/15/2023 | 07/17/2023 | Integra LifeSciences Corporation (/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/integra-lifesciences-corporation-660960-07172023) | Division of Medical Device and Radiological Health Division I | CGMP/QSR/Medical Devices/Adulterated | | | … an inspection of your firm's medical device operations, **TEI** Biosciences, Inc., an Integra LifeSciences Company, … 17, 2023. On May 23, 2023, our office also confirmed that **TEI** initiated a recall of all finished goods manufactured … you have committed to not distributing product until the **TEI** Bioscience site is operating in substantial conformity … |

| Posted Date ⬍ | Letter Issue Date ⬍ | Company Name ⬍ | Issuing Office ⬍ | Subject ⬍ | Response Letter ⬍ | Closeout Letter ⬍ | Excerpt |
|---|---|---|---|---|---|---|---|
| 03/19/2019 | 03/06/2019 | TEI Biosciences, Inc. (/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/tei-biosciences-inc-573474-03062019) | Center for Devices and Radiological Health | CGMP/QSR/Medical Devices/Adulterated | | | … **TEI** Biosciences, Inc. … Dear Mr. Arduini: The United States … an inspection of your firm's medical device operations, **TEI** Biosciences, Inc., an Integra LifeSciences Company, … up to the (b) (4) (VP-134)." During the inspection, **TEI** personnel confirmed that all EBM medical devices, … |

Showing 1 to 2 of 2 entries

First Previous 1 Next Last