# EXHIBIT 44



| | Policy for Managing Internal Reports | WWCP-040 Rev 001 Page 1 of 3 |
| --- | --- | --- |

## 1.0 Purpose

1.1 The purpose of this Policy is to establish Integra's global requirements and responsibilities to ensure the prompt independent evaluation, corroboration, and response to internal reports (includes confidential, "hotline" or whistleblower complaints) by the Quality organization.

## 2.0 Scope

2.1 This policy applies to internal reports submitted to the Compliance hotline that allege issues or practices affecting product quality, design, processes/manufacturing, or postmarket issues.

2.2 This Policy does not apply to Customer Complaints as received through GSOP-722 Communicating Complaint Information.

2.3 This policy is applicable for all Integra sites and locations.

## 3.0 References

| Document # | Document Title (unless otherwise noted, current revision of) |
| --- | --- |
| GSOP-722 | Communicating Complaint Information |
| GSOP-757* | Management of Nonconformances and Nonconforming Material |
| GSOP-758* | Corrective and Preventive (CAPA) Process |
| WWCP-040A | Internal Report Communication Form |

\* or equivalent local procedure

## 4.0 Definitions

| Word/Acronym | Definition |
| --- | --- |
| Internal Report | A written or oral complaint received through the Compliance hotline alleging concerns about ongoing practices requiring escalation and investigation. These may include "hotline" reports and/or whistleblower allegations that may be sensitive in nature, are typically confidential that may be signed or are anonymous. |
| Quality-Related Internal Report | Internal reports that include, but are not limited to, allegations regarding compliance with regulations, guidance, or other policies of the U.S. Food & Drug Administration (FDA) or comparable foreign regulatory agencies; device research, development, or design; manufacturing processes; measurement, inspection, or testing of product, materials, or environmental monitoring samples; third-party supplier of any of the foregoing, interactions or communications with FDA or comparable foreign regulatory agencies; documentation related to any of the foregoing; or other allegations regarding the quality, safety, effectiveness, or regulatory compliance of an Integra device. |

**Template CDQS-239A Document Template**                                                **Template Rev: 004**

*This document was generated using CDQS-239A Rev 004 and contains proprietary and confidential information of Integra LifeSciences Corporation.  Integra's confidential information may not be used, disclosed or reproduced without the prior written consent of Integra LifeSciences Corporation.*

EFFECTIVE ONLY ON DATE OF PRINT:  10-Oct-2023

**ATTACHMENT 2-1 - Page 1 of 3**

|  | Policy for Managing Internal Reports | WWCP-040<br>Rev 001<br>Page 2 of 3 |
|---|---|---|

## 5.0 Procedure / Instructions / Requirements

| | Step / Requirement | Responsibility |
|---|---|---|
| 5.1. | Internal reports received through Integra's Compliance hotline may be initiated by any company employee, contractor, or agent and allege concerns with activities or practices that are ongoing or have been observed at an Integra facility that they believe require attention and possible escalation.  Individuals submitting such reports may remain confidential, especially in those situations involving allegations of a sensitive nature. Integra's Chief Compliance Officer is responsible for managing reports submitted through the compliance hotline, including appropriate follow-up and closure. | N/A |
| 5.2. | The Chief Quality Officer will be notified of quality-related internal reports within 24 hours of the Chief Compliance Officer becoming aware that the internal compliance report alleges a quality-related issue for prompt follow-up and investigation.  Internal complaints, once corroborated and investigated, may result in the need to initiate nonconformances per GSOP-757 or equivalent local procedure, further evaluation and CAPA escalation per GSOP-758 or equivalent local procedure or further actions such as product holds, field actions, physician letters, manufacturing/process changes, complaint investigations and, in some instances involving reported serious injuries, death, or certain device malfunctions, timely reporting to regulatory agencies. | N/A |
| 5.3. | Receives, logs and conducts a preliminary evaluation of internal complaints. | Chief Compliance Officer |
| 5.4. | Notifies the Chief Quality Officer within 24 hours of any allegation that involves quality and shares the redacted (as necessary to preserve confidentiality and/or privilege) report with the Chief Quality Officer for evaluation, corroboration, and investigation.<br>**Note: In the event that the potential allegation concerns the Chief Quality Officer, the Chief Regulatory Officer will be notified.** | Chief Compliance Officer |
| 5.5. | Independently evaluate, corroborate where possible and investigate allegations and take appropriate actions in accordance with all regulatory requirements. | Chief Quality Officer |
| 5.6. | Notify impacted Integra Quality Organization using form WWCP-040A, Internal Report Communication Form, to ensure that allegations are investigated (including initiating nonconformances or CAPAs as necessary). | Chief Quality Officer |
| 5.7. | Provide the Chief Compliance Officer with the copy of form WWCP-040A and inform the Chief Compliance Officer of ongoing investigations and any actions taken to address the quality-related internal report. | Chief Quality Officer |
| 5.8. | Update the Compliance report to reflect any reference to actions taken to address the quality allegations | Chief Compliance Officer |

## 6.0 Revision History

**Template CDQS-239A Document Template**                                      **Template Rev: 004**

*This document was generated using CDQS-239A Rev 004 and contains proprietary and confidential information of Integra LifeSciences Corporation.  Integra's confidential information may not be used, disclosed or reproduced without the prior written consent of Integra LifeSciences Corporation.*

EFFECTIVE ONLY ON DATE OF PRINT:  10-Oct-2023

**ATTACHMENT 2-1 - Page 2 of 3**

|  | Policy for Managing Internal Reports | WWCP-040<br>Rev 001<br>Page 3 of 3 |
|---|---|---|

| Revision | Author | DCO # | Description of Change |
|---|---|---|---|
| 001 | M. Novatny | DCO39624 | Initial release.  Addresses CAPA 302210 Action #1 to create a corporate, global procedure governing the identification and referral to the quality system internal reports with potential impact to product safety, quality or the Quality Management System. |

**Template CDQS-239A Document Template**                                    **Template Rev: 004**
*This document was generated using CDQS-239A Rev 004 and contains proprietary and confidential information of Integra LifeSciences Corporation.  Integra's confidential information may not be used, disclosed or reproduced without the prior written consent of Integra LifeSciences Corporation.*

EFFECTIVE ONLY ON DATE OF PRINT:  10-Oct-2023
                                                                **ATTACHMENT 2-1 - Page 3 of 3**