**CARELLA, BYRNE, CECCHI, BRODY**
  **& AGNELLO, P.C.**
James E. Cecchi
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for Lead Plaintiffs*

[*Additional counsel on signature page*]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE INTEGRA LIFESCIENCES HOLDINGS CORPORATION SECURITIES LITIGATION | Case No.: 3:23-cv-20321-MAS-TJB<br><br>District Judge Michael A. Shipp<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>Oral Argument Requested<br><br>Motion Day: February 17, 2026 |

**DECLARATION OF JAMES E. CECCHI IN SUPPORT OF
PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS AND STRIKE THE CONSOLIDATED AMENDED CLASS
ACTION COMPLAINT**

1.      I am a partner of the law firm Carella, Byrne, Cecchi, Brody & Agnello, P.C., Court-appointed Liaison Counsel for Lead Plaintiffs San Antonio Fire and Police Pension Fund, Pembroke Pine Firefighters & Police Officers Pension Fund, City of Birmingham Retirement and Relief System and Operating Engineers Construction Industry and Miscellaneous Pension Fund (collectively, "Plaintiffs" or "Lead Plaintiffs"). I am admitted to practice before this Court.

2.      I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss and Strike the Consolidated Amended Class Action Complaint, and I have personal knowledge of or information bearing on the facts set forth herein.

3.      Attached hereto as Exhibit A is a true and correct copy of the Third Amended Redactions to the Complaint Against Integra LifeSciences Corporation filed in *Krause v. Integra LifeSciences Corp.*, No. 0:24-cv-04339, Dkt. No. 73 (D. Minn. Oct. 23, 2025).

Executed on this 15th day of December, 2025 in Roseland, New Jersey.

*/s/ James E. Cecchi*
James E. Cecchi
**CARELLA, BYRNE, CECCHI, BRODY
  & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel.: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com

*Liaison Counsel for Lead Plaintiffs*

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
Salvatore J. Graziano (*pro hac vice*)
James A. Harrod (*pro hac vice*)
Alexander Noble (*pro hac vice*)
Emily A. Tu (*pro hac vice*)
Sarah Schmidt (*pro hac vice*)
1251 Avenue of the Americas

New York, New York 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
salvatore@blbglaw.com
jim.harrod@blbglaw.com
alexander.noble@blbglaw.com
emily.tu@blbglaw.com
sarah.schmidt@blbglaw.com

**SAXENA WHITE P.A.**
David R. Kaplan (*pro hac vice*)
Emily R. Bishop (*pro hac vice*)
505 Lomas Santa Fe Dr.
Suite #180
Solana Beach, CA 92075
Telephone: (858) 997-0860
Facsimile: (858) 369-0096
dkaplan@saxenawhite.com
ebishop@saxenawhite.com

Steven B. Singer (*pro hac vice* forthcoming)
Sara DiLeo (*pro hac vice*)
10 Bank Street, 8th Floor
White Plains, New York 10606
Telephone: (914) 437-8551
ssinger@saxenawhite.com
sdileo@saxenawhite.com

Lester R. Hooker (*pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel.: (561) 394-3399
Fax: (561) 394-3382
lhooker@saxenawhite.com

**KESSLER TOPAZ MELTZER
    & CHECK, LLP**
Gregory M. Castaldo
Richard A. Russo, Jr.
Nathaniel C. Simon (*pro hac vice*)
Farai Vyamucharo-Shawa (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
gcastaldo@ktmc.com

3

rrusso@ktmc.com
nsimon@ktmc.com
fshawa@ktmc.com

*Lead Counsel for Lead Plaintiffs*