**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE INTEGRA LIFESCIENCES HOLDINGS CORPORATION SECURITIES LITIGATION | Master Docket 3:23-cv-20321-MAS-TJB <br><br> ORAL ARGUMENT REQUESTED <br><br> Motion Day:  February 17, 2026 |

**DECLARATION OF JOHN I. KARIN**

JOHN I. KARIN hereby declares under penalty of perjury as follows:

1.      I am admitted *pro hac vice* in the United States District Court for the District of New Jersey and am an attorney at the law firm Wilson Sonsini Goodrich & Rosati, P.C., counsel to Integra LifeSciences Holdings Corporation ("Integra"), Carrie Anderson, Peter Arduini, Glenn Coleman, Robert Davis, Jan De Witte, Lea Knight, Steve Leonard, Eric Schwartz, and Tracy Redondo (collectively, "Defendants") in the above-captioned action.  I submit this Declaration in Support of Defendants' Supplemental Opening Brief in Support of Their Motion to Dismiss and Strike Plaintiffs' Supplemental Complaint (the "Supplement," Dkt. 103).

2.      Attached hereto are true and correct copies of the following:

| Date | Description | Supplement Cite(s) | Exhibit No. |
|---|---|---|---|
|  | Updated Chart of Challenged Statements |  | Ex. 49 |
| 4/26/2023 | Form 8-K re Q1 2023 Earnings Results, filed with the SEC by Integra |  | Ex. 50 |

-2-

| Date | Description | Supplement Cite(s) | Exhibit No. |
|---|---|---|---|
| 2/11/2026 | Complaint, *Krause v. Integra LifeSciences Corp.*, No. 0:24-cv-04339, Dkt. 95 (D. Minn. Feb. 11, 2026) | Page 1, ¶¶ 1.a, 1.b, 12, 14, 187, 187.a, 197.a, 197.b, 199.a, 200-02, 203.a, 207.a, 207.b, 274-75, 329.a, 333.a, 334.a, 374.a, 398.b, 400, 402.a, 407.a, 414.a, 421.a, 428, 430.a, 439.a, 444, 449.a, 485, 485.a | Ex. 51 |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 3, 2026 in New York, New York.

*s/ John I. Karin*
John I. Karin