REED SMITH LLP

John McDonald
Melissa M. Ferrara
506 Carnegie Center, Suite 300
Princeton, NJ 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
Email: jmcdonald@reedsmith.com
Email: mferrara@reedsmith.com

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Gregory L. Watts (admitted *pro hac vice*)
95 S State Street, Suite 1000
Salt Lake City, UT 84111
Telephone: (801) 401-8510
Facsimile: (866) 974-7329
Email: gwatts@wsgr.com

John I. Karin (admitted *pro hac vice*)
Alexander Luhring (admitted *pro hac vice*)
31 West 52nd Street, Fifth Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: jkarin@wsgr.com
Email: aluhring@wsgr.com

*Counsel for Defendants Integra LifeSciences Holdings Corporation, Carrie Anderson, Peter Arduini, Glenn Coleman, Robert Davis, Jan De Witte, Lea Knight, Steve Leonard, Eric Schwartz, and Tracy Redondo*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE INTEGRA LIFESCIENCES HOLDINGS CORPORATION SECURITIES LITIGATION | Master Docket 3:23-cv-20321-MAS-TJB |

**<u>CERTIFICATION OF SERVICE</u>**

JOHN MCDONALD, of full age, hereby certifies as follows:

1.      I am an attorney-at-law of the State of New Jersey at the law firm of Reed Smith LLP, local counsel for Defendants Integra LifeSciences Holdings Corporation, Carrie Anderson, Peter Arduini, Glenn Coleman, Robert Davis, Jan De Witte, Lea Knight, Steve Leonard, Eric Schwartz, and Tracy Redondo (collectively, "Defendants").

2.      On April 3, 2026, I caused a copy of (i) Defendants' Supplemental Brief in Support of Their Motion to Dismiss and Strike Plaintiffs' Supplemental Complaint; (ii) the Declaration of John I. Karin and Exhibits; and (iii) this Certification of Service to be served on all counsel of record by electronic case filing.

Dated: April 3, 2026                             *s/ John McDonald*
                                                 John McDonald

-1-